IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy<br><br>Plaintiffs,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et. al.<br><br>Defendants. | No. 05-127 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JANE PERKINS AND SARAH SOMERS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jane Perkins and Sarah Somers to represent plaintiffs as co-counsel with Community Legal Aid Society, Inc., in this matter.

Dated: March 7, 2005

   /s/ MaryBeth Musumeci
DANIEL G. ATKINS (#2970)
MARYBETH MUSUMECI (#4128)
Disabilities Law Program
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660, ext. 220
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy | |
| Plaintiffs, | No.  05-127 |
| v. | |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et. al. | |
| Defendants. | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JANE PERKINS AND SARAH SOMERS

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted. Jane Perkins and Sarah Somers are granted permission to serve as co-counsel in the above captioned proceeding with Community Legal Aid Society, Inc.

Dated: _____                          _____
                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy<br><br>Plaintiffs,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et. al.</u><br><br>Defendants. | No.  05-127 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, the undersigned certify that:

1.  Jane Perkins and Sarah Somers are attorneys with the public interest law firm, the National Health Law Program in Chapel Hill, North Carolina.

2.  Neither Ms. Perkins nor Ms. Somers are Delaware residents, nor are they regularly employed in Delaware, nor are they regularly engaged in business, professional, or other similar activities in Delaware.

3.  Ms. Perkins is a member, practicing, and in good standing of the State Bars of North Carolina and California.   Ms. Somers is a member, practicing, and in good standing of the State Bar of North Carolina.

4.  Ms. Perkins and Ms. Somers endeavor to serve as co-counsel with Community Legal Aid Society, Inc. in the above captioned matter.   Community Legal Aid Society, Inc. may be served with all notices, orders, pleadings, and other papers filed in this case.   Community Legal Aid Society, Inc. will also  sign all pleadings and attend all proceedings in this matter.

5. Pursuant to Local Rule 83.6, Ms. Perkins and Ms. Somers submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. Ms. Perkins and Ms. Somers also certify that they have been provided with a copy of and are familiar with this Court's Local Rules.

6. The annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 7, 2005                /s/ Jane Perkins
                                    JANE PERKINS
                                    National Health Law Program
                                    211 N. Columbia Street
                                    Chapel Hill, NC 27516
                                    (919) 968-6308
                                    (919) 968-8855 (fax)


Dated: March 7, 2005                /s/ Sarah Somers
                                    SARAH SOMERS
                                    National Health Law Program
                                    211 N. Columbia Street
                                    Chapel Hill, NC 27516
                                    (919) 968-6308
                                    (919) 968-8855 (fax)


Dated: March 7, 2005                /s/ MaryBeth Musumeci
                                    DANIEL G. ATKINS (#2970)
                                    MARYBETH MUSUMECI (#4128)
                                    Disabilities Law Program
                                    Community Legal Aid Society, Inc.
                                    100 W. 10th Street, Suite 801
                                    Wilmington, DE 19801
                                    (302) 575-0660, ext. 220
                                    Attorneys for Plaintiffs