AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

MARIANNE DUFFY, by her parents and
legal guardians, Sean and Elise Duffy,
    Plaintiff,
        V.

**SUMMONS IN A CIVIL CASE**

VINCENT MECONI, Secretary, Delaware Department
of Health and Social Services, in his official capacity,
MARIANNE SMITH, Director, Division of Developmental
Disabilities Services, in her official capacity, and
ELAINE ARCHANGELO, Director, Division of Social
Services, in her official capacity,
    Defendants.

CASE NUMBER:    05-127

TO: (Name and address of Defendant)

Vincent P. Meconi, Secretary
Delaware Department of Health & Social Services
1901 N. DuPont Highway
Main Building
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MaryBeth Musumeci, Esquire
Daniel G. Atkins, Esquire
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              3/4/05

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 11, 2005 |
| NAME OF SERVER (PRINT)<br>Anita Crowley | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service on Vincent P. Meconi, Secretary, was effectuated by personally serving Pam Grimes as the Business Agent who is duly authorized to accept service. Service was made at 1901 N. Dupont Highway, Main Building, New Castle, Delaware 19720.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 11, 2005
           Date

*Signature of Server* (signed: Anita Crowley)

2000 Pennsylvania Avenue, Suite 207, Wilmington, DE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.