AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,
    Plaintiff,
        V.

VINCENT MECONI, Secretary, Delaware Department of Health and Social Services, in his official capacity, MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-127

TO: (Name and address of Defendant)

Marianne Smith, Director
Division of Developmental Disabilities Services
Woodbrook Professional Center
1056 South Governor's Avenue, Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MaryBeth Musumeci, Esquire
Daniel G. Atkins, Esquire
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

DATE 3/4/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 11, 2005 at 4:35 p.m. |
| NAME OF SERVER (PRINT)<br>Ontry Patten | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Marianne Smith, Director, was effectuated by personally serving Roy A. Lafontaine as the Business Agent who is duly authorized to accept service. Service was made at 1056 South Governor's Avenue, Suite 101, Dover, Delaware 19904.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 11, 2005
              Date

Signature of Server

2000 Pennsylvania Avenue, Suite 207, Wilmington, DE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.