AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

MARIANNE DUFFY, by her parents and
legal guardians, Sean and Elise Duffy,
    Plaintiff,
        V.

**SUMMONS IN A CIVIL CASE**

VINCENT MECONI, Secretary, Delaware Department
of Health and Social Services, in his official capacity,
MARIANNE SMITH, Director, Division of Developmental
Disabilities Services, in her official capacity, and
ELAINE ARCHANGELO, Director, Division of Social
Services, in her official capacity,
    Defendants.

CASE NUMBER: 05-127

TO: (Name and address of Defendant)
Pursuant to 10 Del.C. § 3103
Jane M. Brady, Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MaryBeth Musumeci, Esquire
Daniel G. Atkins, Esquire
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          3/4/05

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 11, 2005 at 1:36 p.m. |
| NAME OF SERVER (PRINT)<br>Richard Torpey | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Jane M. Brady, Attorney General, was effectuated by personally serving Kevin Brady as the Business Agent who is duly authorized to accept service. Service was made at 820 N. French Street, 6th Floor, Wilmington, Delaware 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 11, 2005
              Date

Signature of Server

2000 Pennsylvania Avenue, Suite 207, Wilmington, DE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.