IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and
legal guardians, Sean and Elise Duffy,

        Plaintiff,

        v.

VINCENT MECONI, Secretary, Delaware
Department of Health & Social Services, in
his official capacity,

MARIANNE SMITH, Director, Division of
Developmental Disabilities Services,
in her official capacity, and

ELAINE ARCHANGELO, Director, Division
of Social Services, in her official capacity,

        Defendants.

No 05-CV-127-GMS

STIPULATION FOR AN EXTENSION
OF DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT
AND FOR LIMITED INITIAL DISCOVERY

      All parties to this action, by and through their respective attorneys, hereby stipulate and

agree as follows:

      1.    The time within which defendants may serve and file their response to plaintiff's

Complaint is extended to May 18, 2005.

      2.    If defendants file a Motion to Dismiss, plaintiff may file and serve her answering

brief (and any supporting materials) no later than thirty (30) days after service and filing of

defendants' opening brief.  Defendants may then file and serve a reply brief (and any supporting

materials) no later than fifteen (15) days after service and filing plaintiff's answering brief.

3.    The parties may conduct limited written discovery in advance of the Rule 26(f) conference of the parties.

IT IS SO STIPULATED.

_Daniel G. Atkins_ 5/9/05
Daniel G. Atkins
(DE Bar I.D. No. 2970)
MaryBeth Musumeci
(DE Bar I.D. No. 4128)
~~300 Delaware Avenue, Suite 750~~
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660

Counsel for Plaintiff

_Richard M. Donaldson_ 5/9/05
Richard M. Donaldson
(DE Bar I.D. No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7800

Counsel for Defendants

APPROVED BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.