IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) ) | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) | |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) | |
| Defendants. | ) ) | |

SECOND STIPULATION FOR AN EXTENSION
OF DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT
AND FOR LIMITED INITIAL DISCOVERY

All parties to this action, by and through their respective attorneys, hereby stipulate and agree as follows:

1. The time within which defendants may serve and file their response to plaintiff's Complaint is extended to May 25, 2005. Absent an affirmative showing of good cause to the Court, no further extension of time to respond to the Complaint shall be permitted.

2. If defendants file a Motion to Dismiss, plaintiff may file and serve her answering brief (and any supporting materials) no later than July 8, 2005. Defendants may then file and serve a reply brief (and any supporting materials) no later than July 18, 2005. Plaintiff may then

file and serve a sur-reply brief (and any supporting materials) no later than July 29, 2005. Defendants' reply brief and plaintiff's sur-reply brief shall each not exceed ten (10) pages.

      3.    The parties may conduct limited written discovery in advance of the Rule 26(f) conference of the parties.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Daniel G. Atkins  5/17/05 | /s/ Richard M. Donaldson  5/17/05 |
| Daniel G. Atkins | Richard M. Donaldson |
| (DE Bar I.D. No. 2970) | (DE Bar I.D. No. 4367) |
| MaryBeth Musumeci | Montgomery, McCracken, |
| (DE Bar I.D. No. 4128) |   Walker & Rhoads, LLP |
| Community Legal Aid Society, Inc. | 300 Delaware Avenue, Suite 750 |
| Disabilities Law Program | Wilmington, DE 19801 |
| Community Service Building | (302) 504-7800 |
| 100 West 10th Street, Suite 801 | |
| Wilmington, DE 19801 | Counsel for Defendants |
| (302) 575-0660 | |
| Counsel for Plaintiff | |

APPROVED BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.