# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

May 19, 2005

*BY ELECTRONIC FILING*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street, Lock Box 18
Wilmington, DE 19801

  Re: **Duffy v. Vincent Meconi, et al.**
     **C.A. No.:  05-CV-127-GMS**

Dear Judge Sleet:

  I write in response to a call from Chambers this morning requesting further information about the Second Stipulation for An Extension of Defendant's Time to Respond to the Complaint and for Limited Initial Discovery, which was submitted for the Court's consideration yesterday.

  The defendants requested an additional one-week extension to respond to plaintiff's Complaint because the associate attorney at Montgomery McCracken who has been working on the draft response informed the firm that she was leaving the firm on May 27 (to move to Washington, D.C.).  Her need to wrap up the various projects she was handling delayed the work she was doing on the defendants' filing.  We informed plaintiff's counsel that the response was likely to be a motion to dismiss.  Plaintiff's counsel graciously agreed to accommodate our firm's unanticipated staffing issue, and we took the opportunity to work out a more detailed briefing schedule (including page limitations for any reply and sur-reply briefs).

  Under these circumstances, we respectfully ask that the Court approve the stipulation negotiated by the parties.

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

May 19, 2005
Page 2

      Needless to say, I am at the Court's disposal should there be any further questions about the Second Stipulated Extension submitted for approval yesterday.

                    Respectfully submitted,

                    */S/ Richard M. Donaldson*

                    Richard M. Donaldson
                    (DE ID No. 4367)

RMD/saa
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk (via e-service)
        Daniel G. Atkins, Esquire (via e-service)
        MaryBeth Musumeci, Esquire (via e-service)