IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity,<br><br>MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and<br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No 05-CV-127-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of PATRICK T. RYAN to represent the defendants in this matter.

       Signed: /s/ Richard M. Donaldson
           /s/ Noel C. Burnham
           Richard M. Donaldson, Del Bar ID No. 4367
           Noel C. Burnham, Del Bar ID No. 3483
           Montgomery, McCracken, Walker & Rhoads, LLP
           300 Delaware Avenue, Suite 750
           Wilmington, DE 19801
           (302) 504-7840
Date: May 25, 2005      Counsel for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Funds effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: May 25, 2005         Signed: _____
                                   Patrick T. Ryan, PA Bar ID No. 37728
                                   Montgomery, McCracken, Walker & Rhoads, LLP
                                   123 South Broad Street
                                   Philadelphia, PA  19109
                                   (215) 772-7563

1169849v1