IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) | |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, May 25, 2005, I arranged for a copy of the foregoing **Motion and Order for Admission Pro Hac Vice** to be electronically served upon the following individuals at the addresses shown in the manner described:

        Daniel G. Atkins, Esquire
        MaryBeth Musumeci, Esquire
        Disabilities Law Program
        Community Legal Aid Society, Inc.
        100 W. 10th Street, Suite 801
        Wilmington, DE  19801

        Jane Perkins, Esquire
        Sarah Somers, Esquire
        National Health Law Program
        211 N. Columbia Street
        Chapel Hill, NC  27516

1171989v1

|  |  |
|---|---|
|  | Signed: /s/ Richard M. Donaldson |
|  | /s/ Noel C. Burnham |
|  | Richard M. Donaldson, Del Bar ID No. 4367 |
|  | Noel C. Burnham, Del Bar ID No. 3483 |
|  | Montgomery, McCracken, Walker & Rhoads, LLP |
|  | 300 Delaware Avenue, Suite 750 |
|  | Wilmington, DE 19801 |
|  | (302) 504-7840 |
| Date:  May 25, 2005 | Counsel for Defendants |

1171989v1