IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) ) | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) | |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT
<u>PURSUANT TO FED. R. CIV. P. 12(b)(6)</u>**

Defendants Vincent Meconi, the Secretary of the Delaware Department of Health & Social Services; Marianne Smith, the Director of the Division of Developmental Disabilities Services ("DDDS"); and Elaine Archangelo, the Director of the Division of Social Services (hereafter "the state defendants"), by and through their counsel, hereby move for the dismissal of plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Motion, the State defendants hereby incorporate by reference the arguments set forth in their accompanying Opening Brief in Support of Defendants' Motion to

Dismiss as though set forth at length herein.

Date: May 25, 2005
        /s/ Richard M. Donaldson
Richard M. Donaldson
(DE Bar I.D. No. 4367)
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800


        /s/ A. Ann Woolfolk
A. Ann Woolfolk
(DE Bar I.D. No. 2642)
Deputy Attorney General
State of Delaware – Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Attorneys for Defendants

Of Counsel:

Patrick T. Ryan
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA  19109
(215) 772-1500