IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity,<br><br>MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and<br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity,<br><br>Defendants. | No 05-CV-127-GMS |

## **ORDER**

AND NOW, this ____ day of _____, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, plaintiff's response thereto, and the supporting and opposing briefs submitted by the parties, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Complaint is hereby DISMISSED for failure to state a claim upon which relief can be granted.

BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.