IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, <br><br>Plaintiff, <br><br>v. <br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <br><br>MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and <br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No 05-CV-127-GMS |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, May 25, 2005, I caused two true and correct copies of **Defendants' Motion to Dismiss Plaintiff's Complaint** and **Defendants' Opening Brief in Support of Their Motion to Dismiss Plaintiff's Complaint** to be served upon the following individuals at the addresses shown in the manner described:

>Daniel G. Atkins, Esquire
>MaryBeth Musumeci, Esquire
>Disabilities Law Program
>Community Legal Aid Society, Inc.
>100 W. 10th Street, Suite 801
>Wilmington, DE  19801
>*(via First Class mail)*

-2-

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27516
*(via First Class mail)*

Attorneys for Plaintiffs

                              ____/s/ Noel C. Burnham_____
Noel C. Burnham
(DE Bar No. 3483)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801