IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et. al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND FIRST SET OF INTERROGATORIES DIRECTED TO THE DEFENDANTS**

Pursuant to D. Del. LR 5.4(a), I hereby certify that, on Friday, May 27, 2005, I caused a copy of Plaintiff's First Request for Admissions, First Request for Production of Documents, and First Set of Interrogatories Directed to the Defendants to be served on Defendants' counsel by hand delivery to the following address:

Richard M. Donaldson, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801.

Dated: May 27, 2005

DANIEL G. ATKINS (#2970)
MARYBETH MUSUMECI (#4128)
Disabilities Law Program
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660, ext. 220

JANE PERKINS
SARAH SOMERS
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27516
(919) 968-6308
(919) 968-8855 (fax)

Attorneys for the Plaintiff