IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) ) |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of JESSICA CHONG GOEBELER to assist in representing the defendants in this matter.

Signed: /s/ Richard M. Donaldson
/s/ Noel C. Burnham
Richard M. Donaldson, Del Bar ID No. 4367
Noel C. Burnham, Del Bar ID No. 3483
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

Date: June 7, 2005           Counsel for Defendants

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Funds effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date:   June 7, 2005         Signed: _____
                                         Jessica Chong Goebeler, PA Bar ID No. 89652
                                         Montgomery, McCracken, Walker & Rhoads, LLP
                                         123 South Broad Street
                                         Philadelphia, PA 19109
                                         (215) 772-7294