IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and          )
legal guardians, Sean and Elise Duffy,      )
                                            )
            Plaintiff,                      )
                                            )          No 05-CV-127-GMS
v.                                          )
                                            )
VINCENT MECONI, Secretary, Delaware         )
Department of Health & Social Services, in  )
his official capacity,                      )
                                            )
MARIANNE SMITH, Director, Division of       )
Developmental Disabilities Services,        )
in her official capacity, and              )
                                            )
ELAINE ARCHANGELO, Director, Division       )
of Social Services, in her official capacity, )
                                            )
            Defendants.                     )

## CERTIFICATION OF SERVICE [DI 13]

On June 9, 2005, I arranged for 2 copies of the Motion And Order For Admission Pro

Hac Vice of Jessica Chong Goebeler [DI 13] previously electronically served upon the following

to be served by first class U.S. mail, postage pre-paid:

Jane Perkins, Esquire                    Daniel G. Atkins, Esquire
Sarah Somers, Esquire                    MaryBeth Musumeci
National Health Law Program              Community Legal Aid Society, Inc.
211 North Columbia Street                Disabilities Law Program
Chapel Hill, NC 27516                    Community Service Building
                                         100 West 10th Street, Suite 801
                                         Wilmington, DE 19801

Dated:  June 9, 2005

                                         _____/s/ Noel C. Burnham_____
                                         Noel C. Burnham (#3483)
                                         Montgomery, McCracken, Walker
                                         & Rhoads, LLP
                                         300 Delaware Avenue, Suite 750
                                         Wilmington, DE  19801
                                         Tel:  (302) 504-7890

1177400v1