## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF (1) DEFENDANTS' OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, AND (2) DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I HEREBY CERTIFY that on June 27, 2005, two copies of (1) DEFENDANTS' OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, AND (2) DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served on the following party by first class postage pre-paid U.S. mail:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801

Dated: June 28, 2005         MONTGOMERY, MCCRACKEN,
                                             WALKER & RHOADS, LLP

                                    By: _____/s/ Noel C. Burnham_____
                                    Noel C. Burnham, (DE I.D. 3483)
                                    300 Delaware Avenue, Suite 750
                                    Wilmington, DE 19713
                                    302-504-7890
                                    nburnham@mmwr.com
                                    Attorneys for Defendants

1184172v1