**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> ) ) ) ) ) | |
| Defendants.  ) | |

**NOTICE OF SERVICE OF DEFENDANTS' OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO THE DEFENDANTS**

I HEREBY CERTIFY that on June 28, 2005, two copies of DEFENDANTS' OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO THE DEFENDANTS were served on the following party by Hand Delivery:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE  19801

Dated: June 28, 2005         MONTGOMERY, MCCRACKEN,
                                                 WALKER & RHOADS, LLP

                                     By: _____/s/ Noel C. Burnham_____
                                     Noel C. Burnham, (DE I.D. 3483)
                                     300 Delaware Avenue, Suite 750
                                     Wilmington, DE 19713
                                     302-504-7890
                                     nburnham@mmwr.com
                                     Attorneys for Defendants

1184158v1