IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et. al. <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 05-CV-127-GMS ) ) ) ) ) ) ) |

**ORDER**

Having considered the Defendants' Motion to Dismiss and supporting briefs, and Plaintiffs' Opposition and supporting briefs, it is hereby ORDERED this _____ day of _____, _____, that Defendants' Motion to Dismiss is DENIED.

_____
Gregory M. Sleet, U.S.D.J.