IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　NO. 1:05-CV-127 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss with accompanying Exhibit A and proposed form of order, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Noel C. Burnham
> Montgomery, McCracken, Walker & Rhoads
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801
> nburnham@mmwr.com.

*/s/ MaryBeth Musumeci*
MaryBeth Musumeci (#4128)
Disabilities Law Program
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660, ext. 228
(302) 575-0840 fax
mmusumeci@declasi.org
Attorney for Plaintiff