## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, ) ) ) ) | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and ) ) ) ) | |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, ) ) ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, July 18, 2005, I caused two true and correct copies of

**Defendants' Reply Brief in Support of Their Motion to Dismiss Plaintiff's Complaint** to be

served upon the following individuals at the addresses shown in the manner described:

> Daniel G. Atkins, Esquire
> MaryBeth Musumeci, Esquire
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 W. 10th Street, Suite 801
> Wilmington, DE  19801
> *(via Hand Delivery)*

-2-

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27516
*(via First Class mail)*

Attorneys for Plaintiffs

    */s/ Richard M. Donaldson*
Richard M. Donaldson
(Delaware Atty. I.D. No. 4367)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800

Attorney for Defendants