IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et. al.</u> )<br>)<br>Defendants. ) | No. 05-CV-127-GMS |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Plaintiff moves for summary judgment on all issues against all Defendants. Plaintiff asserts that:

1. There is no genuine issue as to any material fact in this case.

2. Plaintiff is entitled to a judgment as a matter of law. A brief in support of the motion is attached.

Dated: August 25, 2005

*/s/ MaryBeth Musumeci*
MARYBETH MUSUMECI (#4128)
DANIEL G. ATKINS (#2970)
Disabilities Law Program
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660, ext. 228 and 229
mmusumeci@declasi.org, datkins@declasi.org

JANE PERKINS
SARAH SOMERS
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27516
(919) 968-6308
perkins@healthlaw.org, somers@healthlaw.org

Attorneys for the Plaintiff