IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et. al.</u> )<br>)<br>Defendants. ) | No. 05-CV-127-GMS |

## **ORDER**

This _____ day of _____, 2005, having read and considered Plaintiff's Motion for Summary Judgment, Defendants' response to the motion, and the supporting and opposing briefs submitted by the parties, IT THEREFORE IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.  IT IS FURTHER ORDERED that:

    1.  The court declares that Delaware Division of Social Services Manual §§ 14110-14110.8.2 and 42 C.F.R § 435.403(c) unconstitutionally infringe on Plaintiff's fundamental right to interstate travel in violation of the:

        (a) privileges and immunities clause of Article IV of the United States Constitution;

        (b) privileges and immunities clause of the Fourteenth Amendment of the United States Constitution;

        (c) equal protection clause of the Fourteenth Amendment to the United States Constitution.

    2.  The court declares that Defendants' decision to deny Plaintiff's eligibility for

Medicaid services unconstitutionally infringes on Plaintiff's fundamental right to interstate travel in violation of the:

    (a) privileges and immunities clause of Article IV of the United States Constitution;

    (b) privileges and immunities clause of the Fourteenth Amendment of the United States Constitution;

    (c) equal protection clause of the Fourteenth Amendment to the United States Constitution.

3. Defendants are enjoined from continuing to prevent Plaintiff from accessing Medicaid services on the basis of her inability to physically relocate and establish residency in Delaware without first obtaining a suitable residential placement in Delaware.

4. Defendants are directed to find Plaintiff eligible for Medicaid DDDS intermediate care facility for mental retardation services and enable her to access the state system for community residential placements, retroactive to the date of her initial application for services.

5. Defendants are ordered to pay Plaintiff's reasonable attorney's fees and costs.

IT IS SO ORDERED.

                                              _____
                                              The Honorable Gregory M. Sleet
                                              United States District Court Judge
                                              for the District of Delaware