**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 1:05-CV-127 GMS ) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2005, I electronically filed Plaintiff's Motion for Summary Judgment, Opening Brief in Support of Plaintiff's Motion for Summary Judgment, with accompanying Exhibits A-E, and form of order, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>    Noel C. Burnham
>    Montgomery, McCracken, Walker & Rhoads
>    300 Delaware Avenue, Suite 750
>    Wilmington, DE 19801
>    nburnham@mmwr.com.

>    */s/ MaryBeth Musumeci*
>    MaryBeth Musumeci (#4128)
>    Disabilities Law Program
>    Community Legal Aid Society, Inc.
>    100 W. 10th Street, Suite 801
>    Wilmington, DE 19801
>    (302) 575-0660, ext. 228
>    (302) 575-0840 fax
>    mmusumeci@declasi.org
>    Attorney for Plaintiff