## C. About Your Development

1. Did you show affection in the usual way or were you unusually quiet or restless? ☐ Yes ☑ No

2. Did you have digestive problems or recurrent vomiting? ☑ No ☐ Yes

3. Please tell us how old you were when the following Developmental Milestones happened for you:

   Teething _5 months_    Sitting Alone _8 months_    Standing Alone _11 months_

   Walking Alone _17 months_    Beginning to Talk _____    Toilet Trained _2½ years old_

4. Please tell us about any major illness or injury, health problem or seizures you have had. Please include your age at the time it happened _Marianne started to have seizures at the age of 11._

5. When and how did you first receive confirmation of Mental Retardation or Developmental Disability? Please tell us about any studies or diagnosis that were made and who confirmed the diagnosis.
_Marianne was diagnosed with mental retardation when she attended Upsal Day School in Germantown, PA in 1975._

6. Please tell us about your childhood diseases:

| Have You Had ... | YES | NO | Not Sure | Age |
|---|---|---|---|---|
| Pertussis | | ✓ | | |
| Measles | | ✓ | | |
| Mumps | | ✓ | | |
| Rubella | | ✓ | | |
| Chicken Pox | ✓ | | | 10 |
| Other (describe) _____ | | | | |

7. Please tell us about your immunizations and testing:

| | Date(s) of Immunizations / Tests | Comments |
|---|---|---|
| DPT / (DT) (circle one) | 9-9-97 | |
| Polio | 8-7-80 | |
| Tetanus Toxoid | | |
| Rubella | } #2 1-23-97 | |
| Measles | | |
| Mumps | | |
| Influenza Flu vaccine | 11-30-00 | |
| TB Testing | 12-5-00 | 8 mm p 48 hrs |
| Small Pox | | |
| HIB | | |
| Other (describe) Hepatitis B Series | 4-9-96, 5-28-96, 10-8-96 | |

7

## D. Current Medical Information

Height: 60½"  Weight: 137 lbs

PRIMARY DOCTOR:
Name: Dr. Chung
Address: _____
Phone No.: 910-

DENTIST:
Name: Dr. Connie Gilliam
Address: _____
Phone No.: _____

HOSPITAL PREFERENCE: Onslow Memorial

MEDICAL DIAGNOSIS/HEALTH PROBLEMS: (list and describe) Profound Mental Retardation, Seizure Disorder, Blindness, Hypothyroidism, Constipation

PSYCHIATRIC DIAGNOSIS: (list and describe) Atypical psychosis, Stereotypic Movement Disorder c S.I.B.

OTHER SPECIALISTS: (please include ALL physicians - medical, dental, mental health, etc.)

| Name | Address | Phone | Specialty |
|---|---|---|---|
| Dr Kahled Jreisat | | | Neurology |
| Dr. Qill | | | GYN |
| | | | |
| | | | |

MEDICATIONS:  I TAKE MEDICINE MYSELF ☐    I NEED HELP TAKING MY MEDICINE ☑

Please tell us about ALL the medicines you are taking (including prescription and non-prescription medication, such as aspirin or suppositories, as well as dietary supplements such as vitamins. Please continue on back of next page if needed.

Medication: Depakote
Circle: (Prescription) or Non-Prescription
Reason Given: Seizures
How do you take it: c maximum assistance

Medication: Risperdal
Circle: (Prescription) or Non-Prescription
Reason Given: atypical psychosis
How do you take it: max. assist

Medication: Luvox
Circle: (Prescription) or Non-Prescription
Reason Given: Self-injurious behavior
How do you take it: as above

Medication: Tranxene
Circle: (Prescription) or Non-Prescription
Reason Given: psychosis + SIB + insomnia
How do you take it: as above

Vitamin E for nerves
Cogentin for side effects from Risperdal
Synthroid for hypothyroidism

D 0013

8

DO YOU HAVE ANY ALLERGIES TO:

Drugs: _no_   Describe Reaction: _____

Foods: _no_   Describe Reaction: _____

Other: _____   Describe Reaction: _____

OTHER SPECIAL MEDICAL CARE REQUIRED (specify): ✓ pulses weekly due + Synthroid Lab tests due to med. for seizures

DO YOU HAVE SEIZURES: YES ☑  NO ☐  DESCRIBE THEM _____

How often do you have seizures?: approx 1 per month
How long do they last?: 60-90 seconds
What happens after seizure?: Sometimes sleepy

WHAT SHOULD WE DO WHEN YOU HAVE A SEIZURE?: Keep her safe. Allow her to sleep p if needed

DO YOU USE OR NEED ANY PHYSICAL HEALTH AIDS: sometimes when walking long distances

☐ None  ☐ Walker  ☑ Wheelchair  ☐ Eyeglasses  ☐ Hearing Aid
☐ Dentures  ☐ Other (Adaptive Equipment): _____

10. EVERY DAY INFORMATION ABOUT YOU

A. COMMUNICATION:  _minimal_

(1) How do you communicate? (circle) full sentences, few words, **sign language**, gestures, pulling toward objects, parroting, other: _____
(2) Do you understand simple commands? _yes_
(3) Do you use a special communication device? If so which type: _____
How does it work? _____
Who fixes it when it breaks? _____

