IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) ) | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) ) | |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) ) | |
| Defendants. | ) | |

STIPULATION FOR AN EXTENSION
OF DEFENDANTS' TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

All parties to this action, by and through their respective attorneys, hereby stipulate and agree as follows:

1. The time within which defendants may serve and file their response to plaintiff's Motion for Summary Judgment is extended to Friday, September 23, 2005.

2. Plaintiff may file a reply brief on or before Friday, October 14, 2005.

IT IS SO STIPULATED.

1205437v1

_MaryBeth Musumeci_
Daniel G. Atkins
(DE Bar I.D. No. 2970)
MaryBeth Musumeci
(DE Bar I.D. No. 4128)
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660

Counsel for Plaintiff

Richard M. Donaldson
(DE Bar I.D. No. 4367)
Montgomery, McCracken,
  Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800

Counsel for Defendants

APPROVED BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.

1205437v1