IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No 05-CV-127-GMS ) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) ) |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, and | ) ) ) ) ) |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION OF SERVICE

On September 6, 2005, I arranged for 2 copies of the Stipulation for an Extension of Defendant's Time to Respond to Plaintiff's Motion for Summary Judgment previously electronically served upon the following to be served by first class U.S. mail, postage pre-paid:

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 North Columbia Street
Chapel Hill, NC 27516

Daniel G. Atkins, Esquire
MaryBeth Musumeci
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801

Dated: September 6, 2005

　　　　/s/ Noel C. Burnham
Noel C. Burnham (#3483)
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7890

2000635v1