# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) Plaintiff, ) ) v. ) ) VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> ) ) ) ) ) Defendants. ) | No. 05-CV-127-GMS |

## CERTIFICATION OF SERVICE

On Friday, October 21, 2005, I arranged for 2 copies of Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) to be served by hand delivery upon the following:

>Daniel G. Atkins, Esquire
>MaryBeth Musumeci, Esquire
>Community Legal Aid Society, Inc.
>Disabilities Law Program
>Community Service Building
>100 West 10th Street, Suite 801
>Wilmington, DE  19801

>       /s/ Noel C. Burnham
>Noel C. Burnham (#3483)
>MONTGOMERY, MCCRACKEN,
>   WALKER & RHOADS, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE  19801
>Tel: (302) 504-7800