# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 1:05-CV-127 GMS<br>) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u>, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF SERVICE OF PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEFENDANTS

Pursuant to D. <u>Del.</u> LR 5.4 (a), I hereby certify that on November 14, 2005, I caused a copy of Plaintiff's Second Request for Production of Documents Directed to the Defendants to be served on Defendants' counsel by hand delivery to the following address:

> Noel C. Burnham
> Montgomery, McCracken, Walker & Rhoads
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801.

> <u>/s/ MaryBeth Musumeci</u>
> MaryBeth Musumeci (#4128)
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 W. 10th Street, Suite 801
> Wilmington, DE 19801
> (302) 575-0660, ext. 228
> (302) 575-0840 fax
> mmusumeci@declasi.org
> Attorney for Plaintiff