IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-127-GMS : |
| VINCENT MECONI, Secretary, Dealware Department of Health & Social Services, in his official capacity, et al., | : : : : |
| Defendants. | : : |

**ORDER**

At Wilmington this **28th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, March 29, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the tentative mediation date of **Tuesday, June 13, 2006. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE