IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  NO.  1:05-CV-127 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF FIRST SUPPLEMENT TO
PLAINTIFF'S INITIAL DISCLOSURES
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 (a) (1)**

Pursuant to D. Del. LR 5.4 (a), I hereby certify that on December 12, 2005, I caused a copy of Plaintiff's First Supplement to Her Initial Disclosures Under Federal Rule of Civil Procedure 26 (a) (1) to be served on Defendants' counsel by hand delivery to the following address:

    Noel C. Burnham
    Montgomery, McCracken, Walker & Rhoads
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801.


    */s/ MaryBeth Musumeci*
    MaryBeth Musumeci (#4128)
    Disabilities Law Program
    Community Legal Aid Society, Inc.
    100 W. 10th Street, Suite 801
    Wilmington, DE 19801
    (302) 575-0660, ext. 228
    (302) 575-0840 fax
    mmusumeci@declasi.org
    Attorney for Plaintiff