**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> )<br>)<br>)<br>)<br>Defendants. ) | No. 05-CV-127-GMS |

**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS
TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

I HEREBY CERTIFY that on December 19, 2005, two copies of DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS were served on the following party by Hand Delivery:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801

Dated: December 19, 2005    MONTGOMERY, MCCRACKEN,
                             WALKER & RHOADS, LLP

                             By: _____/s/ Noel C. Burnham_____
                             Noel C. Burnham, (DE I.D. 3483)
                             300 Delaware Avenue, Suite 750
                             Wilmington, DE 19713
                             302-504-7890
                             nburnham@mmwr.com
                             Attorneys for Defendants

2032474v1