**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF (I) INTERROGATORIES DIRECTED TO PLAINTIFF, AND (II) FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

      I HEREBY CERTIFY that on March 21, 2006, two copies of DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF and DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF were served on the following party by Hand Delivery:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801

Dated: March 21, 2006      MONTGOMERY, MCCRACKEN,
                                        WALKER & RHOADS, LLP

                                       By: _____/s/ Noel C. Burnham_____
                                       Noel C. Burnham, (DE I.D. 3483)
                                       300 Delaware Avenue, Suite 750
                                       Wilmington, DE 19713
                                       302-504-7890
                                       nburnham@mmwr.com
                                       Attorneys for Defendants