IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-127-GMS |
| VINCENT MECONI, Secretary, Dealware Department of Health & Social Services, in his official capacity, et al., : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **29th** day of **March, 2006**.

IT IS ORDERED that the mediation scheduled for Tuesday, June 13, 2006 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE