# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | } } } |
| Plaintiff, | } No. 05-CV-127-GMS } |
| v. | } } |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | } } } ) ) |
| Defendants. | } |

## NOTICE OF SERVICE

Pursuant to D. Del. LR 5.4(a), I hereby certify that on April 20, 2006, I arranged for two copies of Plaintiff's Answers to Defendants' First Set of Interrogatories and Plaintiff's Responses to Defendants' First Request for the Production of Documents to be served by hand delivery on:

> Noel C. Burnham, Esq.
> Montgomery, McCracken, Walker & Rhoads LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801.

Dated: April 20, 2006

*/s/ MaryBeth Musumeci*_____
MaryBeth Musumeci (#4128)
Disabilities Law Program
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660, ext. 228
(302) 575-0840 fax
mmusumeci@declasi.org