IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 1:05-CV-127 GMS<br>) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF SERVICE OF PLAINTIFF'S
SUPPLEMENTAL DISCOVERY RESPONSES**

Pursuant to D. Del. LR 5.4 (a), I hereby certify that on May 5, 2006, I caused a copy of Plaintiff's Supplemental Discovery Responses to be served on Defendants' counsel by hand delivery to the following address:

>Noel C. Burnham
>Montgomery, McCracken, Walker & Rhoads
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801.

>*/s/ MaryBeth Musumeci*_____
>MaryBeth Musumeci (#4128)
>Disabilities Law Program
>Community Legal Aid Society, Inc.
>100 W. 10th Street, Suite 801
>Wilmington, DE 19801
>(302) 575-0660, ext. 228
>(302) 575-0840 fax
>mmusumeci@declasi.org
>Attorney for Plaintiff