IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, )<br><br>Plaintiff, )<br><br>v. )<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, )<br><br>MARIANNE SMITH, Director, Division of Development Disabilities Services, in her official capacity, and )<br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity. ) | No. 05-CV-127-GMS |

**STIPULATION TO ALTER THE BRIEFING SCHEDULE**
**ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

All parties to this action, by and through their respective attorneys, hereby stipulate and agree as follows:

1. Cross Motions for Summary Judgment and Opening Briefs are due on May 12, 2006.

2. Answering Briefs shall be filed by June 12, 2006.

3. Reply Briefs shall be filed by July 7, 2006.

IT IS SO STIPULATED.

| | |
|---|---|
| _/s/ Daniel Atkins_ | _/s/ Noel Burnham_ |
| Daniel G. Atkins | Noel C. Burnham |
| (DE Bar I.D. No. 2970) | (DE Bar I.D. No. 3483) |
| MaryBeth Musumeci | MONTGOMERY, MCCRACKEN, |
| (DE Bar I.D. No. 4128) | WALKER & RHOADS, LLP |
| Community Legal Aid Society, Inc. | 300 Delaware Avenue, Suite 750 |
| Disabilities Law Program | Wilmington, DE 19801 |
| Community Service Building | (302) 504-7800 |
| 100 West 10th Street, Suite 801 | |
| Wilmington, DE 19801 | A. Ann Woolfolk |
| (302) 575-0660 | (DE Bar I.D. No. 2642) |
| | Deputy Attorney General |
| Jane Perkins | State of Delaware - Department of Justice |
| Sarah Somers | Carvel State Office Building |
| National Health Law Program | 820 N. French Street, 6th Floor |
| 211 N. Columbia Street, 2nd Floor | Wilmington, DE 19801 |
| Chapel Hill, NC 27516 | (302) 577-8400 |
| (919) 968-6308 | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

APPROVED BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.

F:\public\CLS\1-CLIENTS - OPEN CASES\DUFFY, MARIANNE - DGA\stip to alter briefing schedule.wpd