IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity,<br><br>MARIANNE SMITH, Director, Division of Development Disabilities Services, in her official capacity, and<br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity. | No. 05-CV-127-GMS |

**REVISED STIPULATION TO ALTER THE BRIEFING SCHEDULE
ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

All parties to this action, by and through their respective attorneys, agree that the 10-day period for answering briefs and the 5-day period for reply briefs set out in the local rule on briefing schedules for motions generally (Local Rule 7.1.2(a)) will not provide sufficient time for purposes of briefing the Summary Judgment motions that will be filed on May 12, 2006. The parties wish to provide the Court with briefs which carefully and thoroughly address the important issues at stake. In addition, it may be necessary (depending upon the evidence submitted with the initial cross motions) to obtain one or more responsive affidavits or

declarations to accompany the answering and/or reply briefs. With more time to devote to their briefs and evidentiary submissions, counsel believe that the Court will be better served. Moreover, altering the briefing schedule will not in any way interfere with the timelines set out in the Court's Scheduling Order. With the Court's permission, the parties propose that the cross motions for Summary Judgment be briefed in accordance with the following schedule:

1. Cross Motions for Summary Judgment and Opening Briefs are due on May 12, 2006, as per the Scheduling Order. This date is not being altered.

2. Answering Briefs shall be filed by June 12, 2006.

3. Reply Briefs shall be filed by July 7, 2006.

IT IS SO STIPULATED.

_____
Daniel G. Atkins
(DE Bar I.D. No. 2970)
MaryBeth Musumeci
(DE Bar I.D. No. 4128)
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801
(302) 575-0660

Jane Perkins
Sarah Somers
National Health Law Program
211 N. Columbia Street, 2nd Floor
Chapel Hill, NC 27516
(919) 968-6308

Counsel for Plaintiff

_____
Noel C. Burnham
(DE Bar I.D. No. 3483)
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800

A. Ann Woolfolk
(DE Bar I.D. No. 2642)
Deputy Attorney General
State of Delaware - Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Counsel for Defendants

APPROVED BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.

\\svwilm\data\public\DGA\1-Cases - Open\Duffy\stip to alter briefing schedule.wpd