# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 1:05-CV-127 GMS<br>)<br>) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF SERVICE OF PLAINTIFF'S SECOND
## SUPPLEMENTAL DISCOVERY RESPONSES

Pursuant to D. Del. LR 5.4 (a), I hereby certify that on May 9, 2006, I caused a copy of Plaintiff's Second Supplemental Discovery Responses to be served on Defendants' counsel by hand delivery to the following address:

> Noel C. Burnham
> Montgomery, McCracken, Walker & Rhoads
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801.

> */s/ MaryBeth Musumeci*_____
> MaryBeth Musumeci (#4128)
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 W. 10th Street, Suite 801
> Wilmington, DE 19801
> (302) 575-0660, ext. 228
> (302) 575-0840 fax
> mmusumeci@declasi.org
> Attorney for Plaintiff