**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56(b)**

Defendants Vincent Meconi, the Secretary of the Delaware Department of Health & Social Services; Marianne Smith, the Director of the Division of Developmental Disabilities Services ("DDDS"); Elaine Archangelo, the Director of the Division of Social Services; and Harry Hill, the Director of the Division of Medicaid and Medical Assistance (collectively the "state defendants"), through their undersigned counsel, hereby move for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure.

In support of this motion, the state defendants incorporate by reference the attached Memorandum of Law and the factual materials included in the accompanying Appendix in Support of Defendants' Motion for Summary Judgment.

The state defendants are entitled to summary judgment because, under the undisputed facts of this case, their application of the federal and state Medicaid residency rules to plaintiff Marianne Duffy's request for DDDS services does not impinge upon her constitutional right to travel. There is no legal obstacle to plaintiff's applying to and, if accepted, moving into an

appropriate Delaware residential facility.  She would then immediately become a Delaware

resident, eligible for Delaware Medicaid (and DDDS services).  In fact, the record shows that

plaintiff's parents are applying to Delaware facilities and are not encountering any legal obstacle.

WHEREFORE, the state defendants respectfully request that the Court enter the attached

order, granting summary judgment in favor of the state defendants and against plaintiff Marianne

Duffy on all claims in plaintiff's First Amended Complaint.


Respectfully submitted,


Dated: May 12, 2006                     /s/ Richard G. Placey
                                        Richard G. Placey
                                        (DE Bar I.D. No. 4206)
                                        Richard M. Donaldson
                                        (DE Bar I.D. No. 4367)
                                        MONTGOMERY, MCCRACKEN,
                                            WALKER & RHOADS, LLP
                                        300 Delaware Avenue, Suite 750
                                        Wilmington, DE 19801
                                        (302) 504-7800

                                        Patrick T. Ryan
                                        Jessica C. Goebeler
                                        MONTGOMERY, MCCRACKEN,
                                            WALKER & RHOADS, LLP
                                        123 South Broad Street
                                        Philadelphia, PA 19109
                                        (215) 772-1500

                                        A. Ann Woolfolk
                                        (DE Bar I.D. No. 2642)
                                        Deputy Attorney General
                                        State of Delaware – Department of Justice
                                        Carvel State Office Building
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE  19801
                                        (302) 577-8400

                                        Counsel for Defendants