IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(b), and the supporting and opposing submissions filed by the parties, it is hereby ORDERED that the Motion is GRANTED.  Summary judgment is hereby entered in favor of all defendants and against plaintiff Marianne Duffy on all claims in plaintiff's First Amended Complaint.

BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.