EXHIBIT C

COST PROJECTION DATA SHEET
FY 2002 C

CLIENT NAME _____                    RESIDENTIAL PLACEMENT

PART 1
HOME AND COMMUNITY BASED SERVICES

| SERVICE CATAGORY | ESTIMATED COSTS DAILY | MAX. MONTHLY | MAX. ANNUAL | NUMBER CLIENTS | WEIGHTED AVERAGE | TOTAL COST | TOTAL PER SERVICE |
|---|---|---|---|---|---|---|---|
| **FOSTER TRAINING HOMES** | | | | | | | |
| FOSTER TRAINING HOME II | $14.93 | $454.12 | $5,449.45 | | | | |
| FOSTER TRAINING HOME III | $38.49 | $1,170.74 | $14,048.85 | | | | |
| FOSTER TRAINING HOME IV | $78.78 | $2,396.23 | $28,754.70 | | | | |
| RESPITE | $30.00 | | | | | | |
| **NEIGHBORHOOD GROUP HOMES** | | | | | | | |
| BANCROFT NEIGHBORHOOD GROUP HOME- Spec. Pop | $259.77 | $7,642.22 | $91,706.60 | | | | |
| BANCROFT NEIGHBORHOOD GROUP HOME-Community | $116.46 | $3,426.16 | $41,113.87 | | | | |
| CHIMES NEIGHBORHOOD GROUP HOME/P-21 & Community | $274.29 | $7,174.97 | $86,099.63 | | | | |
| CHIMES NEIGHBORHOOD GROUP HOME (Prader w.) | $258.95 | $6,773.70 | $81,284.41 | | | | |
| COMMUNITY SYSTEMS NEIGHBORHOOD GROUP HOME DD | $172.43 | $4,868.27 | $58,419.28 | | | | |
| DELMARVA COMMUNITY NEIGHBORHOOD GROUP HOME | $173.67 | $5,195.63 | $62,347.53 | | | | |
| DDDS NEIGHBORHOOD GROUP HOME I | $156.74 | $4,262.15 | $51,145.83 | | | | |
| DUNGARVIN NEIGHBORHOOD GROUP HOME | $316.17 | $8,852.76 | $106,233.12 | | | | |
| MARTIN LUTHER NEIGHBORHOOD GROUP HOME | $173.25 | $4,865.44 | $58,385.25 | | | | |
| MARTIN LUTHER NEIGHBORHOOD GROUP HOME DD | $229.19 | $6,971.20 | $83,654.35 | | | | |
| KEN-CREST GROUP HOME | $224.85 | $5,696.20 | $68,354.40 | | | | |
| KEYSTONE SERVICES | $286.15 | $7,916.82 | $95,001.80 | | | | |
| VOCA NEIGHBORHOOD GROUP HOME | $245.69 | $7,227.38 | $86,728.57 | | | | |
| **APARTMENTS** | | | | | | | |
| BANCROFT INC STAFFED | $506.34 | $15,107.08 | $181,284.91 | | | | |
| CHIMES STAFFED | $312.69 | $8,179.45 | $98,153.39 | | | | |
| CHIMES P-21 STAFFED | $312.69 | $8,179.45 | $98,153.39 | | | | |
| DELMARVA CMTY SVCS. STAFFED | $320.15 | $9,577.82 | $114,933.85 | | | | |
| DDDS STAFFED | $156.64 | $3,705.84 | $44,470.10 | | | | |
| DDDS SUPERVISED | $147.98 | $4,172.54 | $50,070.51 | | | | |
| DUNGARVIN STAFFED P-21 | $320.99 | $8,987.72 | $107,852.64 | | | | |
| KEN-CREST STAFFED | $161.58 | $4,093.36 | $49,120.32 | | | | |
| VOCA STAFFED | $225.85 | $5,363.94 | $64,367.25 | | | | |
| **DAY PROGRAMS** | | | | | | | |
| BANCROFT POST 21 PRE.VOC.AND SUPP EMP. TRNG. | $97.00 | $2,004.67 | $24,056.00 | | | | |
| CHESAPEAKE CARE RESOURCES | $82.00 | $1,387.17 | $16,646.00 | | | | |
| CHIMES COMMUNITY PRE-VOC | $106.31 | $1,922.44 | $23,069.27 | | | | |
| CHIMES PRE-VOC POST-21 | $133.32 | $2,477.53 | $29,730.36 | | | | |
| CHIMES SUPP-EMP. POST-21 | $133.32 | $2,477.53 | $29,730.36 | | | | |

D 0233

| | | |
|---|---|---|
| COMMUNITY INTEGRATED SREVICES | $53.71 | $1,056.30 | $12,675.56 |
| DELMARVA COMMUNITY SVCS. DAY HABILITATION | $64.36 | $1,292.56 | $15,510.76 |
| DE. ELWYN AUTISTIC PROGRAM | $121.47 | $2,299.83 | $27,597.98 |
| DE. ELWYN PRE.VOC.EMP. AND SUPPORTED EMP. | $43.12 | $803.11 | $9,637.32 |
| TRAINING | | | |
| DDDS DAY HABILITATION STATE RUN PROGRAMS | $91.55 | $1,621.20 | $19,454.38 |
| EASTER SEALS PRE VOC./SUPPORTED EMPL. | $50.56 | $936.62 | $11,239.49 |
| EASTER SEALS TOTAL CARE PRE-VOC. | $91.00 | $1,685.78 | $20,229.30 |
| KSI PRE.VOC.EMP. TRAINING AND SUPPORTED EMP. | $52.80 | $1,056.00 | $12,672.00 |
| CLINICAL SUPPORT | $11.56 | $351.62 | $4,219.40 |
| CASE MANAGEMENT | $10.70 | $325.46 | $3,905.50 |
| ACUTE CARE SERVICES | $11.95 | $363.42 | $4,361.00 |
| TOTAL | | | |
| ICF/MR SERVICES | | | |
| ICF/MR STOCKLEY CENTER | $373.78 | $11,369.14 | $136,429.70 |
| ACUTE CARE SERVICES | $13.23 | $402.08 | $4,825.00 |

Signature & Title of Case Manager/Committee

PART II.

It is the determination of the State Medicaid Program Unit that there exists reasonable exception that (Check one):

_____ The cost of home and community based services offered WOULD EXCEED the State's (CxD) Cap and therefore this client is INELIGIBLE for home and community based services under the Medicaid Program.

_____ The aggregate cost of home and community based services offered WOULD NOT EXCEED the State's (CxD) Cap, and therefore, this client MAY BE ELIGIBLE for home and community services under the Medicaid Program.

_____          _____
Date                     State Medicaid Administrator

D 0234