IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>Plaintiff,            )<br>)<br>v.                         )<br>)<br>VINCENT MECONI, Secretary, Delaware )<br>Department of Health & Social Services, in )<br>his official capacity, <u>et. al.</u>        )<br>)<br>Defendants.        ) | No. 05-CV-127-GMS |

## ORDER

This _____ day of _____, 2006, having read and considered Plaintiff's Motion for Summary Judgment, Defendants' response to the motion, and the supporting and opposing briefs submitted by the parties, IT THEREFORE IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED. IT IS FURTHER ORDERED that:

    1. The court declares that 42 C.F.R. § 435.403(c) unconstitutionally infringes on Plaintiff's fundamental right to interstate travel in violation of the:

        (a) privileges and immunities clause of Article IV of the United States Constitution;

        (b) privileges and immunities clause of the Fourteenth Amendment of the United States Constitution;

        (c) equal protection clause of the Fourteenth Amendment to the United States Constitution.

    2. The court declares that Defendants' decision to deny Plaintiff's eligibility for Medicaid services unconstitutionally infringes on Plaintiff's fundamental right to interstate travel

in violation of the:

    (a) privileges and immunities clause of Article IV of the United States Constitution;

    (b) privileges and immunities clause of the Fourteenth Amendment of the United States Constitution;

    (c) equal protection clause of the Fourteenth Amendment to the United States Constitution.

3. Defendants are enjoined from continuing to prevent Plaintiff from accessing Delaware Medicaid services on the basis of her inability to physically relocate and establish residency in Delaware without first obtaining a suitable residential placement.

4. Defendants are directed to find Plaintiff eligible for Delaware Medicaid services and enable her to access the state system for ICF/MR and community residential placements, retroactive to the date of her initial application for services.

5. Defendants are ordered to pay Plaintiff's reasonable attorney's fees and costs.

IT IS SO ORDERED.

                                                                                                          _____

                                                                                                          The Honorable Gregory M. Sleet
United States District Court Judge
for the District of Delaware