**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, </br></br>     Plaintiff, </br></br>  v. </br></br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al</u>., </br></br>     Defendants. | ) </br> ) </br> ) </br> )   NO. 1:05-CV-127 GMS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 12, 2006, I electronically filed Plaintiff's Motion for Summary Judgment, Opening Brief in Support of Plaintiff's Motion for Summary Judgment, with accompanying Exhibits, and form of order, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

      Noel C. Burnham
      Montgomery, McCracken, Walker & Rhoads
      300 Delaware Avenue, Suite 750
      Wilmington, DE 19801
      nburnham@mmwr.com.

      */s/ MaryBeth Musumeci*
      MaryBeth Musumeci (#4128)
      Disabilities Law Program
      Community Legal Aid Society, Inc.
      100 W. 10th Street, Suite 801
      Wilmington, DE 19801
      (302) 575-0660, ext. 228
      (302) 575-0840 fax
      mmusumeci@declasi.org
      Attorney for Plaintiff