## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and )
legal guardians, Sean and Elise Duffy, )
                                )
           Plaintiff, )
                                )      NO. 1:05-CV-127 GMS
    v. )
                                )
VINCENT MECONI, Secretary, Delaware )
Department of Health & Social Services, )
in his official capacity, et al., )
                                )
           Defendants. )

## **AFFIDAVIT OF SEAN DUFFY**

    1. I am the father of Plaintiff, Marianne Duffy, born March 6, 1973. Marianne's

mother, Elise Duffy, and I are Marianne's legal guardians.

    2. Marianne is a citizen of the United States. She has resided at Carobell, an

ICF/MR group home in Hubert, North Carolina, since 1994. Her disabilities include

blindness, autism, profound mental retardation, and a seizure disorder. She is non-verbal

and requires a highly structured living environment with constant supervision and care

due to her susceptibility to seizures, falling, and self-abusive behavior. A true and correct

copy of Marianne's application for services in Delaware, which details Marianne's

extensive needs, is attached. *See,* Delaware Health and Social Services Division of

Mental Retardation Individual Profile (**Exhibit 1**).

    3. Her mother and I are unable to care for Marianne in our home, even for a short

period of time because of the intensive care and supervision that she needs. For example,

Marianne's sleep patterns are such that she can stay awake for prolonged periods of time

– twenty-four to thirty-six hours – fairly frequently. She needs constant supervision while she is awake because she is at risk for seizures and falling, and it is unsafe for her to walk on her own. Her residential placement provides staff who are awake all night to monitor her. Marianne also engages in behaviors, such as loud screaming and laughing, which go on for hours at a time. Marianne's self-injurious behaviors also can last for hours at a time, during the day and night. During those periods, she must be constantly monitored and restrained from hitting herself or banging her head against a wall. It is unsafe for Marianne to live outside of a highly structured residential placement that can provide the care that she needs as a result of her disabilities. Any unplanned interruption, such as the ringing of the telephone, can be upsetting to her.

4. Marianne has lived in a residential placement outside of my and her mother's home since she was eleven years old. She has not stayed with her mother and me at our home for a period of twenty-four hours for several years. Until approximately 1998 or 1999, Marianne did spend one night per week at our home in North Carolina. However, these overnight visits were stopped due to safety concerns. Marianne's seizures cause her to fall easily, and she requires supervision and assistance while she is walking because her reflexes are very slow. She once had a seizure in the shower while her mother was alone caring for her, and this raised our concerns about our ability to ensure her safety in our home. In addition, Marianne's history of unusual sleep patterns means that someone must constantly be awake to supervise her. We are unable to meet this need without additional adults present. Until 2001, Marianne did stay with us for a period of twenty-four hours during the Christmas holidays, when her mother, myself, and her two adult brothers were all available to take shifts monitoring her around the clock. Marianne has

2

not had any overnight home visits for holidays or otherwise since 2001. Now, the round trip distance between Carobell and our home is too far to travel and therefore would be too hard on Marianne to justify a visit.

5. In April, 2001, I relocated to Delaware as a result of a new job, and Marianne's mother followed in 2002. Her mother and I want Marianne to live in Delaware so that she can live closer to her family.

6. Marianne has a very close relationship with us. While we lived in North Carolina, we would visit with Marianne once a week to go out to lunch and bring her to our home once a week for a visit. We also could drop in at the group home unannounced to check on how Marianne was doing and monitor her care. Now that Marianne has been unable to move to Delaware, we must travel to North Carolina to visit her. Marianne is now only able to see us every three months. She has no other way to communicate with us because she is nonverbal. Telephone contact, letters, and email are all unworkable as a result of her disabilities. In-person visits are Marianne's only means of interacting with us.

7. Marianne receives Medicaid benefits in North Carolina. We have applied for services through Delaware's Division of Developmental Disabilities Services (DDDS). We first contacted DDDS about Medicaid benefits and services for Marianne in March, 2001, immediately prior to my move to Delaware. According to DDDS, Marianne's application for DDDS services has been placed on "inactive status" because, although Marianne was determined to meet the clinical eligibility criteria, she first had to establish Delaware residency before she could access DDDS services.

