## C. About Your Development

1. Did you show affection in the usual way or were you unusually quiet or restless? ☐ Yes ☑ No

2. Did you have digestive problems or recurrent vomiting? ☑ No ☐ Yes

3. Please tell us how old you were when the following Developmental Milestones happened for you:

   Teething _5 months_    Sitting Alone _8 months_    Standing Alone _11 months_

   Walking Alone _17 months_    Beginning to Talk _____    Toilet Trained _2½ years old_

4. Please tell us about any major illness or injury, health problem or seizures you have had. Please include your age at the time it happened _Marianne started to have seizures at the age of 11._

5. When and how did you first receive confirmation of Mental Retardation or Developmental Disability? Please tell us about any studies or diagnosis that were made and who confirmed the diagnosis. _Marianne was diagnosed with mental retardation when she attended Apsell Day School in Germantown, PA in 1975._

6. Please tell us about your childhood diseases:

| Have You Had ... | YES | NO | Not Sure | Age |
|---|---|---|---|---|
| Pertussis | | ✓ | | |
| Measles | | ✓ | | |
| Mumps | | ✓ | | |
| Rubella | | ✓ | | |
| Chicken Pox | ✓ | | | 10 |
| Other (describe) _____ | | | | |

7. Please tell us about your immunizations and testing:

| | Date(s) of Immunizations / Tests | Comments |
|---|---|---|
| DPT / DT (circle one) | 9-9-97 | |
| Polio | 8-7-80 | |
| Tetanus Toxoid | | |
| Rubella | } #2 1-23-97 | |
| Measles | | |
| Mumps | | |
| Influenza _Flu vaccine_ | 11-30-00 | |
| TB Testing | 12-5-00 | 8 mm c̄ 48 NJ |
| Small Pox | | |
| HIB | | |
| Other (describe) _Hepatitis B Series_ | 4-9-96, 5-28-96, 10-8-96 | |

7

D 0012

## D. Current Medical Information

Height: 60½"    Weight: 137 lbs

PRIMARY DOCTOR:
Name: Dr. Chung
Address: _____
Phone No.: 910-

DENTIST:
Name: Dr. Connie Gilliam
Address: _____
Phone No.: _____

HOSPITAL PREFERENCE: Beebe Memorial

MEDICAL DIAGNOSIS/HEALTH PROBLEMS: (list and describe) Profound Mental Retardation, Seizure Disorder, Blindness, Hypothyroidism, Constipation

PSYCHIATRIC DIAGNOSIS: (list and describe) Atypical psychosis, Stereotypic Movement Disorder c SIB.

OTHER SPECIALISTS: (please include ALL physicians - medical, dental, mental health, etc.)

| Name | Address | Phone | Specialty |
|---|---|---|---|
| Dr Kahled Jreisat | | | Neurology |
| Dr. Dill | | | GYN |
| | | | |
| | | | |

MEDICATIONS:   I TAKE MEDICINE MYSELF ☐    I NEED HELP TAKING MY MEDICINE ☑

Please tell us about ALL the medicines you are taking (including prescription and non-prescription medication, such as aspirin or suppositories, as well as dietary supplements such as vitamins. Please continue on back of next page if needed.

Medication: Depakote
Circle: (Prescription) or Non-Prescription
Reason Given: seizures
How do you take it: c maximum assistance

Medication: Risperdal
Circle: (Prescription) or Non-Prescription
Reason Given: atypical psychosis
How do you take it: max. assist

Medication: Luvox
Circle: (Prescription) or Non-Prescription
Reason Given: Self-injurious behavior
How do you take it: as above

Medication: Tranxene
Circle: (Prescription) or Non-Prescription
Reason Given: psychosis + SIB + insomnia
How do you take it: as above

Vitamin E for nerves
Cogentin for side effects from Risperdal
Synthroid for hypothyroidism

D 0013

8

DO YOU HAVE ANY ALLERGIES TO:

Drugs: _____no_____   Describe Reaction: _____

Foods: _____no_____   Describe Reaction: _____

Other: _____   Describe Reaction: _____

OTHER SPECIAL MEDICAL CARE REQUIRED (specify): ✓ pulses weekly due + Synthroid Lab tests due to med. for seizures

