IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) NO. 1:05-CV-127 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF CHERRY GOODFRED**

1. I am the custodian of Carobell, Inc.'s records for Marianne Duffy, date of birth March 6, 1973.

2. Exhibit A attached to this affidavit is a true and correct copy of Ms. Duffy's most recent Carobell, Inc. Individual Habilitation Plan, dated December 15, 2005.

3. Exhibit B attached to this affidavit is a true and correct copy of Ms. Duffy's most recent Psychological Report, dated November 26, 2005.

3, Exhibit C attached to this affidavit is a true and correct copy of Ms. Duffy's most recent Quarterly Summary, dated March 15, 2006.

4. Exhibit D attached to this affidavit is a true and correct copy of Ms. Duffy's most recent Annual Health Summary, dated December 13, 2005.

5. The information contained in these records was recorded at or near the time of the acts, events, conditions, opinions, or diagnoses described therein or from information transmitted by a person with knowledge. These records are kept in the course of Carobell

Inc.'s regularly conducted business activity, and it is the regular practice of Carobell, Inc. to make and maintain these records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of May, 2006.    _____
Records Manager, Carobell, Inc.,
198 Cinnamon Drive,
Hubert, North Carolina 28539

Marianne Duffy
Case # 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

## INDIVIDUAL HABILITATION PLAN FOR MARIANNE DUFFY

Date of Birth:         March 6, 1973
Current Residence:     Queen's Pond I
Date of Plan:          December 15, 2005
Record Number:         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

Client Diagnosis:      Profound Mental Retardation
                       Psychotic Disorder
                       Seizure Disorder
                       Blindness
                       Autistic Disorder
                       Corneal Opacification
                       Chronic Constipation
                       Stereotypic Movement Disorder with Self-Injurious Behavior
                       Impulse Control Disorder
                       Hypothyroidism

COMPREHENSIVE FUNCTIONAL ASSESSMENT:

*History/Medical*
Marianne is a 32 year-old female with brown hair. She was born following a full term, uncomplicated pregnancy and delivery. Marianne weighed 5 pounds 1 ounce at birth; she was diagnosed with blindness due to Corneal Opacification soon afterward. Developmental delays were also observed. At two months of age, corneal transplants were unsuccessfully completed. At the age of three, Marianne began to display signs of autism and the majority of her speech disappeared. She was hospitalized in 1984 (11 years old) in a psychiatric hospital for severe self-injurious behavior (SIB). Injuries included zygomatic arch fractures. Neuroleptics prescribed included Thorazine, Haldol, Lithium, and Imipramine. Marianne had her first seizure when she was 11 while being weaned off Haldol, and then had one per year for the next 2 years. She began having monthly seizures around 1992. Marianne was admitted to Carobell in January 1994.

Marianne's neurological status is being followed by Dr. Jreisat, Neurologist. Marianne had no seizures this past year compared to 20 seizures in 2004 and 11 in 2003. Marianne's seizures are generalized tonic-clonic and occasionally involve urinary incontinence, chewing and/or moaning. Her seizures generally last 45-90 seconds with rare cyanosis and occasional post-ictal state. Left sided weakness has been noted to increase on occasion after a seizure. She receives Depakote for seizures; however, this medication was decreased on 03/23/05 due to a level of 121 with signs of toxicity including sedation, weakness and anorexia. Levels were repeated on 04/06/05 (95) and 12/12/05 (63). Valproic Acid-related labs revealed no white blood cell or platelet suppression or

hepatotoxicity. Nursing will continue to monitor for early recognition and intervention for changes in seizure patterns **(HEA #2).**

Marianne has a history of varying degrees of problems with the left hemi paresis/palsy including left facial drooping and drooling that began abruptly in November 1995. It has been less significant the past couple of years and has been very minimal the past year. Several tests conducted have ruled out Tardive Dyskinesia, Todd's Paralysis and strokes. Results of an EEG in 1995 were consistent with seizure disorder. An MRI conducted in May 1998 showed mild diffuse cerebral and cerebella atrophy, but no findings to explain the clinical history of left sided weakness.

