```
                                                           Marianne Duffy
                                                      Case # 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
```

one interaction games. During independent leisure time Marianne prefers the pegboard activity above all other activities. Staff report that even though she prefers to be doing the pegs, she is easily directed to another activity and will engage in the activity as long as she has one-on-one interaction during the time she has the alternate leisure activity. The peg board remains her preferred independent leisure activity.

Marianne has distinct preferences for comfortable clothing, especially loose fitting tops. She doe not like wearing regular ladies undergarments therefore she wears tank tee-shirts and boxer type briefs. She is sensitive to tags in her clothes and staff ensure that these are removed prior to Marianne wearing any new garments.

Marianne enjoys community outings and social events. She will continue to be offered opportunities to participate in these types of activities **(SG #2)**. Due Marianne's history of left hemi paresis/palsy, a fold up wheelchair continues to be available, if needed, for any long trips. She enjoys a close relationship with her family. Her mother is especially involved with her placement and visits Marianne as often as she can. Marianne's parents moved to Delaware in 2002. They continue seeking placement opportunities in that area so that Marianne would be closer to them. Until that time, her parents are very happy with her home here at Carobell.

Marianne was in attendance for this year's annual planning meeting. Her parents were contacted but unable to attend. The IHP Team agreed that Marianne's needs continue to be met through Carobell's Vocational Center and ICF/MR services at Queens Pond I.

### *Client Strengths/Preferences:*
- walks with assistance
- can perform most daily living skills with minimal assistance
- good functional use of upper extremities
- initiates need to use the restroom.
- can participate in the medication administration process
- can eat and drink independently
- participate in household daily activities
- responds to directives and simple questions
- uses some signs and indicates yes and no appropriately
- close family interaction
- understands simple conversations very well
- enjoys community outings
- enjoys exercising
- shows preferences to recreational activities
- has a vending job at the Vocational Center

### *Client Needs:*
- monitor psychotropic medications
- decrease inappropriate behaviors

```
                                                      Marianne Duffy
                                                      Case # 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
```

- monitor seizure activity
- monitor bowel habits.
- continue to develop vocational skills
- continue to develop daily living skills
- maintain leisure/recreational activities
- continue opportunities for exercise
- maintain/expand spontaneous use of sign language
- monitor for signs of anemia
- monitor hypothyroidism

## TREATMENT SECTION:

### *Health Goals:*

**HEA/1:**   Monitor effectiveness/adverse effects of psychotropic medications.

**HEA/2:**   Early recognition and intervention for changes in seizure pattern.

**HEA/3:**   Monitor anemia.

**HEA/4:**   Monitor hypothyroidism.

**HEA/5:**   Facilitate bowel elimination to two to three weekly.

### *Service Goals:*

**SG #1:**   Marianne will participate in adaptive physical exercise.
  Responsible Person:       QMRP Supervisor
  Implementation Date:      03/26/97
  Dates Reviewed:           1/06/98, 1/5/99, 1/4/00, 01/04/01, 01/03/02,
                            12/27/02, 12/18/03, 12/16/04, 12/15/05
  Projected Completion Date: Ongoing

  Activity Status:_____

**SG #2:**   Marianne will be provided opportunities for community and social outings.
  Responsible Person:       QMRP/Residential Manager
  Implementation Date:      01/11/96
  Dates Reviewed:           01/07/97, 01/06/98, 01/05/99, 01/04/00,
                            01/04/01, 01/03/02, 12/27/02, 12/18/03,

Marianne Duffy
Case # 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

|         |                              |                                              |
|---------|------------------------------|----------------------------------------------|
|         | Projected Completion Date:   | 12/16/04, 12/15/05<br>Ongoing                |
|         | Activity Status:             |                                              |
| SG #3:  | Occupational Therapy will provide and monitor guidelines for dining. | |
|         | Responsible Person:          | Occupational Therapy                         |
|         | Implementation Date:         | 01/11/96                                     |
|         | Date Reviewed:               | 01/07/97, 01/06/98, 01/05/99, 01/04/00, 01/04/01, 01/03/02, 12/27/02, 12/18/03, 12/16/04, 12/15/05 |
|         | Projected Completion Date:   | Ongoing                                      |
|         | Activity Status:             |                                              |

SG #4: Staff will continue to assist Marianne with maintaining her sign language skills and with developing new signs.
  Responsible Person: QMRP
  Implementation Date: 01/04/00
  Date Reviewed: 01/03/02, 12/27/02, 12/18/03, 12/16/04, 12/15/05
  Projected Completion Date: Ongoing
  Activity Status: _____

## FORMAL TRAINING OBJECTIVES

BMP/6: In the area of socialization, Marianne will decrease SIB episodes to 20 or less per month for three non-consecutive months.
  Responsible Discipline: Psychologist
  Implementation Date: 12/16/04
  Date Reviewed: 12/15/05
  Date Revised: 11/24/05
  Projected Completion Date: 11/25/05
  Revised Completion Date: 12/30/05
  Goal Status: _____

