Name: Marianne Duffy                                    Case # 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                    1

## QUARTERLY SUMMARY
### (November 1, 2005 – January 31, 2006)

**MEDICAL:**

Marianne's health continues to be monitored by the Team.  Labs were drawn on 11/10/05.  Her complete blood count was within normal levels except platelets were 459; basic Metabolic Panel was normal except glucose was 137, sodium 129, chloride 93 and Amylase normal. On 11/23, Marianne received her flu vaccine with no adverse effects noted; routine urinalysis was normal.  Marianne had her annual physical examination by Dr. Ranton.  Debrox drops were ordered twice weekly for excessive cerumen.  In addition, she ordered a decrease in Marianne's Synthroid dose. Audiology testing was performed on 12/19 which showed localized responses for the right ear only.  Overall, Marianne's hearing is functional.  She was referred to Dr. Milewski for abnormal tympanic membrane in the left ear.  On 01/06/06, Marianne went for an eye examination at Dr. Siegel's office.  She remains totally blind with ptsis bulbi; no signs of pain related to the ptsis.  There were no other issues or concerns during this report period.

**BEHAVIORAL**

**BMP/6** (In the area of socialization, Marianne will decrease self-injurious behavioral episodes to 20 or less per month for 3 consecutive months.)  In November, Marianne had 20 episodes of self-injurious behavior, 1 in December and 20 in January.  Numbers in January do not give a true reflection of the data as staff indicated from the 25th through the 29th that she engaged in SIB all day; data sheet will be revised. Marianne exhibited an increase in frequency and intensity with regard to her SIB the latter part of January. On 1/30, she required a one-on-one staff member for the entire day to keep her fully engaged in activities and household tasks which seemed to work very well.

**BMP/7** (In the area of socialization, Marianne will decrease inappropriate episodes to 5 or less per month for three consecutive months.)  In November, Marianne had 1 episode of clothes destruction and 11 episodes of rectal/vaginal digging.  In December, Marianne had 3 episodes of clothes destruction and 6 episodes of rectal/vaginal digging.  In January, she had 4 episodes of clothes destruction and 12 episodes of rectal/vaginal digging.

The Core Team also tracks screaming behaviors, which appear to be an indicator of inappropriate behavior.  These behaviors are tracked, but staff attempt to subtly redirect behaviors to avoid negative attention.  The Team saw a large decrease in those numbers this quarter. In November, Marianne had 18 episodes of screaming, 26 in December and 12 in January.

Both of these plans were extended past projected completion date (11/26/04) with approval of the Psychologist, Human Rights and the guardian. The Psychologist is currently on a new plan to address self-injurious behavior and rectal/vaginal digging.  Marianne has met criteria for clothes destruction but Team will monitor.  The Team will review the plan upon completion.

**FORMAL TRAINING:**

*1. (Daily Living)*

**DLS/7** (To assist with meal preparation, Marianne will independently pour the prepared cooking ingredient from the container into the bowl (all three parts), 70% of the time for 2 non-consecutive months. Marianne was now on step #4 (independently) and scored 55% in November.

**DLS/9** (After taking her shoes off, Marianne will independently place them on the floor in front of where she is sitting, 80% of the time for 2 months.) Marianne was on final step (independent) and scored 89% in November.

**DLS/10** (With verbal prompting, Marianne will effectively rub lotion on her hands, 90% of the time for 2 months.) She is on step #2 (with verbal prompting 90% of the time). The data collection process was changed to note her progress on each part of the goal.  In November, she scored as follows:  part 1 = 100%, part 2 = 100%, part 3 = 92% and part 4 = 91%.  Criteria met.

Marianne's annual planning meeting was held on December 15, 2005.  New goals and objectives were implemented as a result of that meeting:

**DLS/11:** (After initial verbal prompt, Marianne will put her backpack in her room, 80% of the time for 2 months.) She was on

EXHIBIT C

Name: Marianne Duffy                                              Case # 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                    2

step #1 (physical) and scored 100% in January; will move to final step (verbal prompt).

