IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and )
legal guardians, Sean and Elise Duffy, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　) 　　NO. 1:05-CV-127 GMS
　　v. )
　　　　　　　　　　　　　　　　　　　　)
VINCENT MECONI, Secretary, Delaware )
Department of Health & Social Services, )
in his official capacity, et al., )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____)

## AFFIDAVIT OF CHERRY GOODFRED

　　　1. I am the custodian of Carobell, Inc.'s records for Marianne Duffy, date of birth

March 6, 1973.

　　　2. Exhibit one attached to this affidavit is a true and correct copy of Ms. Duffy's

most recent Carobell, Inc. Psychological Evaluation, dated November 30, 2004.

　　　3. Exhibit two attached to this affidavit is a true and correct copy of Ms. Duffy's

most recent Annual Health Summary, dated, December 15, 2004.

　　　4. The information contained in these records was recorded at or near the time of

the acts, events, conditions, opinions, or diagnoses described therein or from information

transmitted by a person with knowledge. These records are kept in the course of Carobell

Inc.'s regularly conducted business activity, and it is the regular practice of Carobell, Inc.

to make and maintain these records.

　　　I declare under penalty of perjury that the foregoing is true and correct.

Executed this _11_ day of August, 2005.　_Cherry Goodfred_

　　　　　　　　　　　　　　　　　　　　Records Manager, Carobell, Inc.,
　　　　　　　　　　　　　　　　　　　　198 Cinnamon Drive,
　　　　　　　　　　　　　　　　　　　　Hubert, North Carolina 28539

Carobell, Inc.
Psychological Evaluation

Marianne S. Duffy
#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

Marianne Shannon Duffy
Case: 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
DOB: 03-06-73
DOA: 01-27-94

Psychological Evaluation
Date: 11-30-04

Background: Marianne Duffy is a 31-year-old blind and nonverbal female who ambulates with guided assistance. She has good receptive speech and some adapted signs. She was admitted to Carobell 1-27-94 in the Sandridge IV home. On 9-15-98, she transferred to Queens Pond at Carobell. She was born following a normal delivery, but was blind at birth. Developmental delays were noted. At age 3 speech disappeared with developing autistic traits, and self-injurious behavior began to pose a risk. Several psychotropic medications were tried over the years. Marianne also began having seizures at age 11, She was admitted with the following diagnoses Severe Mental Retardation 318.1, Autism, Blindness 369.0, and Seizure Disorder 780.2. She has dark brown hair shoulder length and a mole on her right cheek. Height is 60.5 inches and current weight is approximately 135 pounds with desired weight range 123 to 139.

Assessment Tools: Record Review, Review of previous evaluations, Vineland Adaptive Behavior Scales, Direct Observation.

Response to Services: Marianne has been on a formal Behavior Management Program throughout the past year to address inappropriate behaviors including self-injurious behaviors.

Target Behaviors/Response to Treatment: The following rates were noted.

|  | Nov | Dec | J04 | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIB | 46 | 55 | 24 | 26 | 16 | 12 | 45 | 13 | 45 | 21 | 39 | 41 |
| Epis. | 46 | 55 | 24 | 26 | 16 | 12 | 45 | 13 | 45 | 21 | 39 | 41 |
| ClthD | 8 | 2 | 4 | 1 | 5 | 3 | 2 | 2 | 2 | 3 | 1 | 10 |
| RectD | 9 | 13 | 2 | 3 | 1 | 3 | 3 | 0 | 0 | 4 | 5 | 5 |

Frequency/Severity/Duration Analysis: Rates reported indicate an increase for self-injury the past two months. Mild to moderate intensity was reported for most episodes. Most episodes are reported during leisure.

Intervening Variables (environmental factors, changes in health status or treatments): Current medications: Risperdal, Tranxene, Luvox.

**Exhibit 1**

2                              Carobell, Inc.                    Marianne S. Duffy
                          Psychological Evaluation               #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

Evaluation Results:

Intellectual Concurrence: The Bayley Scales of Infant Development-Second Edition
(BSID-II) was administered 12-29-00. Results of testing with the BSID-II indicate an
estimated developmental age between 19 months, 16 days and 21 months, 15 days.
Based on continued observation and assessment, it still appears that Marianne functions
within the Profound range of developmental delay.

