IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and )
legal guardians, Sean and Elise Duffy, )
)
Plaintiff, )
) NO. 1:05-CV-127 GMS
v. )
)
VINCENT MECONI, Secretary, Delaware )
Department of Health & Social Services, )
in his official capacity, et al., )
)
Defendants.

## AFFIDAVIT OF MARC GOLDMAN, M.S.

1.    I am a licensed psychologist practicing in North Carolina. My office is

located in Durham, North Carolina, however, I travel throughout the state and the country

to assess patients, prescribe treatment, formulate behavioral plans and provide training.

Among other areas, I specialize in developing support and intervention plans for

individuals with developmental disabilities who have challenging behaviors. I have been

in private practice since 2000. A copy of my resume is attached hereto as Exhibit A.

2.    I have worked under contract with Carobell, Inc. for 1 year and have

examined residents of Carobell's group home in Hubert, North Carolina on a regular

basis.

3.    On November 14, 2005, I evaluated Marianne Duffy to assist Carobell

staff in the development of her Individualized Habilitation Plan and a behavioral plan.

4.    A true and correct copy of the Psychological Report I wrote after that

evaluation is attached hereto as Exhibit B. This report was made near the time of the

evaluation. I make such reports as part of my regular business.

5.    Marianne has Autistic Disorder, is blind, has a seizure disorder and has profound mental retardation. Her level of functioning in communication is less than that of a three year old. With regard to interpersonal relationships, her functional level is approximately that of a one month old infant. See Psychological Report, p. 4.

6.    I based my report on my observations and interactions with Marianne, as well as records documenting Marianne's behavior and interviews with members of the Carobell staff. It is typical in my practice, and in my profession in general, to base my reports upon such records and interviews.

7.    Marianne engages in self-injurious behavior, such as head banging, that is likely to seriously injure her. She often engages in this behavior without warning. She also screams, tears her clothes and engages in rectal and vaginal digging on a regular basis.

8.    Because of her low functional level and her challenging behaviors, she requires constant supervision so that she doesn't injure herself. She could not be safe for any length of time without the level of care and support that is provided by Carobell or a similar facility. She could not live safely in a private home with untrained family members or other individuals for even a day.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___//___ day of May, 2006.

_____
Marc Goldman

# MARC GOLDMAN

2310 Snowcrest Trail Durham NC 27707   (919) 419-8948  (919) 308-9769
Goldmarc@prodigy.net
North Carolina Psychological Associate License Number 2261

## Professional Experience

### Private Practice
Durham, North Carolina / July 1 2000 to present

- **Assessment and treatment** plan development of individuals with intellectual disabilities at risk of criminal offending. Evaluation, group and individual treatment of individuals at risk of sexually aggressive and other criminal behavior.
- **Evaluation and treatment** plan development of people having intellectual impairment who engage in challenging behavior.
- **Develop** individualized support and intervention plans for individuals engaging in challenging behavior
- **Treatment** of individuals with intellectual disabilities
- **Staff education** and training.
- **Expert opinion** rendered on individuals with intellectual disabilities

### Forensic Services Administrator      TheraEd
Durham, North Carolina / June 1998 to June 30, 2000

- **Evaluate** individuals who have developmental delay and have engaged in criminal behavior.
- **Consult** with service providers and recommend treatment and security needs based on assessment. Recommend policy revision/creation to Thomas S. Section.
- **Educate** professionals in human services and criminal justice concerning the issues and treatment needs of individuals who have intellectual impairment and mental health needs that have committed criminal offences or appear capable of such acts. Present information sessions and daylong workshops on assessment and treatment of people who have developmental delay.
- **Develop** an information resource base.

### Psychologist Administrator      Alton Mental Health and Developmental Center
Alton, Illinois / January 1990 to January 1998

- **Interact** with criminal justice system to create an understanding of client strengths and limitations in order to impact the current state of client's legal status.
- **Supervise** detailed data collection system and a multidisciplinary team approach in diagnosing and treating mentally retarded adults with mental health needs.
- **Supervise** clinical treatment of forensic unit for individuals who have developmental disabilities and mental health needs.

### Adjunct Faculty      Lewis and Clark Community College
Godfrey, Illinois / August 1987 to August 1997

- **Educate** students in the areas of general psychology and child development.

