**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, ) ) ) | |
| Plaintiff, ) ) | NO. 1:05-CV-127 GMS |
| v. ) ) | |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., ) ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DISCLOSURES**
**PURSUANT TO F.R.C.P 26(a)(2)(A)**

Pursuant to D. Del. LR 5.4 (a), I hereby certify that on June 1, 2006, I caused a copy of Plaintiff's Expert Disclosures Under Federal Rule of Civil Procedure 26(a)(2)(A) to be served on Defendants' counsel by hand delivery to the following address:

> Noel C. Burnham
> Montgomery, McCracken, Walker & Rhoads
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801.

> */s/ MaryBeth Musumeci*
> MaryBeth Musumeci (#4128)
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 W. 10th Street, Suite 801
> Wilmington, DE 19801
> (302) 575-0660, ext. 228
> (302) 575-0840 fax
> mmusumeci@declasi.org
> Attorney for Plaintiff