**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> | ) ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2006, upon consideration

of Plaintiff's Motion for Summary Judgment, and the supporting and opposing submissions filed

by the parties, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.