**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. ) ) ) ) | |
| Defendants. ) | |

**CERTIFICATION OF SERVICE**

On June 12, 2006, I arranged for 2 copies of the attached pleading previously electronically served upon the following to be served by first class U.S. mail, postage pre-paid:

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 North Columbia Street
Chapel Hill, NC 27516

Daniel G. Atkins, Esquire
MaryBeth Musumeci
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Service Building
100 West 10th Street, Suite 801
Wilmington, DE 19801


Dated: June 12, 2006

      */s/ Noel C. Burnham*
Noel C. Burnham (#3483)
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7890