**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-CV-127-GMS |
| ) | |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> )<br>)<br>)<br>) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF SERVICE**

On July 7, 2006, I arranged for 2 copies of the attached pleading previously electronically served upon the following to be served by first class U.S. mail, postage pre-paid:

| | |
|---|---|
| Jane Perkins, Esquire | Daniel G. Atkins, Esquire |
| Sarah Somers, Esquire | MaryBeth Musumeci |
| National Health Law Program | Community Legal Aid Society, Inc. |
| 211 North Columbia Street | Disabilities Law Program |
| Chapel Hill, NC 27516 | Community Service Building |
| | 100 West 10th Street, Suite 801 |
| | Wilmington, DE 19801 |

Dated: July 7, 2006

                                                          */s/ Noel C. Burnham*
                                                     Noel C. Burnham (#3483)
                                                     Montgomery, McCracken, Walker
                                                     & Rhoads, LLP
                                                     300 Delaware Avenue, Suite 750
                                                     Wilmington, DE 19801
                                                     Tel: (302) 504-7890