# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 1:05-CV-127 GMS ) ) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed Plaintiff's Supplemental Answers to Defendants' First Set of Interrogatories – Corrected with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Noel C. Burnham
>Montgomery, McCracken, Walker & Rhoads
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>nburnham@mmwr.com.

>*/s/ MaryBeth Musumeci*
>MaryBeth Musumeci (#4128)
>Disabilities Law Program
>Community Legal Aid Society, Inc.
>100 W. 10th Street, Suite 801
>Wilmington, DE 19801
>(302) 575-0660, ext. 228
>(302) 575-0840 fax
>mmusumeci@declasi.org
>Attorney for Plaintiff