IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, September 11, 2006, I caused two true and correct copies of **Defendants' Proposed Findings of Fact and Conclusions of Law** to be served upon the following individuals at the addresses shown in the manner described:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE 19801
(*via First Class mail*)

Attorneys for Plaintiff

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27516
(*via First Class mail*)

Attorneys for Plaintiff

/s/ Richard G. Placey
Richard G. Placey (DE Bar I.D. No. 4206)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7800