**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 1:05-CV-127 GMS ) ) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, I electronically filed Plaintiff's Proposed Findings of Fact and Conclusions of Law with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Noel C. Burnham
> Montgomery, McCracken, Walker & Rhoads
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801
> nburnham@mmwr.com.

> */s/ MaryBeth Musumeci*_____
> MaryBeth Musumeci (#4128)
> Disabilities Law Program
> Community Legal Aid Society, Inc.
> 100 W. 10th Street, Suite 801
> Wilmington, DE 19801
> (302) 575-0660, ext. 228
> (302) 575-0840 fax
> mmusumeci@declasi.org
> Attorney for Plaintiff