9

D 0014

B. **SELF CARE:**   Please specify if you are:

<u>I</u>ndependent (can do it by yourself)
<u>D</u>ependent (need someone to physically help you with <u>all</u> the steps)

or if you need:

<u>V</u>erbal Prompts (someone to talk you through the steps)
<u>P</u>hysical Assistance (someone to physically help you with <u>some</u> steps)

in the following areas:

(1) Dressing:  undergarments __P__  shirt/blouse __P__  pants __P__
   socks __P__  shoes __P__  coat __P__

Special Dressing Instructions: (i.e.: sequence of dressing)   Yes ☑ No ☐
_____

(2) Bathing: bath tub __P/D__ shower __P/D__ washing hair __P/D__ sponge bath _____
   I regulate my own bath water temperature:   Yes ☐  No ☑
   hair grooming __D__
   Special bathing instructions: _____
   _____

   How often do you like to bathe?: __Daily__
   Do you bathe in the morning?         Yes ☑ (Sometimes)  No ☐
   Do you bathe in the evening?         Yes ☑  No ☐
   Do you undresses in bathroom?        Yes ☑  No ☐ If no, where_____
   Where do you dress for bed? __bathroom__
   Do you require someone with you all the time?: Yes ☑  No ☐

(3) Do you use deodorant?              Yes ☑  No ☐
   Do you need help to apply it?       Yes ☑  No ☐

(4) Personal Health and Hygiene:

   *For Women:*

Date of Last Breast Exam: _____
Date of Last Mammogram: _____
Menses:
   Frequency: _____ Duration: _____ Amount: _____
   Discomfort: _____ Treatment: _____ Assistance Required: _____
   Date last period: __April 26st__ Date last PAP Smear: _____

-10

D 0015

How should we help you during gynecological exams: _____

I use: Pad w/belt: _____ Tampons: _____ Stick-on pads: _____ other Depend Protective underwear size md

I change my pad/tampon myself: NO

I need help (describe): Physical Ass. with All

### For Men AND Women:

| | | |
|---|---|---|
| I like to shave: | Yes ☐ | No ☐ |
| I prefer not to shave: | Yes ☐ | No ☐ |
| Electric razor: | Yes ☐ | No ☐ |
| Disposable razor: | Yes ☐ | No ☐ |
| I can do it myself: | Yes ☐ | No ☒ |

If no, how should we help? _____

(5) When I Eat:

I eat without any help:  Yes ☐  No ☒

I use:  ☒ fingers   ☒ spoon  ☐ fork   ☐ knife

I use special utensils: ☒   What are they: Small built up handle

Special Instructions: (i.e.: tube feeding, etc.) _____

| | | |
|---|---|---|
| I need all food finely cut: | Yes ☐ | No ☒ |
| I need meat cut: | Yes ☒ | No ☐ |
| I need my food mashed or pureed: | Yes ☐ | No ☒ |
| I drink by myself from a cup: | Yes ☒ | No ☐ |

My favorite foods: pizza, hamburger, Fast Foods

Foods I don't like: wet mushy

Special Needs: _____

My Meal Times: (specific times)

Weekdays:
breakfast 7:00 am lunch 12:00 snack 3:30 pm dinner 6:00 pm snack 8:00 pm

Weekends:
breakfast 9:00 am lunch 12:00 snack 3:30 pm dinner 6:00 pm snack 8:00 pm

Please check (✓) if you:

    a. Use the bathroom without any help    ☐    Sign to use the bathroom ✓
    b. Wear diapers:    during the day    ☐    at night ☐    both ☐
    c. Need reminders to use the bathroom    ✓
       Do you have a schedule? _____

    d. Need help using the bathroom    ☐ (please specify)
       _needs assistance_

    e. Any special bowel care: (describe care needed): _____

**(6) Getting Around**

Do you walk by yourself without help?:   Yes ☐   No ✓
If no, how do you get around? _walks with assistance_

Do you sit up alone:    Yes ✓   No ☐   I need assistance: ☐
Stand alone:    Yes ✓   No ☐   I need assistance: ☐
Climb Stairs alone:    Yes ☐   No ✓   I need assistance: ✓

**(7) Home/Community Safety – At Home**

Do you put non-food items in your mouth:    Yes ✓   No ☐
Are you aware of hot/cold:    Yes ✓   No ☐
Do you need someone with you all the time? (constant visual supervision):    Yes ✓   No ☐
Other: _____
Can you use 911:    Yes ☐   No ✓
Can you use the telephone in emergencies:    Yes ☐   No ✓

Do you need to be:

Protected from exploitation/or being taken advantage of:    Yes ✓   No ☐
Comment: _Marianne is blind and non verbal. She is unable to defend herself._