8. During the time that we have been seeking services for Marianne to enable her to move to Delaware, I have corresponded with DDDS. Attached are true and correct copies of Marianne's application for services, and correspondence between me and the defendants which were produced by the defendants in response to discovery requests filed in this lawsuit. *See* Application for Services; correspondence dated April 17, 2001, September 3, 2002, September 30, 2002, October 22, 2002, December 18, 2002, June 2, 2003, June 11, 2003, July 3, 2003, August 8, 2003, February 4, 2004. (**Exhibits 2-12**).

9. After Delaware's initial denial of Marianne's DDDS application, we pursued an internal DDDS appeal on Marianne's behalf. In July 2003, the DDDS Director Marianne Smith determined that Marianne was not a state resident and her residential placement needs were not "urgent" according to the state registry system and, therefore, determined that Marianne would not be provided with Medicaid-funded community residential services. Marianne was, however, assigned a DDDS case manager, and we were instructed to contact DDDS if Marianne moved to Delaware and became a state resident.

10. Marianne is stuck in North Carolina. She cannot move to Delaware to establish residency because she must have an appropriate residential placement and services into which she can move when she arrives. She cannot access such a placement and services because she cannot afford to pay for it without the assistance of Medicaid.

11. Marianne's income is limited to approximately $30.00 per month in Supplemental Security Income (SSI) benefits and negligible income (approximately $113.00 total in 2004) for piecework in her vocational day program. She has minimal

4

savings (currently approximately $600.00 in a savings account), which is used for incidentals, such as clothing, field trips, eating out, hairdressing appointments, etc.

12.  Marianne's mother and I have begun to explore potential placements for Marianne in Delaware.  We have not received any assistance from the state of Delaware in locating potential placements.  Marianne's mother has visited the Mary Campbell Center, an ICF/MR in Delaware, which costs between $275.00 to $300.00 per day for private pay patients.  We recently learned that the Mary Campbell Center does not feel that it can meet Marianne's needs.  We have been referred to Chesapeake Care Resources, Inc., an ICF/MR located approximately ten miles from the Delaware state line, and have applied for services for Marianne there.  We have learned that there are other Delaware residents who are placed at this facility.  We anticipate that the private pay rate at any ICF/MR will be comparable to Mary Campbell Center's rate, and we know that neither we nor Marianne can afford that.

13.  In addition to a residential placement, Marianne also requires Medicaid benefits to pay for her other health care costs, such as prescription drugs, medical tests, hospitalizations, and doctors' visits.  Marianne's private health insurance coverage through my employer is limited and does not cover all of her health care needs.  Her private insurance does not cover ICF/MR services.

14.  We want Marianne to become a Delaware resident because that would be best for her needs.  However, she cannot relocate until an appropriate placement is set up for her and necessary services are available.

15.  Marianne's mother and I have been separated from our daughter for over four years.  It is not easy to take roughly 1,000 mile round-trips to visit with her.  This

separation places an emotional strain on our family, and Marianne's mental health suffers greatly as a result of the decreased opportunities to interact with us. Visits with her family are an essential part to her well-being.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2006, at Wilmington, Delaware.

Sean Duffy
Father and Legal Guardian of
Plaintiff, Marianne Duffy



DELAWARE HEALTH
AND SOCIAL SERVICES
DIVISION OF MENTAL RETARDATION

OFFICE OF THE DIRECTOR

## YOUR INDIVIDUAL PROFILE

1.    INFORMATION ABOUT YOU (the person applying for DMR services)

Name: _Marianne Shannon Duffy_        DMR Case Number: _____

Address: _Cardwell Lane / 198 Cinnamon Dr._  DMR Case Manager: _____

_Hubert, NC 28539-4441_        Birth Date: _March 6, 1973_

Phone No.: _(910) 326-1425_        Social Security #: _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_

Sex (Male / Female): _Female_        MCI # _____

2.    INFORMATION ABOUT YOUR FAMILY AND PEOPLE THAT KNOW AND CARE FOR YOU
      (This information will help us to contact your family and other important people)

A.  PARENTS:

Name of Mother: _Elsie Claire Duffey_

      Birth date & Social Security # of Mother: _May 4, 1951  # 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_

Name of Father: _Alan Duffey_

      Birth date & Social Security # of Father: _January 26, 1951  # 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_

B.  GUARDIANSHIP AND PAYEE INFORMATION (Please Check One)

Who is your Guardian?        Myself  ☐        Other  ☑

If you have a Guardian, does your Guardian have guardianship of:

      Person  ☐    Property  ☐        Both  ☑

      Date of Court Order _9/15/2000_
                              (please attach a copy of the order)

Name of Guardian: _Cardwell Lane_        Relationship to You: _Residential Care_

Address: _198 Cinnamon Dr_        Telephone: (Home) _910-326-7608_

_Hubert, NC  28539-4441_        (Work) ___ALEX SHRENE___

_+ Parents_        (Other) _898 546-7160 × 53_

Does anyone you know have:

      Durable Power of Attorney ☑    Custodian ☐    Surrogate Decision Maker ☐

Who is your Representative Payee:  ☐ Self    ☑ Other _Cardwell_

                              (Name and relationship to you)

Revised 1/19/00

Exhibit 1                              D 0006

C. **Emergency Contact Person:** (*If other than Parent or Guardian*)

Name: _Sean C. Duffy_    Relationship to You: _brother_

Address: _420 W 116th St._    Telephone: (Home) _212-853-3201_

_NY NY_    (Work) _____

_____    (Other) _____

D. **Other Family Members** (Name and address of any brothers, sisters, half-siblings, grandparents or step-parents)

| Name | Relationship | Date of Birth | Address and Telephone Number |
|------|-------------|---------------|------------------------------|
| Sean C. Duffy | brother | August 8, 1974 | #212-853-3201    10027  420 W 116th St 3-6 NY NY |
| Christopher M. Duffy | brother | June 10, 1977 | 910-791-6351    28405  314 Pinehill Dr. Wilmington NC |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3. **FINANCIAL INFORMATION** – It is important to complete <u>ALL</u> of this section.
(This information will help us determine what other benefits you might be eligible for)

A.                    MONTHLY INCOME

| SOURCE | AMOUNT |
|--------|--------|
| Wages (employer name _N/A_ ) | $ _____ |
| SSI | $ _38.00 monthly_ |
| SSDI/OASDI | $ _____ |
| VA Benefits | $ _____ |
| Pension (company name : _____ ) | $ _____ |
| Other _____ | $ _____ |
| TOTAL MONTHLY INCOME | $ _38.00_ |

2

B.  Resources

☐ Checking Account: Account Number:_____

Financial Institution Name:_____

☑ Savings Account: Account Number: 0008 10201256

Financial Institution Name: First Citizen's Bank

☐ Certificates of Deposit (CD's )   Amount:_____

Financial Institution Name:_____

☐ Trust Fund     Trustee Name:_____

Trustee Phone Number:_____

Financial Institution Name:_____

☐ Other     Specify:_____

_____

C.  Miscellaneous

| LIFE INSURANCE | | | |
|---|---|---|---|
| Person Insured | Policy Owner | Insurance Co. & Address | Policy No. |
| 1) | | | |
| 2) | | | |

D.  HEALTH INSURANCE:

Insurance Company:_____ Policy Number:_____

Medicaid Number:_____ Medicare Number:_____

Managed Care Provider:_____ Part A ☐  Part B ☐

Blood Bank:_____

☐ Burial Plot (location) _____ ☐ Pre Paid Funeral Expenses

Burial Plan:_____

4.  LEGAL INFORMATION – It is important to complete ALL of this section (This information will help us plan supports and services with you)

What is your citizenship status?    ☑ United States Citizen (born in the United States)

☐ United States Citizen (born outside the US)

☐ Lawful Immigrant (please attach copies of documentation)

☐ Alien (country you were born in _____ )

3

D 0008

Do you have a Living Will?      ☐ Yes (please submit copy)   ☑ No

Comment, if yes: _____

_____


Do you have a standing order to Do Not Resuscitate?   ☐ Yes (please submit copy)   ☑ No

Comment, if yes: _____


Have you ever been convicted of a criminal offense (Felony or Class A Misdemeanor)?   ☐ Yes   ☑ No

If yes, tell us the type of offense, date & location: _____

_____


Are you currently on probation or parole?      ☐ Yes   ☑ No

Comment, if yes: _____

_____


Name and phone number of probation officer: _____

_____


Other: _____      ☐ Yes   ☐ No

Comment, if yes: _____

_____


5.   SCHOOL HISTORY

What school do you go to?

Name _____      Phone: _____

Address: _____

_____


If you don't go to school now, where did you last go to school?