DO YOU HAVE SEIZURES: YES ☑   NO ☐   DESCRIBE THEM _____

How often do you have seizures?: approx 1 per month
How long do they last?: 60-90 seconds
What happens after seizure?: sometimes sleepy

WHAT SHOULD WE DO WHEN YOU HAVE A SEIZURE?: keep her safe. Allow her to sleep if needed

DO YOU USE OR NEED ANY PHYSICAL HEALTH AIDS: sometimes when walking distances

☐ None    ☐ Walker    ☑ Wheelchair    ☐ Eyeglasses    ☐ Hearing Aid
☐ Dentures    ☐ Other (Adaptive Equipment): _____

## 10. EVERY DAY INFORMATION ABOUT YOU

A. COMMUNICATION:    minimal

(1) How do you communicate? (circle) full sentences, few words, sign language, gestures, pulling toward objects, parroting, other: _____
(2) Do you understand simple commands? ___yes___
(3) Do you use a special communication device? If so which type: _____
How does it work? _____
Who fixes it when it breaks? _____

B. **SELF CARE:**   Please specify if you are:

Independent (can do it by yourself)
Dependent (need someone to physically help you with all the steps)

or if you need:

Verbal Prompts (someone to talk you through the steps)
Physical Assistance (someone to physically help you with some steps)

in the following areas:

(1)  Dressing:  undergarments __P__   shirt/blouse __P__   pants __P__
               socks __P__              shoes __P__        coat __P__

Special Dressing Instructions: (i.e.: sequence of dressing)   Yes ☒  No ☐
_____

(2)  Bathing: bath tub __P/D__ / shower __P/D__  washing hair __P/D__  sponge bath _____
I regulate my own bath water temperature:    Yes ☐   No ☒
hair grooming __D__
Special bathing instructions: _____

How often do you like to bathe?: __Daily__
                                                    Sometimes
Do you bathe in the morning?            Yes ☒   No ☐
Do you bathe in the evening?            Yes ☒   No ☐
Do you undresses in bathroom?           Yes ☒   No ☐  If no, where_____
Where do you dress for bed? __bathroom__
Do you require someone with you all the time?:  Yes ☒   No ☐

(3)  Do you use deodorant?              Yes ☒   No ☐
     Do you need help to apply it?      Yes ☒   No ☐

(4)  Personal Health and Hygiene:

    For Women:

Date of Last Breast Exam: _____
Date of Last Mammogram: _____
Menses:
  Frequency: _____   Duration: _____   Amount: _____
  Discomfort: _____  Treatment: _____  Assistance Required: _____
  Date last period: __April 26st__  Date last PAP Smear: _____

10

D 0015

How should we help you during gynecological exams: _____

I use: Pad w/belt _____ Tampons: _____ Stick-on pads: _____ Other Depend Protective underwear size md
I change my pad/tampon myself: NO
I need help (describe): Physical Ass. with All

### For Men AND Women:

I like to shave:         Yes ☐  No ☐
I prefer not to shave:   Yes ☐  No ☐
Electric razor:          Yes ☐  No ☐
Disposable razor:        Yes ☐  No ☐
I can do it myself:      Yes ☐  No ☒
If no, how should we help? _____

(5) When I Eat:

I eat without any help:  Yes ☐  No ☒

I use:    ☒ fingers    ☒ spoon   ☐ fork    ☐ knife

I use special utensils: ☒    What are they: Small built up handle
Special Instructions: (i.e.: tube feeding, etc.) _____

I need all food finely cut:         Yes ☐  No ☒
I need meat cut:                    Yes ☒  No ☐
I need my food mashed or pureed:    Yes ☐  No ☒
I drink by myself from a cup:       Yes ☒  No ☐
My favorite foods: pizza, hamburger, Fast Foods
Foods I don't like: wet mostly
Special Needs: _____

My Meal Times: (specific times)

Weekdays:
breakfast 7:00 am lunch 12:00 snack 3:30 pm dinner 6:00 pm snack 8:00 pm

Weekends:
breakfast 9:00 am lunch 12:00 snack 3:30 pm dinner 6:00 pm snack 8:00 pm