In April, Marianne was exhibiting symptoms of weakness and extreme paleness. Her hemoglobin was found to be 7.7 on 04/05/05. Marianne was monitored with frequent blood draws until 04/19/05 when her hemoglobin fell to 6.3. At that time, she was hospitalized by Dr. Chung and received a transfusion of two units of packed red blood cells. A panendoscopy was completed but results were negative for the source of blood loss. Marianne had a follow-up appointment with Dr. Awomolo, whose strongest conclusion was the possibility of some connection with anti-psychotic therapy. Most recent labs reveal normal hemoglobin of 13.1. Marianne remains on a multi-vitamin with iron in relation to this health issue. The Team will continue to monitor for any signs/symptoms of anemia **(HEA #3).**

Marianne currently weighs 139 and ½ pounds, which reflects a 10 ½ pound loss; she is currently at the top of her ideal weight range. She remains on a 1500-calorie diet. Marianne does not take NutraSweet products per parental request. Marianne has a good appetite and her average fluid intake is 75-80 ounces per day. She frequently prefers meats compared to other food groups. The Dietician has stated that Marianne can have one serving of bread replaced by one serving of meat at meals. Due to a significant long-term pre-admission history of anorexia and being underweight, the Team does not wish to restrict her diet below 1500 calories at this time. The Dietician notes that the current diet meets Marianne's needs and should help her lose weight. The Dietician recommends continuing her current diet to assist with weight loss and maintaining a weight within her IWR. Her weight will be monitored monthly; diet reviewed quarterly. Marianne is not a breakfast eater and this has been historically so according to her mother. For that reason, she receives Ensure Plus about 75% of the time following this meal. Marianne generally eats lunch or dinner at 75% or more.

Marianne's diet texture is cut-up. She eats and drinks independently after set-up; her dining equipment consists of a round scoop plate, plate guard, dycem mat, a tumbler with a lid and straw, and a built-up handle teaspoon. On occasion, Marianne requires assistance in locating her food due to blindness. Occupational Therapy will continue to monitor oral motor and dining skills quarterly (SG #3**).**

Marianne has been observed to occasionally cough during her meals after she drinks, possibly due to taking big gulps. The use of the tumbler with lid and straw was put into place to help slow

Marianne Duffy
Case # 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

down her drinking thus minimizing her chances of drinking too much too fast causing her to cough. This paired with staff verbally redirection for Marianne to drink slowly has been proven effective and will continue. Marianne continues to have a normal, rotary chewing motion, and she responds to prompts to slow down. Left hemi paresis, or weakness, has continued to be reported as an occasional problem, but this does not appear to affect her eating and swallowing abilities.

Due to history of problems with constipation, Marianne continues to take Senokot daily. Marianne is offered 2 tablespoons of prunes with breakfast to help facilitate adequate bowel elimination. Currently, she is doing well with rare occurrences of constipation **(HEA #5).**

Marianne continues to have semi-annual dental exams and cleanings with Dr. Gilliam. Her last appointment was on 9/26/05. She had gingivitis with no cavities; tooth #11 is ectopic. Marianne is very cooperative with tooth brushing. She brushes with verbal prompts, but not as thoroughly as needed. Marianne will continue to be encouraged to brush her own teeth with follow-up by staff to assure all surfaces have been effectively cleaned. Flossing was recommended by Dr. Gilliam after her last visit. The Team discussed the issue and Marianne began flossing two times a day as per this recommendation; according to staff, she is very cooperative.

Marianne has no light perception and is totally blind due to Corneal Opacification bilaterally and phthisis bulbi O.D. Corneal transplants were unsuccessfully done at 2 months of age. An MRI was conducted on 5/27/98, which showed abnormal small globes with calcification and possible hemorrhage. The globes were small and cloudy. Dr. Conekin conducted her last optometric exam in 1994.