BMP/7: In the area of socialization, Marianne will decrease inappropriate behavior episodes to 5 or less per month for three consecutive months.
  Responsible Discipline: Psychologist
  Implementation Date: 12/16/04
  Date Reviewed: 12/15/05
  Date Revised: 11/24/05
  Projected Completion Date: 11/25/05
  Revised Completion Date: 12/30/05

Marianne Duffy
Case # 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

Goal Status: _____

**DLS/11:**   After initial verbal prompt, Marianne will put her backpack in her room, 80% of the time for 2 months.
  Responsible Person:          QMRP
  Implementation Date:          12/19/05
  Projected Completion Date:    12/19/06
  Goal Status: _____

**DLS/12:**   After initial verbal prompt, Marianne will hang her coat/jacket on her clothing rack, 80% of the time for 2 months.
  Responsible Person:          QMRP
  Implementation Date:          12/19/05
  Projected Completion Date:    12/19/06
  Goal Status: _____

**DLS/13:**   After initial verbal prompt, Marianne will retrieve her wash cloth and towel for bath time, 80% of the time for 2 months.
  Responsible Person:          QMRP
  Implementation Date:          12/19/05
  Projected Completion Date:    12/19/06
  Goal Status: _____

**DLS/14:**   To assist with cooking, Marianne will open the microwave door after initial verbal prompt, 80% of the time for 2 months.
  Responsible Person:          QMRP
  Implementation Date:          12/19/05
  Projected Completion Date:    12/19/06
  Goal Status: _____

**DLS/15:**   Marianne will open the van door after initial verbal prompt, 80% of the time for 2 months.
  Responsible Person:          QMRP
  Implementation Date:          12/19/05
  Projected Completion Date:    12/19/06
  Goal Status: _____

```
                                                                Marianne Duffy
                                                                Case # 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
```

VOC/4:   With verbal prompting, Marianne will sort quarters from paper currency into designated containers, 70% of the time for 1 month.
  Responsible Person:          Vocational Coordinator/QMRP
  Implementation Date:         11/22/04
  Revised Date:                02/01/05
  Review Date:                 12/16/04, 12/15/05
  Projected Completion Date:   11/21/05
  Revised Completion Date:     02/21/06
Goal Status:_____

VOC/6    With minimal physical assistance, Marianne will use a pen to make a mark to represent her signature at least 8 of 10 trials, 70% of the time for 1 month.
  Responsible Person:          Vocational Coordinator/QMRP
  Implementation Date:         11/22/04
  Review Date:                 12/16/04, 12/15/05
  Projected Completion Date:   11/21/05
  Revised Completion Date:     02/21/06
Goal Status:_____

Team Members Present:

Marianne Duffy        Self
Alex Shreve           QMRP
Sue Lambert           Director of Nursing
Lori A. Uricchio      ADVP Coordinator
Catherine Aguon       Hab Tech II

*Alex Shreve QMRP 2/6/06*
Alex Shreve, QMRP / Date

Page # 12

## Psychological Report

**Name:** Marianne Shannon Duffy
**Date of Birth:** 3/6/73
**Age:** 32
**Record #:** 172622701

**Date of Evaluation:** 11/14/05
**Date of Report:** 11/26/05
**Examiner:** Marc Goldman, M.S.

**Reason for Referral:** Alex Shreve, QMRP Carobell, referred Ms. Duffy for evaluation to assist in development of her Individualized Habilitation Plan.

**Background Information:** Background information was obtained from Ms. Duffy's record. Please refer to the record for additional information. Records indicate that Ms. Duffy was diagnosed with Corneal Opacification shortly after her birth. Full term pregnancy and birth was uncomplicated. Developmental history was not available except that records report that "developmental delays were also observed." At three years of age, she lost most of her speech and signs of Autistic Disorder were observed. At eleven years of age, Ms. Dufy was hospitalized due to "severe self-injurious behavior." She was prescribed trials of several psychotropic medications and had her first seizure when Haldol was being titrated down. Ms. Duffy was admitted to Carobell in January 1994. An MRI in May 1998 revealed mild diffuse cerebral and cerebella atrophy. Per Ms. Duffy's IHP dated 12/16/04 and her Annual Health Summary (12/15/04), she is diagnosed as having:

Axis I: Autistic Disorder
    Stereotypic Movement Disorder with Self-Injurious Behavior
    Impulse Control Disorder
    Psychotic Disorder
Axis II: Profound Mental Retardation
Axis III: Seizure Disorder
    Blindness
    Corneal Opacification
    Chronic Constipation
    Hypothyroidism

Ms. Duffy has a history of challenging behaviors including self-injurious behavior, clothes shredding, and rectal and vaginal digging. She is prescribed Tranxene and Luvox to assist in reducing the frequency of challenging behaviors. Records report "psychotic behaviors of "inappropriately smiling, laughing out loud, screaming and self-injurious behavior."