**DLS/12:** (After initial verbal prompt, Marianne will hang her coat/jacket on her clothing rack, 80% of the time for 2 months.) She was on step# 1 (physical) in January and scored 100%; will move to final step (verbal prompt).

**DLS/13:** (After initial verbal prompt, Marianne will retrieve her wash cloth and towel for bath time, 80% of the time for 2 months.) She scored 100% in January (physical) and will move to final step (verbal prompt).

**DLS/14:** (To assist with cooking, Marianne will open the microwave door after initial verbal prompt, 80% of the time for 2 months.) She scored 100% in January (physical) and will move to final step (verbal prompt).

**DLS/15:** (Marianne will open the van door after initial verbal prompt, 80% of the time for 2 months.) Trials were limited in January; need one more month of data to get fair assessment.

**COM/1:** Marianne will learn to make the sign for "drink" with verbal cue, 80% of the time for 2 months. This goal was discussed at her IHP and later implemented on 1/19 to increase Marianne's signing potential. Data will be available for next quarterly progress note.

### 2. (Vocational)

Marianne continues to attend the Vocational Center regularly and participates in vocational training, computer learning, and aquatics.

**VOC/4** (With verbal prompting, Marianne will sort quarters from paper money into designated containers 70% of the time for 1 month.) Marianne remained on step #3 (70% of the time for 1 month). She scored 68% in November and 81% in December meeting criteria for this goal.

**VOC/6** (With minimal assistance, Marianne will use a pen to make a mark to represent her signature at least 8 of 10 trials, 70% of the time for 1 month.) Marianne was on step #2 (6 of 10 trial, 70% of the time for 1 month) and scored 85% in November. She moved to final step (8 of 10) and scored 55% in December and 83% in January meeting criteria.

The ADVP Coordinator will assess Marianne for new vocational goals.

### SOCIAL

Marianne continues to have opportunity to participate in community outings as well as continues to work within the vending program in the community.

**November** – Marianne attended worship services at Swansboro Church of God. She enjoyed a musical presentation at Jacksonville High School. She enjoyed aquatics this month. While at the vocational center, Marianne participated in filling machines for the vending program and assisted in making dog beds.

**December** - Marianne participated in Special Olympics. She participated in filling vending machines. Marianne did some Christmas shopping for her parents. She enjoyed a musical presentation by Delalio Elementary School students and got to visit with Geoffrey the Giraffe at the Vocational Center. Marianne attended a Christmas Party at the Vocational Center hosted by the Road Kings who brought gifts. She participated in another Christmas Party given by the Knights of Columbus. Marianne went grocery shopping at Food Lion. Her family came for a visit at Christmas. She went to the bank to cash her checks. Marianne attended her annual planning meeting.

**January** - Marianne went to the Goodtimes Dance in Jacksonville. She went on an outing to do some shopping. Marianne enjoyed phone calls from her family. She participated in vending this month through the Vocational Program.

Alex Shreve, QMRP                                    3/15/06

Alex Shreve, QMRP                                              Date

ANNUAL HEALTH SUMMARY        DATE  12-13-05

RESIDENT'S NAME: MARIANNE DUFFY        SEX: female        CASE #: 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
DATE OF BIRTH: 3-6-73        AGE: 31 yrs, 9 mos        DATE OF ARRIVAL: 1-28-94

I. GENERAL OVERVIEW
ALLERGIES: None Known  (history of carbamazepine induced hyponatremia & phenytoin induced gingival hyperplasia)

DIAGNOSES: Profound Mental Retardation, Seizure Disorder, Total Blindness, Autistic Disorder, Impulse Control Disorder, Corneal Opacification, Chronic Constipation, Stereotypic Movement Disorder with S.I.B., Psychotic Disorder, Hypothyroidism, history of Hyperprolactinemia

MEDICATIONS: Luvox 100 mg qd; Tranxene 7.5 mg TID; Depakote 750 mg BID; Ortho-Tri-Cyclen-28 1 QD; Synthroid 88 mcg QD; Senokot tabs 2 QD; Multi-Vitamin w/Iron 1 QD; Pepcid 20 mg qHS; Debrox ear drops 4-5 gtts both ears twice weekly

IMMUNIZATIONS: Tetanus booster: 9-9-97.  PPD on 1-10-05 was 0 mm.  Flu vaccine: 11-23-05.  Hepatitis B vaccination series completed 11-8-96.