Adaptive Functioning

Vineland Adaptive Behavior Scales: Based on continued observation and assessment, it
still appears that Marianne functions within the Profound range of developmental delay.
Current results agree with previous assessment results.

| Subdomain/DOMAIN | Standard score | Age equivalent |
|---|---|---|
| Receptive | | 3 years, 11 months |
| Expressive | | 1 year, 2 months |
| Written | | * |
| COMMUNICATION | < 20 | 1 year, 6 months |
| Personal | | 3 years, 10 month |
| Domestic | | 4 years, 1 month |
| Community | | 1 year, 5 months |
| DAILY LIVING | < 20 | 3 years, 4 months |
| Interpersonal relationships | | < 1 month |
| Play and leisure time | | 2 months |
| Coping | | * |
| SOCIALIZATION | < 20 | < 1 month |

denotes subdomain with obtained raw score of 0

In the Communication Domain, Marianne follows instructions in an "if-then" format.
She points accurately to all body parts. She indicates preferences when offered a choice,
and she listens to a story for at least 5 minutes. She does not use names of peers or
familiar objects. She does not say 50 recognizable words.

In the Daily Living Skills Domain, Marianne assists in food preparation. She dries
herself with a towel without assistance. Marianne sometimes or partially dresses self;
cares for toilet needs and care for her nose without assistance. She does not understand
the function of money. She does not demonstrate understanding of the function of a
clock.

In the Socialization Skills Domain, Marianne sometimes or partially shows interest in
others. She sometimes or partially shows a desire to please her caregivers. She
sometimes or partially laughs or smiles in response to a positive statement. Marianne
does not show interest in peers, express more than two recognizable emotions, or imitate
others.

3                                        Carobell, Inc.                        Marianne S. Duffy
                                    Psychological Evaluation                    #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

Conclusion: Based on current evaluation, and assessment it still appears that Marianne is functioning within the Profound range of developmental delay with respect to combined performance.

Diagnoses:

| | |
|---|---|
| Axis I | No Diagnosis |
| Axis II | Profound Mental Retardation 318.2 |
| | Autism |
| Axis III | Seizure Disorder |
| | Legally Blind 369.0 |

Needs include training in daily living skills, and vocational skills. Continue behavior management programming for reducing Inappropriate Behaviors.

Placement: Marianne continues to need specialized assistance in self-care and daily living skills and is making slow, but steady progress. She also, continues to benefit from placement in the adult day activity program. It is felt that Carobell Inc. Group homes are still the most compatible placement for the foreseeable future.

Recommendations:

1. Recommend continuing behavioral programming.
2. Daily Living Skills: Recommend continued training on need areas and current specific objectives.
3. Medication Use: Recommend continued monitoring of psychotropic medication and regular visits to psychiatrist.

Ronald Whicker, Ph.D.
Licensed Psychologist

DATE 12-15-04          ANNUAL HEALTH SUMMARY

RESIDENT'S NAME: MARIANNE DUFFY          SEX: female          CASE #: 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
DATE OF BIRTH: 3-6-73          AGE: 31 yrs, 9 mos          DATE OF ARRIVAL: 1-28-94

I. GENERAL OVERVIEW
ALLERGIES: None Known  (history of carbamazepine induced hyponatremia & phenytoin
induced gingival hyperplasia)

DIAGNOSES: Profound Mental Retardation, Seizure Disorder, Blindness, Autistic
Disorder, Impulse Control Disorder, Corneal Opacification, Chronic Constipation,
Stereotypic Movement Disorder with S.I.B., Psychotic Disorder, Hypothyroidism,
Hyperprolactinemia

MEDICATIONS: Luvox 50 mg qd; Risperdal 1 mg BID & 2 mg qHS; Tranxene 7.5 mg qHS;
Bromocriptine 2.5 mg qAM; Vitamin E 800 IU BID; Cogentin 1 mg BID; Depakote 500
mg BID & 750 mg qHS; Ortho-Cyclen-28 1 QD; Synthroid 75 mcg QD; Senokot tabs 2 QD

IMMUNIZATIONS: Tetanus booster: 9-9-97.  PPD on 4-23-03 was 0 mm.  Flu vaccine:
10-15-04.  Hepatitis B vaccination series completed 11-8-96.