## Psychologist                    Beverly Farm Foundation
Godfrey, Illinois / 1987 to 1990
- **Focused** on the treatment of aggressive and self injurious behaviors of people with developmental delay, substantially lowering the percentage of clients requiring psychotropic medications and mechanical restraints; Conducted functional analysis resulting in move from behavior suppression to training of adaptive behavior.

## Program Director                 Madison County Mental Health Center
Alton, Illinois / 1981 – 1987
**Established** family support group that evolved into a chapter of the Alliance for the Mentally Ill and the Manic-Depressive Association of Alton.
- **Conducted** cognitive behavioral and psycho-educational therapy groups.
- **Supervised** psychiatric day hospital for chronically mentally ill patients.

## Therapist                        Children's Center for Behavioral Development
East St. Louis, Illinois / 1977 to 1981
- **Developed** and implemented experiential summer education program for behaviorally disordered adolescents designed to increase self-control and self-esteem.
- **Treated** adolescents with individual, group, and family modalities.

## Publications

Forensic and psychosexual assessment. *In press.* In Mulick & Rojahn (Eds.) Jacobson's Handbook of MRDD

Supporting sexually aggressive individuals in the community (2001). The NADD Bulletin November/December (5) 6, pp. 108 - 112.

Inappropriate sexual behavior: Inherent or taught? (2002). In D. Griffiths, D. Richards, P. Federoff, & S. Watson, S. (Eds.), Ethical dilemmas: Sexuality and developmental disability (pp. 331-354). Kingston, New York: NADD PRESS.

Systematic treatment of criminal offenders having developmental delay (2001). The NADD Bulletin May/June (4) 3, pp. 56-57.

When people with complex disabilities break the law: Forensic issues and solutions. (1999). The NADD Bulletin March/April (2) 2, pp. 23-26.

The criminal justice system vs. the criminal mentally retarded: Is justice being served? (1997). The NADD Newsletter November/December (14) 6.

## Affiliations

**NADD: An association for persons with developmental disabilities and mental health needs**
Board Member November 1999- October 2005
Treasurer November 2000-2001
Co-chair NADD Annual Conference 2001
Co-chair NADD Annual Conference 2005
NADD Executive Committee 2000-2001
NADD Policy Committee
NADD Membership Committee
NADD Finance Committee 2000-2001
Coordinator- NADD Forensic Special Interest Group

**American Association on Mental Retardation**

**Association for the Treatment of Sexual Abusers**

**Nathan-Levitt Planning Committee**
addressing the training needs of intellectually impaired adults
residing in Illinois state psychiatric hospitals

**Active Treatment Committee**
to improve treatment services to all clients in Illinois state hospitals

**Facility Champion / Liaison**
liaison between facility and Rehabilitation Department of University of Chicago
to establish psychosocial treatment programs in Illinois state facilities

## Education
**M.S., Community / School Psychology**
Southern Illinois University at Edwardsville, Edwardsville, Illinois 1981

**B.S., Psychology**
University of Missouri-St Louis 1975

## Presentations and Workshops

The following is a partial list of trainings that have been given to attendees by Marc Goldman

**NADD 22nd Annual Conference**
"Supporting Individuals at Risk of Unlawful Behavior"
St. Louis, MO. October 28, 2005

**Washington Behavioral Healthcare Conference**
"Supporting People with Intellectual Disabilities at Risk of Unlawful Behavior"
Yakima, Washington, June 23, 2005

4

**NADD Spring Teleconference Series**
"Supporting Individuals at Risk of Criminal Behavior"
April 26, 2005

**Best Practices in Community Supports Conference**
"Supporting People at Risk of Unlawful Behavior"
Greensboro, North Carolina, April 19, 2005

**Best Practices in Community Supports Conference**
"Crisis Prevention and Management" One day workshop
Greensboro, North Carolina, April 18, 2005

**Developmental Disabilities Training Institute**
"Crisis Prevention and Management" One day workshop
Asheville, North Carolina, March 15, 2005

**Developmental Disabilities Training Institute**
"Crisis Prevention and Management" One day workshop
New Bern, North Carolina, February 23, 2005

**NADD 21st Annual Conference**
"Supports for Criminal Offenders with Intellectual Disabilities"
Vancouver, British Columbia, October 28 2004

**The International Certificate Programme in Dual Diagnosis**
"Supporting Individuals at Risk of Criminal Behavior"
1/2 day workshop
Brock University, St. Catherine, Ontario, Canada
June 10, 2004