In The Community

Do you watch for cars when crossing street:    Yes ☐   No ☐   N/A ✓
Would you walk off / leave with strangers:    Yes ✓   No ☐
Do you wander off:    Yes ✓   No ☐
Do you need to hold hands:    Yes ✓   No ☐
Do you need to be escorted:    Yes ✓   No ☐
Can you handle your own money:    Yes ☐   No ✓
    Coins:    Yes ☐   No ✓
    Dollars:    Yes ☐   No ✓   Up to what amount: $____

12

D 0017

C.  **DAILY ROUTINES:**

  (1)  My Weekday Sleeping Schedule: (specific time)

  a.  I get up at: __6:30 AM__
  I go to bed at: __9:00 pm__
  I nap from __2:30 pm__ to __3:30 pm__

  b.  Things I need to get a good night's sleep (special bed, night light, door left open, etc.)
  __blanket on__

  c.  I usually sleep through the night:   Yes ☒   No ☐

  (2)  My Week End Sleeping Schedule: (specific time)

  a.  I get up at: __8:00 AM__
  I go to bed at: __9:00 pm__
  I nap from __2:30__ to __3:30__

  (3)  Things I like to do after school or work/ evenings / weekends: (Please Circle)
  color, draw, watch TV, do puzzles, play with toys (dolls, trucks, stuffed animals), look at books, (go for walks), play with cards, (games), etc.

  (list) __peg board, listen to music__

  Other: __ride bike with Assistance, pegs__

D.  **YOUR USUAL BEHAVIOR:**

  (1)  Describe your general behavior: __Good__

  (2)  Do you have any habits? (specify) ____

  (3)  Do you ever: (circle) (hurt yourself), hit other people, (scream), hit objects, have temper tantrums, lie, shoplift, other: __Marianne also rips and tears clothing and objects when she is bored.__

  a.  What causes this to occur? __Marianne hits herself when upset and frustrated. Change in routine, confusion and loud talking upsets her.__

  b.  Describe briefly what happens? __Marianne usually starts to pinch and hit herself. Over time it escalates to more violent hitting and punching__

  c.  What should we do when this happens?: (how do you want us to help you) __Marianne needs one on one staff with lots of structure__

13

D 0018

Do you spend time outside of the home on a routine basis in any of the following:

- ☐ School / Education Program
  - Name: _____
  - Address: _____
  - Telephone: _____
  - Contact Person: _____
- ☐ Work
  - Name of Employer: _____
  - Address: _____
  - Telephone: _____
  - Contact Person: _____
- ☐ Senior Center
  - Name: _____
  - Address: _____
  - Telephone: _____
  - Contact Person: _____
- ☐ Social Club
  - Name: _____
  - Address: _____
  - Telephone: _____
  - Contact Person: _____
- ☐ Volunteer
  - Name: _____
  - Address: _____
  - Telephone: _____
- ☑ Other
  - Name: *Cardwell Adult Day Program*
  - Address: *198 Cinnamon Dr) Hubert, NC*
  - Telephone: (910) _____
  - Contact Person: _____

Special Instructions for the day:

- Do you need to pack lunch:            Yes ☐   No ☑
- Is your lunch provided:                Yes ☑   No ☐
- Do you have a clothing restriction:    Yes ☐   No ☑   what? _____
- Do you take money daily:               Yes ☐   No ☑   How much? _____
- Do you have transportation:            Yes ☑   No ☐
- What are the arrangements: _____

14

D 0019

**Complete If Applicable:**

Do you have presently, or have a history of, any of the following:

| | Currently | In the Past | How is This Treated |
|---|---|---|---|
| Aggressive behavior (physical) | | ✓ | medication and staff intervention |
| Aggressive behavior (verbal) | | | |
| Substance Abuse | | | |
| Setting Fires | | | |
| Running Away | | | |
| Self-Injuring | | ✓ | medication and staff intervention |
| Sexual Misconduct | | | |
| Stealing/Theft | | | |
| Psychiatric Issues | | | |
| Other (specify) | | | |

**Emotional**

Describe how you react to:

Changes of Your Environment: _Marianne shows an increase in behaviors by exhibiting self abuse, clothing destruction, refusing meals, not sleeping._

Changes of Your Routine: _Same as above._

Disappointment: _Same as above._

Describe how you act in the community (on shopping trips, in restaurants, etc.): _Tolerates short trips, becomes anxious if too much stimulation._

**Social**

Describe your skills in the following areas:

Using the Telephone: _N/A_
Riding a bike: _N/A_
Swimming: _N/A_
Personal Identification: _N/A_
Basic First Aid: _N/A_
Spending Time Alone: _N/A_
Preparing Meals: _N/A_

14

D 0020

910-326-1425 (*staff*)

Person Helping You Complete This Profile: _Mother, nurse, direct care_  Phone: _910-346-4845 (Mom)_

Person Providing the Information: _Mother, nurse, staff_  Phone: _____

Date Of Completion: _May 1, 2001_

**Required Signatures:**

Signature of Individual Seeking Services _____

Signature of Guardian/Family Member (*if applicable*) _Elise C. Duffy_

Review Date: _____

      Signature                       Date

D 0021