Name _Carabell_      Phone: _910- 326 - 7600_

Address: _199 Cinnamon Dr._

_Hubert, NC  28539_

Last Grade attended: _____

Age and dates attended: _1994 - 1995   age 21_


| | | | |
|---|---|---|---|
| Were you a Special Education student? | ☑ Yes | ☐ No | |
| Did you receive a Certificate of Attendance? | ☐ Yes | ☑ No | If yes, what year? _____ |
| Did you receive a diploma? | ☑ Yes | ☐ No | If yes, what year? _1994_ |
| Have you ever attended a day program? | ☑ Yes | ☐ No | |

If yes, what is the name of the program and when did you attend? _____

_Marianne attends the "Adult Day Program" at Carabell_

4

6.  **TEST HISTORY**

Date of your last psychological test? _____12-29-00_____

Who tested you, and where? __Dr. Ron Whicken____Cardwell, Inc.__

_____198 Cinnamon Dr Hubert NC__

_____28539

7.  **WORK HISTORY**

| Where Have You Worked? | What Type of Work Did You Do? | When Did You Work There? (Dates) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8.  **SERVICE HISTORY :** Do you or have you received services from any of the following (**please check all that apply**)

| | Current | Past |
|---|---|---|
| Adult Protective Services | ☐ | ☐ |
| A.I. DuPont Institute | ☐ | ☐ |
| Alcohol/Drug Rehab | ☐ | ☐ |
| ARC | ☐ | ☐ |
| Child Mental Health | ☐ | ☐ |
| Community Legal Aid | ☐ | ☐ |
| Delaware Autistic Program | ☐ | ☐ |
| Delaware Curative Workshop | ☐ | ☐ |
| Delaware Psychiatric Hospital | ☐ | ☐ |
| Division of Family Services | ☐ | ☐ |
| Division of Visually Impaired | ☐ | ☐ |
| DMR (Respite-Residential) | ☐ | ☐ |
| Governor Bacon | ☐ | ☐ |
| Elwyn | ☐ | ☑ |
| Kent-Sussex Industries | ☐ | ☐ |
| Meadowood Hospital | ☐ | ☐ |
| Mental Hygiene Clinic | ☐ | |
| Location: | | |
| Rockford Center | ☐ | ☐ |
| Stockley Center | ☐ | ☐ |
| Terry Center | ☐ | ☐ |
| Vocational Rehabilitation | ☐ | ☐ |
| Other_____ | ☐ | ☐ |
| Other_____ | ☐ | |

5

**9.  MEDICAL INFORMATION**

    **A.  Family History**

        1.  Do you know of any hereditary or congenital diseases or illness among members of your family?

            ☑ No      ☐ Yes (*please describe*) _____

        2.  Do any members of your family have any of the following conditions:

            ☐ Epilepsy   ☐ Mental Illness   ☐ Physical Malformations

            ☐ Other Medical conditions (*please describe*) _____

        3.  Do you have a genetic disorder?  ☑ No ☐ Yes (*please describe*) _____

        Did any of the following problems or conditions exist during your mother's pregnancy:

            ☐ Bleeding   ☐ Infections   ☐ Diseases   ☐ X-Ray Exams

            ☐ Shock   ☐ Drug Use   ☐ Falls   ☐ Strain (physical, mental, emotional)

            Please describe anything you have checked in #4) _____

            _____

    **B.  About Your Birth**

        1.  Were there any difficulties with your birth?   ☑ No     ☐ Yes

            If yes, please explain _____

            _____

        2.  Were you: ☐ Full term  ☑ Premature  (how many months were you when born?)  *2 weeks*

        3.  Was anesthesia used during your birth?   ☑ Yes    ☐ No    ☐ Not Sure

        4.  Were instruments used?    ☐ Yes    ☐ No    ☑ Not Sure

        5.  Did you cry at once?    ☐ Yes    ☐ No    ☑ Not Sure

        6.  Were you jaundiced (yellow) at birth or soon after?  ☑ Yes    ☐ No    ☐ Not Sure

            If yes, for how long? *few days*

        7.  Did you require special treatment to help with breathing?  (injections, oxygen, etc.)

            ☐ Yes    ☐ No    ☑ Not Sure

        8.  What was your weight at birth? *5 lb 1 oz*

D 0011