11

D 0016

Please check (✓) if you:

a. Use the bathroom without any help ☐              Sign to use the bathroom ☑
b. Wear diapers:           during the day ☐          at night ☐        both ☐
c. Need reminders to use the bathroom ☑
  Do you have a schedule? _____

d. Need help using the bathroom    ☐ (please specify)
   _needs assistance_

e. Any special bowel care: (describe care needed): _Nustat_

(6) Getting Around

Do you walk by yourself without help?:    Yes ☐    No ☑
If no, how do you get around? _walks with assistance_

Do you sit up alone:       Yes ☑  No ☐    I need assistance: ☐
Stand alone:               Yes ☑  No ☐    I need assistance: ☐
Climb Stairs alone:        Yes ☐  No ☑    I need assistance: ☑

(7) Home/Community Safety – At Home

Do you put non-food items in your mouth:                                     Yes ☑  No ☐
Are you aware of hot/cold:                                                   Yes ☑  No ☐
Do you need someone with you all the time? (constant visual supervision):    Yes ☑  No ☐
Other: _____                                                Yes ☐  No ☑
Can you use 911:                                                             Yes ☐  No ☑
Can you use the telephone in emergencies:                                    Yes ☐  No ☑

Do you need to be:
Protected from exploitation/or being taken advantage of:                     Yes ☑  No ☐
Comment: _Marianne is blind and non verbal. She is unable to defend herself._

In The Community
Do you watch for cars when crossing street:    Yes ☐  No ☐  N/A ☑
Would you walk off / leave with strangers:     Yes ☑  No ☐
Do you wander off:                             Yes ☑  No ☐
Do you need to hold hands:                     Yes ☑  No ☐
Do you need to be escorted:                    Yes ☑  No ☐
Can you handle your own money:                 Yes ☐  No ☑
   Coins:                                      Yes ☐  No ☑
   Dollars:                                    Yes ☐  No ☑  Up to what amount: $_____

12

D 0017

C. DAILY ROUTINES:

(1) My Weekday Sleeping Schedule: (specific time)

    a. I get up at: 6:30 AM
       I go to bed at: 9:00 pm
       I nap from 2:30 pm to 3:30 pm

    b. Things I need to get a good night's sleep (special bed, night light, door left open, etc.)
       blanket on

    c. I usually sleep through the night: Yes ☑ No ☐

(2) My Week End Sleeping Schedule: (specific time)

    a. I get up at: 8:00 AM
       I go to bed at: 9:00 pm
       I nap from 2:30 to 3:30

(3) Things I like to do after school or work/ evenings / weekends: (Please Circle)
color, draw, **watch TV**, do puzzles, play with **toys** (dolls, trucks, stuffed animals), look at books, **go for walks**, play with cards, **games**, etc.

(list) play board, listen to music.

Other: ride bike with assistance, pegs

D. YOUR USUAL BEHAVIOR:

(1) Describe your general behavior: Good

(2) Do you have any habits? (specify) _____

(3) Do you ever: (circle) **hurt yourself**, **hit other people**, **scream**, hit objects, have temper tantrums, lie, shoplift, other: Marianne also rips and tears clothing and objects when she is bored.

    a. What causes this to occur? Marianne hits herself when upset and frustrated. Change in routine, confusion and loud talking upsets her.

    b. Describe briefly what happens? Marianne usually starts to pinch and hit herself. Over time it escalates to more violent hitting and punching

    c. What should we do when this happens?: (how do you want us to help you) Marianne needs one on one staff with lots of structure

13

D 0018

Do you spend time outside of the home on a routine basis in any of the following:

☐ School / Education Program
  Name: _____
  Address: _____
  Telephone: _____
  Contact Person: _____

☐ Work
  Name of Employer: _____
  Address: _____
  Telephone: _____
  Contact Person: _____

☐ Senior Center
  Name: _____
  Address: _____
  Telephone: _____
  Contact Person: _____

☐ Social Club
  Name: _____
  Address: _____
  Telephone: _____
  Contact Person: _____

☐ Volunteer
  Name: _____
  Address: _____
  Telephone: _____

☑ Other
  Name: *Carshell Adult Day Program*
  Address: *198 Cinnamon Dr, Hubert, NC*
  Telephone: *(910)*
  Contact Person: _____

Special Instructions for the day:

Do you need to pack lunch:         Yes ☐   No ☑
Is your lunch provided:             Yes ☑   No ☐
Do you have a clothing restriction: Yes ☐   No ☑   what? _____
Do you take money daily:            Yes ☐   No ☑   How much? _____
Do you have transportation:         Yes ☑   No ☐

What are the arrangements: _____

14

D 0019

Complete If Applicable:

Do you have presently, or have a history of, any of the following:

|  | Currently | In the Past | How is This Treated |
|---|---|---|---|
| Aggressive behavior (physical) |  | ✓ | medication and staff intervention |
| Aggressive behavior (verbal) |  |  |  |
| Substance Abuse |  |  |  |
| Setting Fires |  |  |  |
| Running Away |  |  |  |
| Self-Injuring |  | ✓ | medication and staff intervention |
| Sexual Misconduct |  |  |  |
| Stealing/Theft |  |  |  |
| Psychiatric Issues |  |  |  |
| Other (specify) |  |  |  |

Emotional

Describe how you react to:

Changes of Your Environment: Marianne shows an increase in behaviors by exhibiting self abuse, clothing destruction, refusing meals, not sleeping.

Changes of Your Routine: Same as above

Disappointment: Same as above

Describe how you act in the community (on shopping trips, in restaurants, etc.): Tolerates short trips, becomes anxious if too much stimulation

Social

Describe your skills in the following areas:

Using the Telephone: N/A
Riding a bike: N/A
Swimming: N/A
Personal Identification: N/A
Basic First Aid: N/A
Spending Time Alone: N/A
Preparing Meals: N/A

14

D 0020

Person Helping You Complete This Profile: _Mother, nurse, direct care_   Phone: _910-346-4845 (Mom)_   _910-326-1425 (Staff)_

Person Providing the Information: _Mother, nurse, staff_   Phone: _____

Date Of Completion: _May 1, 2001_

**Required Signatures:**

Signature of Individual Seeking Services _____

Signature of Guardian/Family Member (if applicable) _Elise C. Duffy_

Review Date: _____

Signature                                            Date

D 0021

STATE OF DELAWARE
DEPARTMENT HEALTH & SOCIAL SERVICES
DIVISON OF MENTAL RETARDATION

APPLICATION FOR SERVICES



RECEIVED
MAY 07 2001
DIRECTOR'S OFFICE
D.M.R.

1. Name of Applicant: Marianne Shannon Duffy    Birthdate: March 6, 1973

2. Address: 157 Aldersgate Rd.   Jacksonville   Onslow   NC 28546
   Street            City            County      State/Zip

3. Place of Birth: Darby    PA.    Delaware
   City    State    County

4. Social Security Number: 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    Medicaid Number: 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-0
   Medicare Number: _____    Blue Cross/Blue Shield Number: YFB 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-0-9
   Other Medical Insurance (Name and Number): _____

5. Is applicant a resident of Delaware? No    How long? _____

6. Has applicant previously received or requested services from the Division of Mental Retardation?    Yes ___ No ✓

7. Copies of the following documents are requested (*please check the square of each item you have included*):
   ☑ Birth Certificate         ☑ Social Security Card
   ☑ Medicaid/Medicare Card    ☐ Private Health Insurance Card
   ☑ Guardianship Papers (*if applicable*)

   If you are unable to provide any of the above items, please explain why: Marianne is not covered by private health insurance at present because her father has left his place of employment with city of Jax

8. Parent/Guardian: Sean & Elise C. Duffy  157 Aldersgate Rd. Jax NC or
9. Address: 43-2A Pike Creek Rd.   Newark   DE   19711
   Street    City    State/Zip

10. Required Signatures:

    _____    _____
    Applicant (if applicable)         Date

    Elise Claire Duffy           4/12/01      Mother
    (Parent, Guardian, Relative, Personal Advocate)   Date    Relationship to Client
                                                              302-573-5799 (W)
    Sean Duffy                   4/12/2001    302-453-9549 (H)
    Witness                      Date         Number where you can be reached if necessary

POLICY OF THE STATE OF DELAWARE AS ESTABLISHED BY STATE LAW AND EXECUTIVE ORDER ASSURES EQUAL OPPORTUNITY AND PROHIBITS DISCRIMINATION ON THE BASIS OF RACE, RELIGION, COLOR, ORIGINAL ORIGIN, SEX OR AGE.

Exhibit 2

D 0001



D 0002