Marianne's hearing is functional as she responds to normal voice and noises in her environment. She passed the HEAR-KIT hearing screening on 11/29/01. Dr. Stone conducted an ENT and hearing evaluation in March 1994, which revealed normal hearing and tympanograms. Marianne has a history of multiple ear infections and P.E. tube insertions until age 5. She has a family history of allergies. In the past, she has been taken to ENT when SIB seemed to center around the nasal/sinus areas of her face. These exams have been negative for allergies/infection.

Marianne remains on Ortho-Cyclen due to irregular menses with spotting. Menses are now regular lasting 3-5 days. She receives Motrin occasionally during menses for discomfort. An annual pelvic exam and PAP were conducted by Dr. Dill on 5/2/05, resulted in normal limits. She has mostly continent bowel and bladder movements with minimal assistance required. She wears disposable underpants for menses due to pulling menses pads out at inappropriate times.

Due to Risperdal Therapy, Marianne's prolactin levels have been monitored by Dr. Dill and Dr. Mikhail. On 1/13/05, her level remained elevated at 71.3. She was tried on Bromocriptine, however, it proved ineffective in lowering prolactin levels. Risperdal was discontinued in April and a repeat prolactin level read normal at 3.8. She never exhibited clinical signs of hyperprolactinemia.

Due to hypothyroidism, Marianne has been taking Synthroid since 1999. She was seen by Dr. Ranton on 10/13/05 due to TSH 11.50 and borderline low T3 uptake 24.9. Marianne had symptoms of hair loss and dry skin. Dr. Ranton increased Synthroid from 50 to 75 mcg/ml. A repeat evaluation on 11/10/05 revealed TSH remained elevated at 7.02; Synthroid was further increased to 88 mcg. The Team will continue to monitor Marianne's hypothyroidism **(HEA #4)**.

Marianne participates in her medication administration by walking to the medication room, giving the sign for her medications, assisting with obtaining water to take her medications, and throwing away the medication cup(s) with assistance. If she is not able to walk great distances due to unsteadiness, staff may bring her medications to her but still encourage her to participate in the previously mentioned ways.

### *General*
Marianne's muscle-tone and range of motion are within functional limits with the right greater than the left. Her gross and fine motor skills are limited due to her blindness. Her strength is greater in her right side with her left side sometimes displaying a functional weakness. Marianne ambulates with 1 person standby or assistance as needed for steadiness. She is encouraged to use touch guiding as she walks to help familiarize herself to her environment. She fluctuates in her balance, especially with weight shift and swing through. It is best if staff can assist her from her right side to assist her with balance. She manipulates objects well with her hands and is able to get both arms over her head. She shows a little lag with the upper left extremity. Physical Therapy will continue on a consult basis; she will be given opportunities to participate in adaptive physical education **(SG/1)**.

Marianne can use some sign language for expressive communication and has generally good comprehension of simple spoken language. She has continued to initiate activities, which are a very positive sign of her relatively strong self-help skills. Marianne successfully uses at least ten signs regularly with encouragement by staff. Marianne can vocalize "Mama" and she attempts to count with staff. Marianne has been initiating interaction more and requesting specific activities at home and at Queens Pond. Staff reports that she can follow multiple step directions. Marianne continues to generalize the sign of "bathroom" for expressing the wish to get up. Marianne can also express herself by vocalizing and through facial expressions. She follows simple directions regularly but she sometimes needs repetition and/or physical prompting. She answers "yes" and "no" questions appropriately with a nod or shake of her head. Marianne also attends to verbal directives paired with physical guidance. She tolerates being touched and physically guided to learn new skills. The focus has been for Marianne to discriminate intentions with learning additional signs and to increase her spontaneous use of signs. Staff will continue to assist Marianne with maintaining her sign language skills and with developing new signs **(SG #4)**.