EXHIBIT B

**Previous Test Results:**
12/29/00 *Bayley Scales of Infant Development-Second Edition;* Estimated Developmental Age = between 19 months, 16 days and 21 months, 15 days

11/30/04 *Vineland Adaptive Behavior Scale;*

| Subdomain/Domain | Standard Score | Age Equivalent |
|---|---|---|
| Receptive | | 3 years, 11 months |
| Expressive | | 1 year, 2 months |
| Written | | --- |
| **Communication** | <20 | |
| Personal | | 3 years, 10 months |
| Domestic | | 4 years, 1 month |
| Community | | 1 year, 5 months |
| **Daily Living** | <20 | |
| Interpersonal Relationships | | Less than 1 month |
| Play & Leisure Time | | 2 months |
| Coping | | --- |
| **Socialization** | <20 | |

**Tests Administered:** Vineland Adaptive Behavior Scales-II: Survey Interview Form
Review of selected records
Collateral interviews
Clinical observations

**Behavioral Observations:** Ms. Duffy was observed at her residence. She initially did not appear to respond to this writers attempt to engage her. On a subsequent attempt, she handed this writer pegs that she had been manipulating. She continued to hand over the pegs despite this writer requesting that she stop after the interaction had continued for several minutes.

**Test Results and Interpretation:** Adaptive behavior concerns how people cope with the natural and social demands of their environments. The Vineland Adaptive Behavior Scales: Survey Interview Form is a measure of personal and social skills needed for everyday living. The instrument consists of sub-tests (Domains) that assess the individual's skills in Communication, Daily Living Skills, and Socialization. Within each category there are Subdomains that measure more specific skill areas. The instrument was completed through interview with Denise Childs, Senior Habilitation Technician Carobell. Ms. Duffy's performance, in part, is represented below.

| Subdomain/Domain | Standard Score | Age Equivalent | Adaptive Level |
|---|---|---|---|
| Receptive | | 1 year, 5 months | Low |
| Expressive | | 4 months | Low |
| Written | | ------ | Low |
| **Communication** | 21 | | |
| Personal | | 2 years, 4 months | Low |
| Domestic | | 2 years, 11 months | Low |
| Community | | Less than 1 month | Low |
| **Daily Living** | 21 | | |
| Interpersonal Relationships | | 1 month | Low |
| Play & Leisure Time | | 4 months | Low |
| Coping | | 1 year, 1 month | Low |
| **Socialization** | 20 | | |
| **Adaptive Behavior Composite** | 20 | | Low |

Ms. Duffy is functioning within the Profound Range of Adaptive Deficits.

Ms. Duffy has limited communication skills. She will say "momma" and will shake her head to indicate yes or no. She will sign bathroom, more, finished, and please. She will clap her hands to request that others sing. Given adequate processing time, she can follow simple requests. Ms. Duffy feeds herself with an adapted plate and spoon. When she is wet or soiled, she will typically rip her clothing. When angry, Ms. Duffy will make facial grimaces, scream, throw objects, and engage in self-injurious behavior.

Ms. Duffy engages in self-injurious behavior, screaming, clothes tearing, and rectal and vaginal digging. Documented behavioral frequencies for May 05 through October 05 are as follows:

| | May | June | July | August | September | October | *Monthly Average* |
|---|---|---|---|---|---|---|---|
| Self-injurious behavior | 61 | 1 | 7 | 41 | 28 | 23 | 26.8 |
| Rectal digging | 4 | 11 | 1 | 4 | 5 | 18 | 7.2 |
| Clothes destruction | 0 | 0 | 0 | 0 | 3 | 11 | 2.3 |
| Screams | 0 | 4 | 59 | 331 | 195 | 53 | 107 |

Interviews with support professionals indicate that challenging behaviors serve a variety of functions including escape from undesirable conditions, expression of anger/frustration, and self-stimulation. A new behavior support plan is currently being developed in collaboration with support professionals familiar with Ms. Duffy.

**Summary and Recommendations:** Marianne Shannon Duffy is a thirty-two year old woman that appears to be functioning within the Profound Range of Mental Retardation. She engages in challenging behaviors under a variety of conditions and such behaviors

4

appear to serve multiple functions. The support team should consider the following recommendations:

1. The team should consider developing a functional goal of training Ms. Duffy to put her coat and backpack in her room upon returning from her day program. This is most likely to succeed if reinforcers are used (i.e. low calorie edibles) to encourage the behavior. The reinforcer could be faded when the task is mastered.

2. Ms. Duffy's new support plan should include a functional analysis of challenging behaviors as well as proactive interventions designed to reduce the likelihood of challenging behaviors. Note that this process is currently underway.

*Marc Goldman* 11/26/05
Marc Goldman, MS
Licensed Psychological Associate