LABS:  1-10-05 Prolactin 71.3; Valproic Acid 81; Complete Blood Count WNL except rbc 3.58, hemoglobin 11.9, hematocrit 33.8; Liver Function Panel & Amylase WNL except albumin 3.1
3-17-05 Valproic Acid 121
4-5-05 Complete Blood Count wbc 12.4, rbc 2.33, hgb 7.7, hct 21.5 platelets 750Valproic Acid 95
4-7-05 Complete Blood count wbc 17.3, rbc 2.45, hgb 7.8, hct 22.6, Comprehensive Metabolic Panel total protein 5.7, albumin 2.4, calcium 7.6, BUN 3, Creatinine 0.5, Sodium 133, H Pylori IGG & IGA AB 3.7, IGA & IGB negative
4-13-05 Complete Blood Count  wbc 15.8, rbc 2.62, hgb 8.2, hct 24.1, platelets 680
4-18-05 Complete Blood Count wbc 11.9, rbc 2.21, hgb 7.0, hct 20.1, Thyroid Panel total T4 11.8, TSH 4.90, TIBC & T3 Uptake WNL
4-29-05 Hemogram rbc 2.86, hgb 8.7, hct 25.9
5-6-06 Complete Blood Count rbc 3.06, hgb 9.3, hct 27.6, platelets 468
7-22-05 Complete Blood Count rbc 3.77, hgb 12.7, hct 36.4, platelets 381, Prolactin 3.8
9-13-05 Hemogram  wbc 11.9, rbc 3.69, hgb 12.2, hct 34.8, platelets 496, Thyroid Panel WNL
11-10-05 Hepatic Function Panel and T4, TSH WNL, Chem 12 glucose 137, sodium 129, chloride 93, Amylase WNL, Complete Blood Count WNL except platelets 459
12-12-05 Valproic Acid 63
11-23-05 Routine Urinalysis negative

SPECIAL CONSULTS/FOLLOW UP: See BEHAVIORS/PSYCHIATRY, NEUROLOGICAL, HEMATOLOGY & ENDOCRINE Sections.

MEDICAL HISTORY:  Uncomplicated pregnancy and delivery as a full term infant weighing 5 lb, 1 oz.  Noted to be blind, with clouded corneas soon after birth. Early on, she was developmentally delayed, with poor fine motor movement. She did develop some speech which disappeared at 3 yrs age when she developed signs of autism.
Her first psychiatric hospitalization was in 1984 (11 yrs old) for severe SIB. Injuries included zygomatic arch fractures.  Neuroleptics she has been tried on include Thorazine, Haldol, Lithium & Imipramine.
Marianne had her first seizure at 11 years age when she was being weaned off Haldol, then had one per year for the next 2 years.  Began having seizures approximately monthly in 1992.  She had been initially placed on Dilantin after first seizure, then changed to Tegretol later, for seizure (and for behavior at

EXHIBIT D

MARIANNE DUFFY        ANNUAL HEALTH SUMMARY        page two

that time). In Oct 95, she was taken off Tegretol and started on Depakene due to hyponatremia. She was subsequently changed to Dilantin. Started Depakote in Feb 98 and completed Dilantin taper in Aug 98 due to gingival hyperplasia and as possible cause for exacerbation of behaviors.

WEIGHT 1 YR AGO: 150 lbs.        CURRENT WEIGHT: 139 ½ lbs.
HEIGHT: 60.5 in.        IDEAL WEIGHT RANGE: 123-139 lbs.
DIET: Marianne's generally takes 60-65% of her 1500 calorie diet. She has had a 10 ½ lb positive weight loss since one year ago; she is currently at the top ov her Ideal Weight Range. Since May she receives Ensure Plus if a meal is taken less than 50%; which she has taken 16-25 times/month. She started Multivitamin with iron in June due to severe anemia.
No Nutrasweet products per parental request. Average fluid intake is 75-80 oz/day which is adequate per dietitian recommendation. She frequently prefers meats over other food groups. She is given pureed prunes at breakfast due to chronic constipation. Marianne has a significant long-term pre-admission history of anorexia and underweight.
FEEDING: Her diet texture is cut-up. She eats and drinks independently after set-up using a section plate with plateguard, dycem mat, regular spoon and tumbler. She occasionally needs assistance in locating food due to blindness. She coughs occasionally with drinking, but no associated congestion.