LABS: 12-9-03 Valproic Acid level 85; Hepatic Function Panel WNL; Prolactin 66.6;
Amylase <30; Thyroid Panel WNL except TSH 9.39.
5-27-04 Complete Blood count and Hepatic Function Panel WNL;  TSH 12.70.
7-29-04 Prolactin 84.1 & TSH 4.02.     11-15-04 Prolactin 63.8.

3-6-03: Valproic Acid level 73 mcg/ml; Complete Blood Count WNL except rbc 3.48
and hematocrit 33.0;  Hepatic Function Panel normal except serum albumin 3.3;
Serum Amylase 40.   6-3-04: Valproic Acid level 92; Complete Blood Count, Hepatic
Function Panel & Amylase WNL. 11-26-03: Valproic Acid level 85 mcg/ml,  12-9-03:
Valproic Acid level 85 mcg/ml, Prolactin 66.6, Thyroid Panel WNL except TSH 9.39,
Hepatic Function Panel WNL except Total Bilirubin 0.1, Amylase <30.

SPECIAL CONSULTS/FOLLOW UP: See BEHAVIORS/PSYCHIATRY and NEUROLOGICAL Sections.

MEDICAL HISTORY:  Uncomplicated pregnancy and delivery as a full term infant
weighing 5 lb, 1 oz.  Noted to be blind, with clouded corneas soon after birth.
Early on, she was developmentally delayed, with poor fine motor movement. She did
develop some speech which disappeared at 3 yrs age when she developed signs of
autism.
Her first psychiatric hospitalization was in 1984 (11 yrs old) for severe SIB.
Injuries included zygomatic arch fractures.  Neuroleptics she has been tried on
include Thorazine, Haldol, Lithium & Imipramine.
Marianne had her first seizure at 11 years age when she was being weaned off
Haldol, then had one per year for the next 2 years.  Began having seizures
approximately monthly in 1992.  She had been initially placed on Dilantin after
first seizure, then changed to Tegretol later, for seizure (and for behavior at
that time).  In Oct 95, she was taken off Tegretol and started on Depakene due to
hyponatremia.  She was subsequently changed to Dilantin.  Started Depakote in
Feb 98 and completed Dilantin taper in Aug 98 due to gingival hyperplasia and as
possible cause for exacerbation of behaviors.

WEIGHT 1 YR AGO: 147 lbs.          CURRENT WEIGHT: 150 lbs.
HEIGHT: 60.5 in.          IDEAL WEIGHT RANGE: 123-139 lbs.

DIET: Marianne's generally takes 80-85% of her 1500 calorie diet.  She has had a
3 lb negative weight gain since one year ago; she is currently 11 lbs over her
Ideal Weight Range.) No Nutrasweet products per parental request.  Average fluid
intake is 75-80 oz/day which is adequate per dietitian recommendation.  She
frequently prefers meats over other food groups.  She is given pureed prunes at

**Exhibit 2**

06/01/05   07:20 FAX 9105269988          CAROBELL INC                                 ☒006

MARIANNE DUFFY         ANNUAL HEALTH SUMMARY          page two

breakfast due to constipation.  Marianne has a significant long-term pre-admission history of anorexia and underweight.
FEEDING: Her diet texture is cut-up.  She eats and drinks independently after set-up using a section plate with plateguard, dycem mat, regular spoon and tumbler.  She occasionally needs assistance in locating food due to blindness. She coughs occasionally with drinking.

DENTAL: Semi-annual exam, fluoride treatment and cleanings by Dr. Gilliam on 8-12-04.  She has gingivitis; no dental caries. Tooth #11 is ectopic.  Subgingival scaling done in 2000.  Dilantin was d/c'd in 1998 due to phenytoin-induced gingival hyperplasia.