**NADD Teleconference**
"Supporting Individuals at Risk of Criminal Behavior"
Teleconference workshop
May 14, 2004

**NADD 20th Annual Conference**
"Dangerous Concerns: Supporting Those at Risk of Criminal Behavior."
1/2 day Pre-Conference Symposium
Chicago, IL. October 22, 2003

**Metropolitan St. Louis Psychiatric Center**
"Determining and Implementing Reasonable Accommodations for the Offender with Mental Retardation."
St. Louis, MO, October 10, 2003

**St. Clair County Community Mental Health**
"Dually Diagnosed Criminal Offenders: Supporting People with Mental Retardation/Mental Illness who
Engage in Criminal Behavior."

One and one-half day workshop
Port Huron, Michigan, September 24-25, 2003

**CLAMR**
"Supporting Criminal Offenders: Assessment and Treatment of Sexual and Other Criminal Behavior"
One-day workshop
Fredericksburg, VA, September 18, 2003

**NADD 19th Annual Conference**
"Supporting Sexually Aggressive Individuals in the Community"
Co-presenter
Denver, Colorado, October 25th, 2002

**NADD 19th Annual Conference**
"Supporting Individuals at Risk of Criminal Behavior"
Denver, Colorado, October 25th, 2002

**Region IX AAMR**
"Supporting People at Risk of Criminal Behavior"
3 hour Workshop
Martinsburg, West Virginia, October 21, 2002

**CLAMR**
"Supporting People at Risk of Criminal Behavior"
3 hour Workshop
Fredericksburg, VA, August 22, 2002

**AAMR 126th Annual Meeting and Exhibit Show**
"Understanding and Supporting People Who Break the Law: Assessment and Treatment of Sexual and
Other Criminal Behavior"
½ day Pre-Conference Workshop
Orlando, Fla., May 28, 2002

**Welland District Association for Community Living**
Two Panels and brief (20 minutes) presentation
Niagara Falls, Ontario, May 6-7, 2002

**Special Offenders Coalition**
"Positive Supports for People Who Break the Law"
Colorado Springs, CO, April 24, 2002

**South Carolina Regional Conference**
"Understanding and Supporting People Who Break the Law"
Columbia, SC, March 22, 2002

**2002 Office of Mental Retardation Statewide Convention**
"Assessment and Treatment of Criminal Behavior"
Half-day workshop
Hershey, PA, February 6, 2002

**"Assessment And Treatment of Criminal Behavior In People Having Developmental Disabilities"**
One day workshop.
Portland, MA. November 2, 2001

**NADD 18th Annual Conference & Exhibit Show**
"Designing Positive Behavioral Supports for People Who Have Broken the Law"
Breakfast Consultation, New Orleans, LA, October 26, 2001

**CLAMR**
"Assessment and Treatment of Criminal Behavior in People Having Developmental Disabilities, Part 1, II, & III."
Fredericksburg, VA, September 20, 2001

**1st Annual Midwest Institute on Dual Diagnosis**
"Assessment and Treatment of Criminal Behavior in People Having Developmental Disabilities, Part I & II"
Columbus, OH, August 2, 2001

**The 8th Annual Institute on Dual Diagnosis**
'Assessment and Treatment of Criminal Behavior in People Having Developmental Disabilities, Part I & II."
Plenary Session, "He Did What? He Did It Where?"
Raleigh, NC, June 7, 2001

**The Office of Mental Retardation Dual Diagnosis Forum**
"Assessment and Treatment of Sexual and other Criminal Behavior in People Having Developmental Disabilities"
New Cumberland, PA, May 16, 2001

**First Annual Pacific Northwest Conference on Dual Diagnosis**
"Assessment and Treatment of Criminal Behavior in People Having Developmental Disabilities"
Portland, Oregon, May 10, 2001.

**Third Annual Consensus Conference on Behavioral and Mental Health Supports**
"Assessment and Treatment of Sexual and Other Criminal Behavior in People Having Developmental Delay" One day workshop.
Nashville, TN., April 3, 2001.

**Thirteenth Annual Case Management Conference**
"Treatment of People Having Developmental Delay Who are at Risk of Involvement with the Criminal Justice System."
Winston-Salem, North Carolina, November 8, 2000.

**Bridging the Gap, Mental Health/Mental Retardation**
"Systematic Treatment of Criminal Offenders Having Developmental Delay."
San Francisco, California, November 2, 2000.