Marianne Duffy
Case # 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

### *Behavioral*

Marianne continues to be followed by a Psychiatrist for review of her behaviors, psychotropic medications and lab work. Psychotic behaviors include inappropriately smiling, laughing out loud, screaming and self-injurious behavior (SIB). Historically, Marianne has experienced significant periods of self-injurious behavior (SIB) including hitting herself with fist, hitting herself on hard surfaces, biting her lip, and digging her fingernails into her skin. She sometimes also has fearful expressions, screaming, and inappropriate laughter. Overall, her self-injurious behavior was milder this past year and appeared less frequent. The Team observed an increase in November and will continue to monitor. Other behaviors that are also monitored include clothes destruction and rectal and vaginal digging. Marianne continues to be monitored by Dr. Mikhail, Psychiatrist. He showed concern with the long term effects of the hyperprolactinemia and made some recommendations for medication changes. Risperdal and Seroquel were discontinued around the time she was hospitalized for severe anemia. Her most recent visit with Dr. Mikhail was on 12/8/05. An increase in her inappropriate behaviors, as previously mentioned, had been noted and he recommended Abilify (anti-psychotic). The Human Rights Advisory Council approved its use. Due to Marianne's anemic episode back in April, her parents asked to review information regarding the medication and stated that they would get back with the Team after the Christmas holiday. Currently, Marianne's Psychotropic medications are Luvox and Tranxene. AIM's assessment on 6/7/05 remained negative.

Marianne has (2) Behavior Management Programs (BMP) to address inappropriate behaviors. **BMP/6** (In the area of socialization, Marianne will decrease self-injurious behavioral episodes to 20 or less per month for 3 consecutive months) was implemented in December 2004 with a projected completion date of 11/30/05. She did not meet criteria for this plan and the Team agreed to continue it through 12/30/05. Psychologist, Marc Goldman is currently working on a new BMP to address SIB. She has exhibited a fairly steady maintenance level this past year. **BMP/7** (In the area of socialization, Marianne will decrease inappropriate episodes to 5 or less per month for three consecutive months.) was implemented in December 2004 as well. Marianne did not meet criteria for this plan, which also had a projected completion date of 11/30/05. The Team agreed to extend this BMP to 12/30/05 as well. Again, the Psychologist is working on a new plan to address inappropriate behavior episodes of rectal/vaginal digging. Overall, she did well in the area of clothing destruction. The behaviors of laughing out loud/screaming will continue to be informally monitored due to past history that has shown possible correlation between these behaviors and increased SIB. The IHP Team agreed to continue with **BMP/6** and **BMP/7** through the end of 2005 with the understanding that new plans are currently being developed.

Although her behaviors are not as severe as they were in the past, Marianne continues to require frequent supervision to prevent injury. At present time, she is not requiring one-on-one staff supervision but due to past history, the Team closely monitors her SIB. The increased episodes in November resulted in staff keeping a close eye on Marianne for several days. Intensity and frequency dissipated and she resumed a normal routine.

Marianne Duffy
Case # 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

Marianne has demonstrated that actively participating in programming, recreational/social opportunities, exercise, and daily living/vocational skills, generally reduces her opportunities for/episodes of inappropriate behaviors. The Team will continue to closely monitor all behavioral issues associated with Marianne (**HEA/#1**).

### *Daily Living*

Marianne's overall intellectual and adaptive behavioral functioning continues to fall within the profound range of mental retardation, according to current test results.

Marianne participates fully with some independence in the area of daily living skills including dressing herself, bathing, hair washing, hand washing, tooth brushing and toileting. Although she can participate with some independence she often require initial verbal prompting followed with occasional verbal ques (like "what's next?") or gestural taps to help her move to the next step of the process. This is considered acceptable by the Team due to the nature of her Autism. Marianne eats and drinks independently after helping to pour her beverages and serve her plate. She occasionally needs verbal and physical assistance to find food on her plate or to locate her cup on the table. Marianne likes to participate in various household activities, including meal prep, table clearing, dish washing, laundry and dusting her room.