DENTAL: Semi-annual exam, fluoride treatment and cleanings by Dr. Gilliam on 2-17-05 and 9-26-05. She has gingivitis; no dental caries. Tooth #11 is ectopic. Subgingival scaling done in 2000. Dilantin was d/c'd in 1998 due to phenytoin-induced gingival hyperplasia. She is cooperative with toothbrushing and flossing of her entire mouth.

BEHAVIORS/PSYCHIATRY: Seen by Psychiatrist, Dr. Mikhail for review of behaviors, psychotropic medications and labs seven times during the past year. Psychotropic medications currently include Luvox and Tranxene (and Depakote for seizures.) Marianne's behaviors have been stable during the past year; medications were not decreased due to her impending move out of state to be with her parents. During the year she was on Risperdal and Seroquel; these were d/c'd around the time she was hospitalized for severe anemia. She was seen most recently by Dr. Mikhail on 12-8-05, and he recommended Abilify. Team and Human Rights consents have been obtained, due to increased behaviors. Her parents would like to see her during the Holidays, then decide.
AIMS Assessment (post-d/c of antipsychotics) on 6-7-05 remained negative. Although, her behavioral problems/SIB are not as severe as they were in 1995, she continues to require constant supervision to prevent injury to herself. Psychotic behaviors include inappropriately smiling, laughing out loud, and screaming. She has experienced significant periods of self-injurious behavior, including hitting herself on hard surfaces, biting her lip, and digging her fingernails into her skin. She sometimes also has fearful facial expressions, screaming, and inappropriate laughter. Other behaviors exhibits include shredding her clothes, smearing face with saliva, rectal and vaginal digging, smelling her fingers, and picking her nose. These behaviors have been noted to substitute when her SIB incidences are lower.
Marianne had hyperprolactinemia while on Risperdal therapy. This is now resolved. She was started on Parlodel on 10-5-04 after trial tapering of Risperdal and replacement with Geodon and Seroquel failed due to increased signs of psychosis and self injury, as well as non-reduction in Prolactin levels. See GENITOURINARY SECTION.

She was referred for psychopharmacological consult, which she had with Dr. Chandler on 8-19-03, due to chronic elevation of Prolactin level from the Risperdal. He felt that she could possibly stay on the Risperdal despite the hyperprolactinemia because it has been so effective for her or possible decrease

MARIANNE DUFFY          ANNUAL HEALTH SUMMARY              page three

the Risperdal slightly, or replace with Geodon or Abilify.  Second opinion was
gotten from her medical physician, Dr. Chung, with her mother present.  He feels
it may be good to keep her on the Risperdal, as well.  Marianne's mother has
signed a new consent for continued Risperdal use, acknowledging the possible
effects of hyperprolactinemia.

PSYCHOTROPIC MEDICATION (2005):  Risperdal decreased to 3 mg/day and Inderal
          started (10 mg TID) in Jan.  In Feb, the Risperdal was re-increased to 4
          mg/day, and the Inderal was decreased to 5 mg TID due to hypotension, being
          d/c'd in Mar due to ineffectiveness.  Risperdal and Cogentin were d/c'd in
          Apr due to weakness/sedation.  During hospitalization for anemia, she was
          temporarily placed back on Seroquel and Cogentin due to agitation and
          restlessness.  Tranxene was increased from 7.5 mg qHS to TID when discharged
          from the hospital, and she continued on Luvox.  She has gradually developed
          more signs of psychosis since then, and her Luvox was increased 50 to 100
          mg/day.  She was seen on 12-8-05 and Dr. Mikhail ordered Abilify 5 mg QD