BEHAVIORS/PSYCHIATRY:     Seen by Psychiatrist, Dr. Mikhail for review of behaviors, psychotropic medications and labs on 4-21-04, 6-30-04, 8-11-04 and 10-4-04.
Psychotropic medication include Risperdal, Luvox and Tranxene (and Depakote for seizures.)  Marianne's behaviors have been stable during the past year; medications were not decreased due to her impending move out of state to be with her parents.  AIMs Assessments on 5-20-04 and 11-4-04 remained negative.
Although, her behavioral problems/SIB are not as severe as they were in 1995, she continues to require constant supervision to prevent injury to herself. Psychotic behaviors include inappropriately smiling, laughing out loud, and screaming.  She has experienced significant periods of self-injurious behavior, including hitting herself on hard surfaces, biting her lip, and digging her fingernails into her skin.  She sometimes also has fearful facial expressions, screaming, and inappropriate laughter.  Other behaviors exhibits include shredding her clothes, smearing face with saliva, rectal and vaginal digging, smelling her fingers, and picking her nose.  These behaviors have been noted to substitute when her SIB incidences are lower.
Marianne has hyperprolactinemia secondary to Risperdal therapy.  She was started on Parlodel on 10-5-04 after trial tapering of Risperdal and replacement with Geodon and Seroquel failed due to increased signs of psychosis and self injury, as well as non-reduction in Prolactin levels.  See GENITOURINARY SECTION.

She was referred for psychopharmacological consult, which she had with Dr. Chandler on 8-19-03, due to chronic elevation of Prolactin level from the Rispderdal.  He felt that she could possibly stay on the Risperdal despite the hyperprolactinemia because it has been so effective for her or possible decrease the Rispderdal slightly, or replace with Geodon or Abilify.  Second opinion was gotten from her medical physician, Dr. Chung, with her mother present.  He feels it may be good to keep her on the Risperdal, as well.  Marianne's mother has signed a new consent for continued Rispderdal use, acknowledging the possible effects of hyperprolactinemia.

PSYCHOTROPIC MEDICATION HISTORY:
1984-89 First psychiatric admission for severe SIB in 1984 (11 yrs old); on Haldol.  Injuries included zygomatic arch fractures.  Also tried on Thorazine, Lithium & Imipramine during this time period.
1990   Started Mellaril.
1993   Prozac added due to SIB, depression, anorexia, anxiety.
1994   Admitted to Carobell in January on Mellaril 25 mg BID and Prozac. Tapering of Mellaril started in June, and was decreased to 10 mg/day by Oct.  Prozac also d/c'd.
1995   Dramatic increase in severity and frequency of SIB beginning in May. Mellaril was increased ultimately to 50 mg TID.  Ativan (0.25 mg BID & 0.5 mg qHS and Prozac 60 mg/day added, then Trazadone added due to insomnia (200 mg/qHS.)  In Nov, abrupt (overnight) development of left hemiparesis/palsy (see Neurological section).  Vitamin E added.
1996   D/C'd Mellaril, Ativan, & Trazadone due to continued SIB, agitation and