**Idaho State School and Hospital**
"Assessment and Treatment of Sexual and Other Criminal Behavior in Individuals with Developmental Delay"
"The Big Picture: Application of the Multimodal Approach to Criminal Behavior"
Nampa, Idaho, September 29,2000.

**The 2000 Institute on Dual Diagnosis**
Breakfast Consultation
Chapel Hill, NC, August 18, 2000.

**Building Bridges Between Systems: Offenders With Developmental Disabilities In The Criminal Justice and Community Service Systems**
"Assessment and Treatment of Sexual and Other Criminal Behavior in Individuals with Developmental Delay"
Greenville, North Carolina, May 24, 2000.

**Welland District Association for Community Living Fifth Annual Conference**
"Essential Components of Fitness Restoration"
Niagara Falls, Ontario, May 18 2000.

**Building Our Future Now: North Carolina Self Advocacy Convention**
"Your Rights with the Police"
Winston-Salem, North Carolina April 1, 2000

**Dimensions**
"Assessment and Treatment of the Developmentally Delayed Criminal Offender" One day workshop
Columbus, Ohio, March 30, 2000.

**Ohio Supported Living Association 2nd Annual Conference**
"Assessment and Treatment of the Developmentally Delayed Criminal Offender" One day workshop
Columbus, Ohio, March 6, 2000.

**Presidents Committee on Mental Retardation and Reaching Up Foundation Conference on Poverty and Disability: A Call to Action**
"Assessment and Treatment of Criminal Offenders Having Developmental Delay"
Manhattan, New York, February 22, 2000.

**East Carolina University School of Medicine Grand Rounds**
"Assessment and Treatment of the Developmentally Delayed Criminal Offender"
Greenville, North Carolina, February 10, 2000.

**Assessment and Treatment of Mental Health Concerns in Persons with Developmental Disabilities: NADD Regional Conference**
"Assessment and Treatment of Sexual and Other Criminal Behavior"
Columbia, South Carolina, December 10,1999.

**NADD 16th Annual Conference**
 "Treatment Considerations for Criminal Offenders Who Have Developmental Delay"
Niagara Falls, Ontario, Canada, November 12 1999.

**Dimensions**
"The Big Picture: Application of the Multimodal Intervention Plan." Daylong workshop.
 Columbus, Ohio, September 15, 1999.

**Dorothea Dix State Hospital**
"Behavior and Treatment of the Thomas S. Client."
Raleigh, North Carolina, September 8 1999.

**The North Carolina Deputy Clerks of Court Conference**
"The Offender who has Developmental Delay: Making Accommodations."
Greensboro, North Carolina, August 11 1999.

**The 1999 Institute On Dual Diagnosis**
 "Assessment and Treatment of Sexual and Other Criminal Behavior." Day long pre-conference workshop.
Chapel Hill, North Carolina, July 27, 1999.

**National Association for the Dually Diagnosed (NADD), 15th Annual Conference**
"When People with Complex Disabilities Break the Law: Forensic Issues and Solutions"
 Albuquerque, New Mexico, November 5, 1998.

**The 1998 Institute on Dual Diagnosis**
"When People with Complex Disabilities Break the Law: Forensic Issues And Solutions Parts 1 & 2"
Chapel Hill, North Carolina July 1998.

**Welland District Association for Community Living Third Annual Conference** "Inappropriate Sexual
Behavior: Inherent or Taught"
 Niagara Falls, Ontario May 13,1998.

**Inside/Outside: Forensic Considerations for Individuals with Mental Retardation And Mental Health
Needs"**
 Daylong workshop,
Hickory, Wilson, & Smithton, North Carolina, January 28, 29, & 30 1998.

**NADD PRE-CONFERENCE SYMPOSIA**
" Vulnerability of Persons with Mental Illness and Mental Retardation: Rethinking Criminal Justice
Systems."
 Baltimore, Maryland, November 19, 1997


**NADD, 14th ANNUAL CONFERENCE**
"The Criminal Justice System Vs. The Offender or Suspect Who Is Developmentally Disabled: Is Justice
 Being Served?"
 Baltimore, Maryland, November 20, 1997.

**The 1977 Institute on Dual Diagnosis**

"The Criminal Offender with Mental Retardation V The Criminal Justice System: Is Justice Being Served?"
Chapel Hill, North Carolina, July 31 1997.