Marianne participated in formal training this past IHP calendar year to improve her daily living skills. The IHP Team agreed that due to Marianne's Autism, some verbal cue is needed for her to begin an activity. Therefore, the team expressed that a verbal cue such as "what's next" would not count against her towards independently completing an objective. The Team agreed that as long as she is not told specifically what to do, verbal cues could be used to notify Marianne when to begin. Marianne started this last IHP year working on **DLS/7** (To assist with meal preparation, Marianne will independently pour the prepared cooking ingredients from the container into a bowl (all 3 parts), 70% of the time for 2 non-consecutive months). She met her highest potential at verbal and staff will continue to provide opportunities for Marianne to participate in this task. **DLS/9** (After taking off her shoes; Marianne will independently place them on the floor in front of where she is sitting, 80% of the time for 2 months.) was implemented last year and Marianne had a success rate of 80% in November. Since she only had one more month, the Team agreed that this objective should be considered completed at this time; will continue as part of staff action. **DLS/10** (With verbal prompting, Marianne will effectively rub lotion on her hands, 90% of the time for 2 months) was implemented last year and she met criteria on that goal in November.

Core Team met and agreed on some new objectives for Marianne. **DLS/11** (After initial verbal prompt, Marianne will put her backpack in her room, 80% of the time for 2 months) and **DLS/12** (After initial verbal prompt, Marianne will hang her coat/jacket on her clothing rack, 80% of the Time for 2 months) will begin to increase her independence in these personal care areas. Core Team reviewed her functional assessment tool and recognized a need for Marianne to participate in

Marianne Duffy
Case # 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

preparation for her bath time. For that reason, **DLS/13** (After initial verbal prompt, Marianne will retrieve her wash cloth and towel for bath time, 80% of the time for 2 months) will be implemented. Marianne continues to enjoy activities associated with cooking and completes many tasks in the kitchen as part of staff action. Her functional assessment indicated that she would benefit from an objective to assist with operating the microwave so **DLS/14** (To assist with cooking, Marianne will open the microwave door after initial verbal prompt, 80% of the time for 2 months) will be implemented to address that need. Marianne exhibits great independence related to transportation issues. She boards the van with assistance (due to blindness) from staff and situates herself on the seat. **DLS/15** (Marianne will open the van door after initial verbal prompt, 80% of the time for 2 months) will be implemented to further increase her independence by training her in this area.

The possibility of adding a communication goal was discussed by the IHP Team to expand Marianne's use of sign language. The QMRP will investigate new sign possibilities and work on developing a goal to address this issue.

## Vocational

Marianne attends Carobell's Pre-Vocational Program at the Vocational Center, five days per week, Monday through Friday during the regular "school calendar year and twice a week during the summer. Based on assessment tools administered by the ADVP Coordinator, Marianne has (2) areas of need that she must master in order to qualify for Vocational placement: 1) remaining on task for length of time indicated; 2) placement skills. At the Vocational Center, she is offered various opportunities for vocational activities. Currently, she is paid for her work through the vending program where she participates in the areas of vending dry goods and sodas.

**VOC/4** (With verbal prompting, Marianne will identify quarters, nickels and dimes by sorting into designated containers, 70% of the time for 1 month) was revised in February to read, "With verbal prompting, Marianne will sort quarters from paper currency into designated containers, 70% of the time for 1 month". Marianne continues to make progress with this objective; it will continue for one more quarter. In February, she met criteria on **VOC/5** (Marianne will successfully complete at least 3 of a 4-part process in wrapping coins with an automatic coin sorter/wrapper machine, with verbal prompting, 80% of the time for 1 month).

Training on **VOC/6** (With minimal physical assistance, Marianne will use a pen to make a mark to represent her signature at least 8 of 10 trials, 70% of the time for 1 month.) was continued from her previous planning meeting. She is close to meeting criteria and the Team agreed that this goal continue for one more quarter. Marianne goes to the bank, with staff, to cash her check. She is prompted to give her check to the clerk and reach out her hand to receive the money.

## Social

In the area of leisure activities, Marianne enjoys some types of music, special songs, counting activities, exercising and game or craft activities. She likes to sing with staff and other one-on-