PSYCHOTROPIC MEDICATION HISTORY:
1984-89  First psychiatric admission for severe SIB in 1984 (11 yrs old); on
          Haldol.  Injuries included zygomatic arch fractures.  Also tried on
          Thorazine, Lithium & Imipramine during this time period.
1990   Started Mellaril.
1993   Prozac added due to SIB, depression, anorexia, anxiety.
1994   Admitted to Carobell in January on Mellaril 25 mg BID and Prozac.
          Tapering of Mellaril started in June, and was decreased to 10 mg/day by
          Oct.  Prozac also d/c'd.
1995   Dramatic increase in severity and frequency of SIB beginning in May.
          Mellaril was increased ultimately to 50 mg TID.  Ativan (0.25 mg BID & 0.5
          mg qHS and Prozac 60 mg/day added, then Trazadone added due to insomnia
          (200 mg/qHS).  In Nov, abrupt (overnight) development of left
          hemiparesis/palsy (see Neurological section).  Vitamin E added.
1996   D/C'd Mellaril, Ativan, & Trazadone due to continued SIB, agitation and
BID & 2 mg qHS), and Symmetrel added.  Prozac decreased to 20 mg/day.  Risperdal
          d/c'd for a couple months due to the motor problems, but re-introduced due
          to increased SIB and no improvement in the left sided weakness/palsy.
          Trazadone d/c'd, and replaced with Tranxene 7.5 mg TID and Dalmane 30 mg
          qHS.
1997   Dalmane changed to Chloral Hydrate due to ineffectiveness.  This was d/c'd
          for the same reason and HS dose of Tranxene increased to 15 mg.  In July,
          Prozac replaced by Luvox (100 mg/day) due to continued left-sided weakness.
1998   Psychotropic medications decreased due to stable behaviors.  Tranxene to
          7.5 mg qHS; Risperdal to 1 mg TID; Luvox to 50 mg qHS.  Dilantin for
          seizures replaced by Depakote in Aug due to Dilantin possibly contributing
          to behaviors.
1999   Risperdal re-increased in January to 2 mg TID due to exacerbation of
          behaviors.  Risperdal subsequently decreased in May to 1 mg BID & 2 mg
          qHS due to sedation and stable behaviors.  Continued Luvox
2000   Risperdal decreased to 0.5 mg BID & 2 mg qHS in Nov.  Symmetrel was
          tapered off in March was later started on Cogentin 1 mg BID due to
          developing restlessness, shaking, pacing, irritability and fidgeting, as
          well as chewing motions of her mouth.  These resolved with Cogentin.
2001   Risperdal increased to 1 mg BID & 2 mg qHS in Sep.  Continued Luvox.
2004   Risperdal decreased to 3 mg/day & added Seroquel 200 mg/day in Apr.
          Then Risperdal decreased to 2 mg/day & Seroquel increased to 400 mg/day in
          July.  Behaviors increased and Prolactin level increased to 84.1, so
          The Seroquel was replaced with Geodon 20 mg BID.  Behaviors remained
          increased, so Geodon was d/c'd and restarted on original Risperdal dose.

MARIANNE DUFFY          ANNUAL HEALTH SUMMARY          page four

SLEEPING PATTERNS: Her sleep remains improved the past couple years at 7-8 hours
nightly, with occasional nights with insomnia.

COMMUNICATION: Marianne communicates using some signing and vocalizations. She
can repeat simple words when asked to, but never initiates speech or signing
independently.

II.   REVIEW OF SYSTEMS

NEUROLOGICAL:  Marianne has had no seizures the past year compared to 20 the
previous year and 11 and 7 the years before that.   Seizures were generalized
tonic-clonic and occasionally including urinary incontinence, chewing and/or
moaning, lasting 45-90 seconds.   Rare cyanosis and occasional post-ictal state.
Left sided weakness was sometimes increased after a seizure.
She is followed by Dr. Jreisat, and was seen on 9-1-05, with no changes ordered.
The Depakene was decreased on 3-23-05 due to level of 121 with signs of toxicity,
including sedation, weakness, anorexia.   Repeat levels on 4-6-05 and 12-12-05
were 95 and 63.   Valproic Acid-related labs revealed no white blood cell or
platelet suppression or hepatotoxicity.