MARIANNE DUFFY            ANNUAL HEALTH SUMMARY            page three

      BID & 2 mg qHS), and   Symmetrel added.   Prozac decreased to 20 mg/day.
        Risperdal d/c'd for a couple months due to the motor problems, but re-
        introduced due to increased SIB and no improvement in the  left sided
        weakness/palsy.  Trazadone d/c'd, and replaced with Tranxene 7.5 mg TID
        and Dalmane 30 mg qHS.
1997  Dalmane changed to Chloral Hydrate due to ineffectiveness. This was d/c'd
        for the same reason and HS dose of Tranxene increased to 15 mg.  In July,
        Prozac replaced by Luvox (100 mg/day) due to continued left-sided weakness.
1998  Psychotropic medications decreased due to stable behaviors.  Tranxene to
        7.5 mg qHS; Risperdal to 1 mg TID; Luvox to 50 mg qHS.   Dilantin for
        seizures replaced by Depakote in Aug due to Dilantin possibly contributing
        to behaviors.
1999  Risperdal re-increased in January to 2 mg TID due to exacerbation of
        behaviors.   Risperdal subsequently decreased in May to 1 mg BID & 2 mg
        qHS due to sedation and stable behaviors.
2000  Risperdal decreased to 0.5 mg BID & 2 mg qHS in Nov.  Symmetrel was
        tapered off in March was later started on Cogentin 1 mg BID due to
        developing restlessness, shaking, pacing, irritability and fidgeting, as
        well as chewing motions of her mouth.   These resolved with Cogentin.
2001  Risperdal increased to 1 mg BID & 2 mg qHS in Sep.
2004  Riperdal decreased to 3 mg/day & added Seroquel 200 mg/day on 4-25-04.
        Then Risperdal decreased to 2 mg/day & Seroquel increased to 400 mg/day on
        7-1-04.  Behaviors increased and Prolactin level increased to 84.1, so
        The Seroquel was replaced with Geodon 20 mg BID.  Behaviors remained
        increased, so Geodon was d/c'd and restarted on original Risperdal dose.

SLEEPING PATTERNS: Her sleep remains improved the past couple years, with
occasional nights with insomnia.

COMMUNICATION: Marianne communicates using some signing and vocalizations. She
can repeat simple words when asked to, but never initiates speech or signing
independently.


II.  REVIEW OF SYSTEMS

NEUROLOGICAL: Marianne had 20 seizures the past year compared to 11 the previous
year and 7 in 2002.  Seizures are generalized tonic-clonic and occasionally
including urinary  incontinence, chewing and/or moaning, lasting 45-90 seconds.
Rare cyanosis and occasional post-ictal state.  Left sided weakness is sometimes
increased after a seizure.
She is followed by Dr. Jreisat, and was seen on 4-1-04, with no changes ordered
this year.  Valproic Acid levels and related labs remained WNL this year.

Marianne has had a history of varying degrees of problems with the left
hemiparesis/palsy, including left facial drooping and drooling, which had begun
abruptly in Nov 95; and gradually decreased to minimal during the past several
years.  She was seen by Neuropsychiatrist, Dr. Fahs in Chapel Hill in 1995, who
did not feel she was having Tardive Dyskinesia or Todd's Paralysis.  Brain CT
without contrast showed no evidence of hydrocephalus, masses, or infarct.  The
EEG revealed several vertex spikes, and few suspicious sharp forms seen in the
left temporal and left frontal areas.  Evidence of focal slowing was also seen.
Study was consistent with seizure disorder.   MRI with Contrast in May 98 showed
mild diffuse cerebral and cerebellar atrophy, but no findings to explain the left
hemiparesis.

MARIANNE DUFFY                ANNUAL HEALTH SUMMARY              page four

VISION: She has no light perception.  Totally blind due to corneal opacification bilaterally and phthisis bulbi O.D.
MRI on 5-27-98 showed abnormal small globes with calcification and possible hemorrhage.  On exam, globes are small and cloudy. Last optometric exam was done by Dr. Conekin in 1994.   Corneal transplants were unsuccessfully done at 2 months age.

HEARING/ENT: Hearing is functional, as she responds to normal voice and noises in her environment. She passed the HEAR-KIT hearing screening on 11-29-01.
ENT and hearing evaluation by Dr. Stone Mar 94 revealed normal hearing and tympanograms.
Marianne has a history of multiple ear infections, and P.E. tube insertions until age 5 yrs.   There is a family history of allergies.  In the past, she has been taken to ENT when SIB seemed to center around the nasal/sinus areas of her face. These exams, however, have been negative for allergies/infection.

MUSCULOSKELETAL: Marianne has no skeletal deformities, and has good range of motion to all her extremities.   There is occasional mild left sided upper and lower extremity weakness which varies in degrees, most notably when she is low on sleep or after some of her seizures.
She ambulates using a wide-based gait with supervision, due to her blindness, seizure & SIB.  She drags her left foot slightly occasionally, but this is improved greatly from the last couple years, as she can now generally ambulate without physical support.  The weakness is more prominent after she has had a seizure, or hasn't slept.