**National Association for the Dually Diagnosed, 13th Annual Conference**
"Treatment of Criminal Offenders with Dual Diagnosis"
Vancouver, British Columbia, November 14 1996.

**Technical Assistance and Training Annual Conference**
 "Treatment of the Criminal Offender with Dual Diagnosis."
 Kankakee, Illinois, September 1996.

**Washington University School of Medicine Grand Rounds**
"Diagnosis, Treatment, and Response Evaluation of Individuals with Mental Retardation and Mental Health
Needs"
 St. Louis, Missouri, October 1996.

**National Institute on Dual Diagnosis**
"Treating the Mentally Retarded Offender."
Charlotte, North Carolina, August 1996.

**Mini-Institute On Dual Diagnosis**
"Treating The Mentally Retarded Offender" "Multi-Disciplinary Treatment of Aberrant
 Behavior"
Sandusky, Ohio, August 16 1996.

 **6th Annual Texas Forensic Mental Health Conference:**
"Treatment of the Mentally Retarded Offender with Mental Health Needs"
 Vernon, Texas, April 25 1996.

**Mendota Mental Health Institute:**
"Treatment of the Mentally Retarded Adult with Mental Health Needs"
 Daylong workshop.
Madison, Wisconsin, March 29 1996.

**National Association of the Dually Diagnosed, 12th Annual Conference:**
"Treatment of the Mentally Retarded Offender with Mental Health Needs:
 Orlando, Florida, November 30, 1995.

**Illinois Chapter of the American Association on Mental Retardation:**
"Treatment of the Mentally Retarded Offender with Mental Health Needs"
 Niles, Illinois, October 18 - 20 1995.

**State Mental Health Forensic Directors 16th Annual Conference:**
"Treatment of the Mentally Retarded Offender with Mental Health Needs"
 Madison, Wisconsin, September 18 - 20 1995.

**First Congress of the European Association for Mental Health in Mental Retardation:**
"Treatment of the Mentally Retarded Offender with Mental Health Needs"
 Amsterdam, The Netherlands, September 13 - 16 1995.

## Psychological Report

**Name:** Marianne Shannon Duffy
**Date of Birth:** 3/6/73
**Age:** 32
**Record #:** 172622701

**Date of Evaluation:** 11/14/05
**Date of Report:** 11/26/05
**Examiner:** Marc Goldman, M.S.

**Reason for Referral:** Alex Shreve, QMRP Carobell, referred Ms. Duffy for evaluation to assist in development of her Individualized Habilitation Plan.

**Background Information:** Background information was obtained from Ms. Duffy's record. Please refer to the record for additional information. Records indicate that Ms. Duffy was diagnosed with Corneal Opacification shortly after her birth. Full term pregnancy and birth was uncomplicated. Developmental history was not available except that records report that "developmental delays were also observed." At three years of age, she lost most of her speech and signs of Autistic Disorder were observed. At eleven years of age, Ms. Dufy was hospitalized due to "severe self-injurious behavior." She was prescribed trials of several psychotropic medications and had her first seizure when Haldol was being titrated down. Ms. Duffy was admitted to Carobell in January 1994. An MRI in May 1998 revealed mild diffuse cerebral and cerebella atrophy. Per Ms. Duffy's IHP dated 12/16/04 and her Annual Health Summary (12/15/04), she is diagnosed as having:

Axis I: Autistic Disorder
      Stereotypic Movement Disorder with Self-Injurious Behavior
      Impulse Control Disorder
      Psychotic Disorder
Axis II: Profound Mental Retardation
Axis III: Seizure Disorder
      Blindness
      Corneal Opacification
      Chronic Constipation
      Hypothyroidism

Ms. Duffy has a history of challenging behaviors including self-injurious behavior, clothes shredding, and rectal and vaginal digging. She is prescribed Tranxene and Luvox to assist in reducing the frequency of challenging behaviors. Records report "psychotic behaviors of "inappropriately smiling, laughing out loud, screaming and self-injurious behavior."