Marianne has had a history of varying degrees of problems with the left
hemiparesis/palsy, including left facial drooping and drooling, which had begun
abruptly in Nov 95; and gradually decreased to minimal during the past several
years.  She was seen by Neuropsychiatrist, Dr. Fahs in Chapel Hill in 1995, who
did not feel she was having Tardive Dyskinesia or Todd's Paralysis.   Brain CT
without contrast showed no evidence of hydrocephalus, masses, or infarct.   The
EEG revealed several vertex spikes, and few suspicious sharp forms seen in the
left temporal and left frontal areas.   Evidence of focal slowing was also seen.
Study was consistent with epilepsy.   MRI with Contrast in May 98 showed mild
diffuse cerebral and cerebellar atrophy, but no findings to explain the left
hemiparesis.

HEMATOLOGY:  Marianne's hemoglobin was found to be 7.7 on 4-5-05, with symptoms
of pallor and weakness.   She was monitored with frequent blood draws until 4-19-
05, her hemoglobin fell to 6.3.   She was hospitalized by Dr. Chung and transfued
with two units of packed red blood cells.   Panendoscopy was negative for source
of blood loss.   She was followed up by Dr. Awomolo, whose strongest conclusion
was possibly due to anti-psychotic therapy.   Her most recent labs reveal normal
hemoglobin 13.1.   She has been on multivitamin w/Iron since then.

ENDOCRINE:
Hyperprolactinemia: Was monitored by Drs. Dill and Mikhail due to Risperdal
therapy.   Prolactin level on 1-13-05 remained elevated @ 71.3.   Bromocriptine,
which she was tried on, proved ineffective in lowering the serum Prolactin level.
Anti-psychotics were d/c'd in April; repeat Prolactin level 7-22-05 was normal at
3.8.  She never exhibited clinical signs of hyperprolactinemia.
Hypothyroidism:  Has been taking Synthroid since 1999.   Seen by Dr. Ranton on 10-
13-05 due to TSH 11.50 and borderline low T3 Uptake 24.9.   She had symptoms of
hair loss and dry skin.   She increased the Synthroid from 50 to 75 mcg/ml.
Repeat on 11-10-05 TSH remained elevated at 7.02, so she further increased the
Synthroid to 88 mcg.

VISION:  She has no light perception.   Totally blind due to corneal opacification
bilaterally and phthisis bulbi O.D.
MRI on 5-27-98 showed abnormal small globes with calcification and possible
hemorrhage.   On exam, globes are small and cloudy. Last optometric exam was done
by Dr. Conekin in 1994.    Corneal transplants were unsuccessfully done at 2
months age.

MARIANNE DUFFY     ANNUAL HEALTH SUMMARY     page five

HEARING/ENT: Hearing is functional, as she responds to normal voice and noises in her environment. She passed the HEAR-KIT hearing screening on 11-29-01. ENT and hearing evaluation by Dr. Stone Mar 94 revealed normal hearing and tympanograms.
Marianne has a history of multiple ear infections, and P.E. tube insertions until age 5 yrs.  There is a family history of allergies.  In the past, she has been taken to ENT when SIB seemed to center around the nasal/sinus areas of her face. These exams, however, have been negative for allergies/infection.

MUSCULOSKELETAL: Marianne has no skeletal deformities, and has good range of motion to all her extremities.  There is occasional mild left sided upper and lower extremity weakness which varies in degrees, most notably when she is low on sleep or after some of her seizures.
She ambulates using a wide-based gait with supervision, due to her blindness, seizure & SIB.  She drags her left foot slightly occasionally, but this is improved greatly from the last couple years, as she can now generally ambulate without physical support.  The weakness is more prominent after she has had a seizure, or hasn't slept.