SKIN: Intact.  Occasional redness or minor swelling, abrasions, or bruising from SIB, mostly involving the facial area.  She was treated in July with Lotrimin cream for moisture rash under her breasts.

PULMONARY & CARDIOVASCULAR: Heart rate regular.  Peripheral pulses palpable all extremities.   Lungs clear to auscultation, with equal expansion of chest on inspiration.   EKG done Nov 2001 per Dr. Barnes request to monitor for possible negative effects from psychotropic medications.  EKG was borderline because the ARate varied from 50-74 due to ? arrhythmia; early transition.@ Dr. Chung did not feel further testing was warranted.

GENITO-URINARY: Voids 6-8 times per day, usually continent.  Remains on Lo-Ovral due to history of irregular menses with spotting.  They are regular, lasting 3-5 days.  She receives Motrin occasionally during menses for discomfort.  Annual pelvic gynecological and breast exam by Dr. Dill on 1-6-04 were within normal limits.   Occasionally exhibits masturbatory behavior.
She wears disposable underpants for menses due to pulling menses pads out at inappropriate times.
Her Prolactin level remains elevated secondary to Risperdal therapy.  Prolactin levels were 11-26-03: 66.6 and 7-29-04: 84.1.   Dr. Mikhail started her on Bromocriptine on 10-5-04.  Subsequent Prolactin level on 11-15-04: 63.8.
The highest level was 101.0 in Apr 202.  No adverse effects of elevated Prolactin level, such as galactorrhea or increased depression seen.

GASTRO-INTESTINAL: Abdomen soft, non-distended, with active bowel sounds all four quadrants.
Bowel movements are continent and soft formed, every 2-4 days.  She takes pureed prunes daily with breakfast, and 2 Senokot tabs daily, with rare constipation. Marianne was treated for positive Helicobacter pylorus antibodies in Nov 00 and Aug 01. Marianne has a significant family history of ulcer disease.

MARIANNE DUFFY        ANNUAL HEALTH SUMMARY        page five

III.   PROGRESS STATEMENT- INDEPENDENT LIVING

A. Bowel/Bladder: Mostly continent bowel and bladder.   Requires minimal
   assistance.
B. Mobility: Ambulatory with supervision due to blindness and seizures.
C. Daily Hygiene: Can wash her chest with designated prompt when she is
   cooperative.
D. Oral Hygiene: She can brush her teeth with verbal prompt, but not as
   thoroughly as needed.
E. Self Medication: With much verbal prompting, participates in self-
   medication program.  She ambulates to the med room.  Signs for "pill,"
   takes her own pills when they are handed to her in a medication cup, and
   disposes of the cup.

IV. GENERAL HEALTH STATEMENT (including significant illness or accident, or
hospitalization in past year):

Marianne remains on Risperdal, Tranxene, Luvox, Cogentin and Vitamin E for
psychotic disorder.  Attempts were made to replace the Risperdal with Seroquel,
and then Geodon due to hyperprolactinemia; however psychotic symptoms increased.
She was started on Bromocriptine for the hyperprolactinemia in Oct, with a slight
decrease in the Prolcatin level thus far.
Seizures are increased slightly again this year.  Remains on Depakote with
therapeutic blood levels.
Synthroid increased from 50 to 75 mcg daily on 6-3-04 due to TSH 12.70;
subsequent TSH on 7-29-04 was 4.02.  Pulse ranges 88-94.
Remains on a 1500 calorie diet with a slight negative weight gain during the past
year.
Remains on prunes and Senokot for constipation, with PRN enema needed rarely.
Annual physical exam by Dr. Chung on 11-23-04.


V.   HEALTH GOALS:

HEA #1 Monitor effectiveness/adverse effects of psychotropic medications.

HEA #2 Early recognition and intervention for changes in seizure pattern.

HEA #3 Facilitate bowel elimination to two to three weekly.


VI.  PLACEMENT RECOMMENDATIONS:

     ICF/MR next 3-5 years.



                              _Susanne Lambert_ 12/15/04
                              Susanne Lambert BSN, RN, CDDN