2

**Previous Test Results:**
12/29/00 *Bayley Scales of Infant Development-Second Edition;* Estimated Developmental
Age = between 19 months, 16 days and 21 months, 15 days

11/30/04 *Vineland Adaptive Behavior Scale;*

| Subdomain/Domain | Standard Score | Age Equivalent |
|---|---|---|
| Receptive | | 3 years, 11months |
| Expressive | | 1 year, 2 months |
| Written | | --- |
| Communication | <20 | |
| Personal | | 3 years, 10 months |
| Domestic | | 4 years, 1month |
| Community | | 1 year, 5 months |
| Daily Living | <20 | |
| Interpersonal Relationships | | Less than 1 month |
| Play & Leisure Time | | 2 months |
| Coping | | --- |
| Socialization | <20 | |

**Tests Administered:** Vineland Adaptive Behavior Scales-II: Survey
Interview Form
Review of selected records
Collateral interviews
Clinical observations

**Behavioral Observations:** Ms. Duffy was observed at her residence. She initially did not
appear to respond to this writers attempt to engage her. On a subsequent attempt, she
handed this writer pegs that she had been manipulating. She continued to hand over the
pegs despite this writer requesting that she stop after the interaction had continued for
several minutes.

**Test Results and Interpretation:** Adaptive behavior concerns how people cope with the
natural and social demands of their environments. The Vineland Adaptive Behavior
Scales: Survey Interview Form is a measure of personal and social skills needed for
everyday living. The instrument consists of sub-tests (Domains) that assess the
individual's skills in Communication, Daily Living Skills, and Socialization. Within each
category there are Subdomains that measure more specific skill areas. The instrument
was completed through interview with Denise Childs, Senior Habilitation Technician
Carobell. Ms. Duffy's performance, in part, is represented below.

02/22/06  09:56 FAX 8703289934    CAROBELL INC    ☑004

3

| Subdomain/Domain | Standard Score | Age Equivalent | Adaptive Level |
|---|---|---|---|
| Receptive | | 1 year, 5 months | Low |
| Expressive | | 4 months | Low |
| Written | | ------- | Low |
| Communication | 21 | | |
| Personal | | 2 years, 4 months | Low |
| Domestic | | 2 years, 11 months | Low |
| Community | | Less than 1 month | Low |
| Daily Living | 21 | | |
| Interpersonal Relationships | | 1 month | Low |
| Play & Leisure Time | | 4 months | Low |
| Coping | | 1 year, 1 month | Low |
| Socialization | 20 | | |
| Adaptive Behavior Composite | 20 | | Low |

Ms. Duffy is functioning within the Profound Range of Adaptive Deficits.

Ms. Duffy has limited communication skills. She will say "momma" and will shake her head to indicate yes or no. She will sign bathroom, more, finished, and please. She will clap her hands to request that others sing. Given adequate processing time, she can follow simple requests. Ms. Duffy feeds herself with an adapted plate and spoon. When she is wet or soiled, she will typically rip her clothing. When angry, Ms. Duffy will make facial grimaces, scream, throw objects, and engage in self-injurious behavior.

Ms. Duffy engages in self-injurious behavior, screaming, clothes tearing, and rectal and vaginal digging. Documented behavioral frequencies for May 05 through October 05 are as follows:

| | May | June | July | August | September | October | Monthly Average |
|---|---|---|---|---|---|---|---|
| Self-injurious behavior | 61 | 1 | 7 | 41 | 28 | 23 | 26.8 |
| Rectal digging | 4 | 11 | 1 | 4 | 5 | 18 | 7.2 |
| Clothes destruction | 0 | 0 | 0 | 0 | 3 | 11 | 2.3 |
| Screams | 0 | 4 | 59 | 331 | 195 | 53 | 107 |

Interviews with support professionals indicate that challenging behaviors serve a variety of functions including escape from undesirable conditions, expression of anger/frustration, and self-stimulation. A new behavior support plan is currently being developed in collaboration with support professionals familiar with Ms. Duffy.

**Summary and Recommendations:** Marianne Shannon Duffy is a thirty-two year old woman that appears to be functioning within the Profound Range of Mental Retardation. She engages in challenging behaviors under a variety of conditions and such behaviors

4

appear to serve multiple functions. The support team should consider the following recommendations:

1. The team should consider developing a functional goal of training Ms. Duffy to put her coat and backpack in her room upon returning from her day program. This is most likely to succeed if reinforcers are used (i.e. low calorie edibles) to encourage the behavior. The reinforcer could be faded when the task is mastered.

2. Ms. Duffy's new support plan should include a functional analysis of challenging behaviors as well as proactive interventions designed to reduce the likelihood of challenging behaviors. Note that this process is currently underway.

*Marc Goldman* 11/26/05

Marc Goldman, MS
Licensed Psychological Associate