SKIN: Intact.  Occasional redness or minor swelling, abrasions, or bruising from SIB, mostly involving the facial area.  Her hair is thinned and palmar aspect of hands dry due to hypothryoidism.  Eucerin cream is applied to her hands daily.

PULMONARY & CARDIOVASCULAR: Heart rate regular.  Peripheral pulses palpable all extremities.  Lungs clear to auscultation, with equal expansion of chest on inspiration.  EKG done Nov 2001 per Dr. Barnes request to monitor for possible negative effects from psychotropic medications.  EKG was borderline because the "rate varied from 50-74 due to ? arrhythmia; early transition." Dr. Chung did not feel further testing was warranted.

GENITO-URINARY: Voids 6-8 times per day, usually continent.  Takes Ortho Tri-Cyclen due to history of irregular menses with spotting.  They are regular, lasting 1-5 days. Consult by Dr. Dill on 5-2-05 due to recent severe anemia. He could find no source of excessive blood loss.  Pelvic and breast exam and PAP smear were within normal limits.  Occasionally exhibits masturbatory behavior. She wears disposable underpants for menses due to pulling menses pads out at inappropriate times.

GASTRO-INTESTINAL: Abdomen soft, non-distended, with active bowel sounds all four quadrants.
Bowel movements are continent and soft formed, every 2-4 days.  She takes pureed prunes daily with breakfast, and 2 Senokot tabs daily, with rare constipation. Marianne was treated for positive Helicobacter pylorus antibodies in Nov 00 and Aug 01.  Marianne has a significant family history of ulcer disease.  While hospitalized for severe anemia, a panendoscopy was done.  It revealed fundal gastritis, and she had polypectomy from the sigmoid colon.  She receives Pepcid since then.  Serum H. Pylori drawn 4-9-05 showed IGG high at 3.7 (false positive.) She was nonetheless treated with Prevpak for two weeks, as it was started just before her endoscopy.


III.  PROGRESS STATEMENT- INDEPENDENT LIVING

    A.  Bowel/Bladder: Mostly continent bowel and bladder.  Requires minimal assistance.
    B.  Mobility: Ambulatory with supervision due to blindness and seizures.
    C.  Daily Hygiene: Can wash her chest with designated prompt when she is cooperative.

Marianne Duffy                                      Page six

    D. Oral Hygiene: She can brush her teeth with verbal prompt, but not as thoroughly as needed.
    E. Self Medication: With much verbal prompting, participates in self-medication program. She ambulates to the med room. Signs for "pill," takes her own pills when they are handed to her in a medication cup, and disposes of the cup.

IV. GENERAL HEALTH STATEMENT:

Marianne remains on Luvox and Tranxene (increased) for psychotic disorder. An order has recently obtained for Abilify due to increased behaviors; await guardian consent.
Hospitalized in Apr 19-21, 2005 for transfusion of 2 units of packed red blood cells due to severe anemia. Then started on Multi-Vitamin w/Iron, and Pepcid. Panendoscopy revealed fundal gastritis and polyp which was removed from the sigmoid colon. Her anemia has gradually resolved since then.
No seizures since Dec 2004. Remains on Depakote with a dose decrease in March due to toxic level.
Synthroid increased twice recently, as is now 88 mcg/day. Pulse ranges 88-94.
Remains on a 1500 calorie diet with weight loss down to her ideal weight range during the past year. She is now offered Ensure Plus for meals taken at less than 50%.
Remains on prunes and Senokot for constipation, with PRN enema needed rarely.
Annual physical exam by Dr. Ranton on 11-28-05. At this time she increased the Synthroid and ordered Debrox drops bi-weekly for excessive cerumen.

V. HEALTH GOALS:

HEA #1 Monitor effectiveness/adverse effects of psychotropic medications.

HEA #2 Early recognition and intervention for changes in seizure pattern.

HEA #3 Facilitate bowel elimination to two to three weekly.

HEA #4 Monitor Anemia.

HEA #5 Monitor Hypothyroidism.

VI. PLACEMENT RECOMMENDATIONS:

    ICF/MR next 3-5 years.

_Susanne Lambert_ RN    12-13-05
Susanne Lambert BSN, RN, CDDN