## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARIANNE DUFFY, by her parents and )
legal guardians, Sean and Elise Duffy, )
                                     )
         Plaintiff, )
                                     )     NO.  1:05-cv-127 GMS
    v. )
                                     )
VINCENT MECONI, Secretary, Delaware )
Department of Health & Social Services, )
in his official capacity, )
                                     )
MARIANNE SMITH, Director, Division of )
Developmental Disabilities Services, )
in her official capacity, )
                                     )
ELAINE ARCHANGELO, Director, Division )
of Social Services, in her official capacity, and )
                                     )
HARRY HILL, Director, Division of Medicaid )
and Medical Assistance, )
                   Defendants. )

### AFFIDAVIT OF MARYBETH MUSUMECI

**STATE OF DELAWARE)**
                  **SS:**
**NEW CASTLE COUNTY)**

BE IT REMEMBERED, that on this  25th day of September, 2007, personally

appeared before me, a Notary Public for the State and County aforesaid, MaryBeth

Musumeci ("Affiant"), who, being by me duly sworn according to law, did depose and

say:

**Exhibit A**

## I.    Background and Experience

1.    I am the Deputy Legal Advocacy Director at the Disabilities Law Program ("DLP") of Community Legal Aid Society, Inc. ("CLASI"). The DLP has been designated by the Governor of Delaware to be the Protection and Advocacy Program for Individuals with Developmental Disabilities in the State of Delaware since the mid-1970's. The DLP is statutorily authorized to advocate the rights of all individuals with developmental disabilities and/or mental illness in Delaware and appears regularly in the courts of Delaware, including the District Court, to advance the rights of individuals with disabilities.

2.    I graduated in 1996 with Highest Honors from Douglas College, Rutgers University, where I was Valedictorian. I subsequently graduated from Harvard Law School in 1999. Following law school, I was an Independence Foundation Public Interest Law Fellow at Delaware County Legal Assistance Association in Chester, Pennsylvania for one year where I focused on public benefits issues on behalf of poor people. I then clerked in the Family Court of the State of Delaware for one year. I next worked for five years as a staff attorney at the DLP representing adults and children with developmental disabilities in a variety of courts and administrative tribunals, with an emphasis on Medicaid advocacy. For the last fifteen months, I have been the DLP Deputy Legal Advocacy Director. In my current role, I maintain a reduced caseload and share responsibility with the DLP Legal Advocacy Director for overseeing all impact litigation and supervising and managing staff throughout the state.

3.    I have represented hundreds of people with disabilities in federal and state courts and administrative tribunals in Delaware. For example, I was co-counsel in *Arc of*

2

**Exhibit A**

*Delaware et al. v. Meconi, et al.*, a putative class action in the District Court seeking residential placement and other home and community-based services for adults with developmental disabilities pursuant to the Medicaid and Americans with Disabilities Acts. *See*, 2005 WL 3657319 (awarding $215,938.60 in attorney's fees to plaintiffs, including over $60,000.00 to DLP). I also was counsel in *Fred-Perez v. Barnhart*, 450 F.Supp.2d 461 (D. Del. 2006) (reversing and remanding administrative law judge's decision to deny Supplemental Security Income benefits to childhood applicant; stipulated attorney's fees award of $4,750.00 pursuant to Equal Access to Justice Act) and *Urban v. Meconi*, --- A.2d ---, 2007 WL 2285864 (Del. Supr. 2007) (reversing the Delaware Medicaid program's denial of services prescribed for a childhood Medicaid beneficiary).

4.      I am also an Adjunct Professor at Widener University Law School where I teach Public Benefits Law. I have authored and co-authored two law review articles emanating from my advocacy.

5.      A copy of my current curriculum vitae is attached to this affidavit.

**II.      Time Records and Documentation**

6.      I have recorded all of my activities in this matter contemporaneously on a computerized time keeping system. On those occasions when I was working outside of my office, I recorded the activity immediately upon my return to the office.

7.      A copy of the log detailing the time I have worked on this case is attached to this affidavit.

**Exhibit A**

### III.    Reasonable Hourly Rate

8.    My 2005-2007 billing rate is $215.00 per hour. I have reached this figure by referencing the Community Legal Services of Philadelphia's 2006 Attorneys Fees Schedule of Hourly Rates, which is posted on its website at www.clsphila.org. I have placed myself at the mid-point of the category for attorneys with 6-10 years of experience. Upon information and belief, the Schedule of Hourly Rates was developed after research concerning prevailing market rates for similar services by lawyers of comparable skill and experience.

9.    My 2003-2004 billing rate of $160.00 per hour based upon the Community Legal Services of Philadelphia's 2001 Attorneys Fees Schedule of Hourly Rates was accepted by the District Court in its *Arc v. Meconi* fee award opinion. *See*, 2005 WL 3657319.

### IV.    Lodestar

10.    I have exercised reasonable billing judgment to reduce my time in this case to account for duplication of effort with co-counsel and to ensure that I am not seeking reimbursement for activities that should not be recoverable. I calculated my lodestar by multiplying my current hourly rate times the reduced number of hours spent on this litigation. I believe that my current rate is a fair and reasonable one. I am seeking reimbursement for 50.9 hours at my 2003-2004 rate of $160.00 per hour, which equals $8,144.00. I am seeking reimbursement for 313.1 hours at my 2005-2007 rate of $215.00 per hour, which equals $67,316.50. The total amount of fees for which I seek reimbursement is $75,460.50.

4

**Exhibit A**

11.    CLASI is a non-profit, public interest law firm organized under §501(c)(3) of the Internal Revenue Code.  Therefore, any fee awarded for my work will be paid directly to CLASI and used to support legal assistance to other individuals who are poor and/or disabled.

*MaryBeth Musumeci*

MaryBeth Musumeci

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

*Cynthia L. Stepura*

Notary Public

5

**Exhibit A**

Time Record of MaryBeth Musumeci
*Duffy v. Meconi*, 05-127-GMS

| Date | Activity[1] | Time |
|------|-------------|------|
| 7/22/03 | Initial phone call with Duffys | 0.5 |
| 7/23/03 | T/c with Elise Duffy re: appt scheduling | 0.2 |
| ~~7/23/03~~ | ~~TCT JP; TCT Ann Woolfolk re: DSS appeal from DDDS decision~~ | ~~0.2~~ |
| 8/1/03 | T/c w/ JP to discuss case | 0.5 |
| 8/5/03 | Legal research re: right to travel | 1.0 |
| ~~8/6/03~~ | ~~Conference with DGA to prepare for interview with Duffys~~ | ~~0.6~~ |
| 8/13/03 | Review file, meet with Duffys | 1.9 |
| 8/19/03 | Review DGA's fact memo to file | 0.4 |
| ~~8/19/03~~ | ~~Organize file~~ | ~~0.1~~ |
| 9/3/03 | Legal research re: right to travel | 3.2 |
| 9/4/03 | T/c with JP to discuss case/research | 0.5 |
| 9/12/03 | Email to Phil Soule; T/c with DDDS worker | 1.2 |
| 9/15/03 | Legal research re: DE state MA plan/HCBS waiver | 1.1 |
| 9/22/03 | T/c with JP; CC DGA; Email JP re: legal research/case posture | 1.1 |
| 9/22/03 | Draft letter to Phil Soule seeking a meeting on this issue | 0.6 |
| 9/23/03 | Revise letter to Phil Soule | 0.4 |
| 9/24/03 | Revise letter to Phil Soule; Ltr to Duffys | 0.5 |
| ~~10/22/03~~ | ~~Email with JP re: legal research/meeting with Phil Soule~~ | ~~0.1~~ |

---

[1] JP = Jane Perkins, SJS = Sarah Somers, DGA = Dan Atkins. Strikeout entries denote time recorded but not claimed.

**Exhibit A**

| | | |
|---|---|---|
| 10/29/03 | Prepare for meeting with Phil Soule | 0.8 |
| 11/3/03 | Email to JP re:  update on meeting with Phil Soule; finalize follow up ltr to Phil Soule | 0.3 |
| 11/5/03 | Emails w/ JP re:  right to travel research project | 0.2 |
| 11/6/03 | Email to JP with DSSM provision on HCBS waiver administration | 0.6 |
| 12/5/03 | Legal research on right to travel | 1.0 |
| 1/13/04 | Legal research on right to travel | 1.0 |
| 1/27/04 | Legal research on right to travel | 1.1 |
| 3/11/04 | Read cases for research memo | 5.0 |
| 3/15/04 | Research  cases from federal regulation keycite | 0.5 |
| 3/16/04 | Read cases/begin drafting memo on right to travel claim | 7.0 |
| 3/17/04 | Drafting right to travel research memo | 1.3 |
| ~~3/31/04~~ | ~~Emails with W.Va. p&a re:  similar issue~~ | ~~0.3~~ |
| 4/1/04 | Drafting right to travel research memo | 3.5 |
| 4/2/04 | Revise research memo | 0.5 |
| 4/7/04 | Final revision of right to travel memo | 2.2 |
| 6/2/04 | Draft status ltr to Duffys | 1.0 |
| 6/7/04 | Finalize status ltr to Duffys | 0.2 |
| 7/27/04 | Emails with JP re:  case strategy | 0.2 |
| 7/27/04 | Read Wisc right to travel case, emails with JP re:  same | 0.7 |
| 7/31/04 | Conference with JP re:  case strategy | 0.7 |
| ~~9/28/04~~ | ~~VMF Sean Duffy~~ | ~~0.1~~ |
| 10/1/04 | TCT Duffys re:  initiating lawsuit, retainer; TCT JP re: co-counseling, complaint; CC DGA re:  same | 0.8 |

**Exhibit A**

| 10/20/04 | TCT Elise Duffy re: retainer | 0.1 |
| 11/8/04 | Begin drafting complaint | 2.8 |
| 11/23/04 | Drafting complaint - finish defendants, start legal framework, stmt of facts, relief | 1.3 |
| 11/23/04 | Continue drafting complaint | 1.0 |
| 11/24/04 | Finish drafting complaint | 2.3 |
| 12/14/04 | Revise complaint, check cites, read cases cited by NHeLP clerk | 1.7 |
| 1/6/05 | Review Wisc Ct of Appeals EP case | 0.4 |
| 1/18/05 | T/c w/ SJS re: complaint edits | 0.5 |
| 1/19/05 | Revise complaint | 1.8 |
| 1/28/05 | Emails with JP re: retainer, co-counseling agreement | 0.5 |
| 2/3/05 | Review complaint revisions; emails with co-counsel re: same | 1.0 |
| 2/16/05 | TCT Duffys re: appt scheduling | 0.1 |
| 2/18/05 | TCT Elise Duffy re: appt; Emails with co-counsel | 0.3 |
| 2/28/05 | Revise complaint | 2.0 |
| 3/1/05 | Finalize/revise complaint | 0.2 |
| 3/3/05 | Finalize complaint; meeting with Duffys re: complaint; check rules re: service; Prepare civil cover sheet, summonses | 3.6 |
| 3/4/05 | Prepare documents for filing and file complaint | 2.4 |
| 3/7/05 | File NHeLP pro hac vice motion | 0.1 |
| ~~3/8/05~~ | ~~TCT ARC~~ | ~~0.4~~ |
| 3/8/05 | TCF Ann Woolfolk re: service | 0.1 |

3

**Exhibit A**

| | | |
|---|---|---|
| 3/8/05 | Research re: service of process | 1.1 |
| 3/9/05 | Research service of process – DE cases; TCT process server; TCT Duffys; CC DGA | 1.5 |
| 3/9/05 | Conference w/ co-counsel re: next steps | 0.6 |
| 3/11/05 | VMF Elise Duffy re: process server fee | 0.1 |
| 3/14/05 | TCT Sean Duffy re: process server fee, filing/service status | 0.2 |
| 3/17/05 | TCT process server to check on complaint service | 0.1 |
| 3/18/05 | TCT process server; check rules on return of service return of service | 0.2 |
| 3/22/05 | TCT Ann Woolfolk re: defendants' ext. of time request | 0.1 |
| 3/24/05 | Letter to process server; Ltr to Duffys re: status; Filing returns of service for complaint | 1.6 |
| 4/13/05 | Conference with co-counsel re: proof chart, discovery, briefing schedule | 0.9 |
| 4/26/05 | TCF Pat Ryan re: defendants' second ext. of time request; Email to co-counsel re: same | 0.4 |
| 5/9/05 | R/r of notice re: stip to extend time; email to co-counsel re: same | 0.1 |
| 5/12/05 | Ltr to Duffys re: status, enclosing stip. to extend time | 0.3 |
| 5/17/05 | Review discovery draft; CC DGA; Emails re: 2d stip. to extend time | 1.6 |
| 5/24/05 | Verify DSSM residency cites and fax to SJS; TCT Elise Duffy re: guardianship order; Ltr to Duffys re: 2d stip ordered | 1.4 |
| 5/24/05 | VMF Elise Duffy re: guardianship order | 0.1 |
| 5/25/05 | Respond to SJS's email re: DSSM residency provisions and terms of guardianship order; fax order to SJS; r/r of state's pro hac vice motion | 0.4 |

4

**Exhibit A**

| | | |
|---|---|---|
| 5/27/05 | Review revised discovery drafts | 0.2 |
| 5/27/05 | TCT SJS with DGA re: discovery drafts | 1.1 |
| 5/27/05 | Revise discovery; notice of service; TCT Elise Duffy re: medical records; Letter to Duffys with discovery and requesting medical records | 2.5 |
| 5/31/05 | VMF and TCT Elise Duffy re: medical records and placement | 0.3 |
| 5/31/05 | TCT Elise Duffy re: funding/placements, medical records | 0.5 |
| 6/1/05 | R/r of medical records from Carobell | 0.5 |
| 6/9/05 | Notes to file; r/r of certificate of service and order granting defendants' pro hac vice motion; TCT and TCF court re: NHeLP pro hac vice motion | 0.5 |
| ~~6/10/05~~ | ~~TCT clerk's office re: pro hac vice fees~~ | ~~0.2~~ |
| ~~6/20/05~~ | ~~R/r of receipt for SJS pro hac vice fee~~ | ~~0.1~~ |
| ~~6/20/05~~ | ~~T/c with Duffys~~ | ~~0.1~~ |
| 6/28/05 | R/r of discovery responses (RFP and admissions); email admissions); email to co-counsel | 0.9 |
| 6/29/05 | Send discovery responses to Duffys | 0.2 |
| 6/29/05 | Email co-counsel re: defendants' discovery responses | 0.2 |
| 7/1/05 | Research commentary to federal residency regulation and DE guardianship statute | 0.3 |
| 7/1/05 | Emails with SJS and TCT Elise Duffy | 0.3 |
| 7/5/05 | Legal research on conflict of laws (NC vs. DE guardianship statutes) question | 1.5 |
| 7/5/05 | Conference with SJS and DGA re: MTD answering brief | 1.1 |
| 7/5/05 | Review revised draft of MTD answering brief | 1.5 |
| 7/6/05 | Revise MTD answering brief, make compliant with | 4.6 |

5

**Exhibit A**

local rules

| | | |
|---|---|---|
| 7/7/05 | Review e-filing rules, revise brief, do certificate of service | 1.5 |
| 7/7/05 | MTD answering brief – bluebooking | 1.1 |
| 7/7/05 | Read Wisc. Supr. Ct. decision | 1.0 |
| 7/7/05 | T/c with SJS re: citations | 0.3 |
| 7/7/05 | MTD answering brief – cite check, table of contents, table of authorities | 1.0 |
| 7/8/05 | Finalize and file MTD answering brief | 2.0 |
| 7/11/05 | Draft MSJ opening brief statement of facts | 1.6 |
| 7/12/05 | Draft MSJ opening brief statement of facts | 0.9 |
| 7/12/05 | TCT Carobell re: income and resources documentation for MSJ | 0.1 |
| 7/14/05 | Edit MSJ opening brief | 1.0 |
| 7/15/05 | CC DGA re: MSJ opening brief | 0.3 |
| 7/15/05 | Edit MSJ opening brief | 1.9 |
| 7/15/05 | Conference with SJS and DGA re: MSJ opening brief | 0.5 |
| 7/18/05 | R/r of MTD reply brief, send to co-counsel | 0.2 |
| 7/22/05 | Emails re: MSJ and MTD sur-reply and discovery status | 0.3 |
| 7/25/05 | Draft MTD sur-reply brief | 7.4 |
| 7/26/05 | Draft MTD sur-reply brief | 0.5 |
| 7/26/05 | Edit MSJ opening brief | 1.0 |
| 7/27/05 | Review MTD sur-reply brief | 1.2 |
| 7/27/05 | Review defendants' RFP documents and file memo | 1.5 |
| 7/27/05 | T/c with Elise Duffy re: status/scheduling time to meet for MSJ affidavit | 0.4 |

6

**Exhibit A**

| Date | Description | Hours |
|---|---|---|
| 7/27/05 | Revise/edit MSJ opening brief | 1.8 |
| 7/27/05 | Draft affidavit for MSJ opening brief | 0.7 |
| 7/28/05 | Emails with DGA re: MSJ affidavit and RFP documents | 0.3 |
| 7/28/05 | Review caselaw and MSJ opening brief | 1.0 |
| 7/29/05 | Review SJS and JP edits on Duffy MSJ affidavit and MTD sur-reply; revise; CC DGA | 1.0 |
| 7/29/05 | Meet with Duffys to go over affidavit for MSJ opening brief and documents from defendants | 1.5 |
| 7/29/05 | Revise MSJ opening brief Sean Duffy affidavit | 0.8 |
| 8/1/05 | Email to Pat Ryan re: documents not produced; TCT Carobell and draft affidavit authenticating medical records for MSJ | 0.6 |
| 8/2/05 | Emails re RFP documents | 0.4 |
| 8/5/05 | TCT Carobell and Duffys re: MSJ affidavit re: medical records | 0.2 |
| 8/5/05 | VMF Carobell | 0.1 |
| 8/8/05 | TCT Carobell re: affidavit | 0.1 |
| 8/8/05 | Finalize Carobell affidavit and cover ltr | 0.5 |
| 8/12/05 | R/r of additional RFP documents and Carobell affidavit; email to co-counsel and Duffys | 1.1 |
| 8/19/05 | R/r of MOUs from defendants | 0.3 |
| 8/23/05 | MSJ opening brief affidavit and exhibits | 0.8 |
| 8/23/05 | Revise MSJ opening brief affidavits | 1.9 |
| 8/24/05 | Review MSJ opening brief and add exhibit cites | 1.9 |
| 8/24/05 | Revise MSJ opening brief | 5.3 |

7

**Exhibit A**

| | | |
|---|---|---|
| 8/25/05 | Revise MSJ opening brief | 1.9 |
| ~~8/25/05~~ | ~~Filing MSJ opening brief~~ | ~~1.7~~ |
| 9/21/05 | TCT chambers re teleconference schedule | 0.1 |
| 9/21/05 | Emails and t/c re: teleconference date | 0.2 |
| 9/23/05 | Emails re setting up conference call with judge | 0.2 |
| 9/26/05 | T/c's and email to set up 9/28 teleconference | 0.5 |
| 9/27/05 | CC DGA and T/c with SJS to prepare for 16(a) teleconference and TCT Sean Duffy re: status/update | 0.7 |
| 9/28/05 | Prepare for 16(a) teleconference; participate in teleconference; Confer with SJS and DGA and begin to prepare joint status report for 16(b) conference | 3.3 |
| 9/30/05 | Draft joint status report in preparation for teleconference teleconference | 1.6 |
| 10/3/05 | VMF Elise Duffy re: status | 0.1 |
| 10/5/05 | T/c with SJS to prepare joint status report; T/c with Mary Campbell Center; Revise joint status report draft; T/c with defendants' attorneys re: joint status report; T/c w/ SJS re: status/next steps | 3.1 |
| 10/10/05 | Review defendants' joint status report revisions; T/c with Pat Ryan re: plaintiff's revisions; TCT Noel Burnham to coordinate signing | 0.6 |
| 10/10/05 | Finalize and file joint status report; email to clients email to clients | 0.5 |
| 10/13/05 | Draft initial disclosures | 1.5 |
| ~~10/13/05~~ | ~~TCT Deb Nock at ARC~~ | ~~0.1~~ |
| 10/13/05 | Email to SJS re: 16(b) conference | 0.1 |
| ~~10/17/05~~ | ~~Organize file~~ | ~~0.1~~ |
| 10/18/05 | Revise initial disclosures | 0.5 |

8

**Exhibit A**

| | | |
|---|---|---|
| 10/19/05 | TCT chambers re: scheduling conference time; emails to co-counsel and Duffys; Draft notice of service for initial disclosures | 0.6 |
| 10/21/05 | File initial disclosures/notice of service | 0.4 |
| 10/24/05 | R/r of defendants' initial disclosures | 0.4 |
| 10/24/05 | Prepare for scheduling conference | 0.3 |
| 10/24/05 | Scheduling conference; CC DGA and SJS; draft form of order | 2.3 |
| 10/26/05 | Review defendants' revisions to scheduling order; email Pat Ryan | 0.4 |
| 10/26/05 | Emails to/from Pat Ryan re: scheduling order | 0.1 |
| 10/26/05 | Emails with Pat Ryan, DGA, SJS re: scheduling order and answer | 0.1 |
| 10/27/05 | Meeting with Sean and Elise Duffy re: status | 1.0 |
| 10/27/05 | TCT SJS re: amended compl. and email to Pat Ryan | 0.3 |
| 10/27/05 | Filing scheduling order | 0.2 |
| 10/27/05 | Emails with Pat Ryan and SJS re: amended compl. amended compl. | 0.2 |
| 10/31/05 | R/r of mediation order and MTD opinion; CC DGA | 1.2 |
| 10/31/05 | Set up 11/8 conference call service | 0.2 |
| ~~11/1/05~~ | ~~VMF & TCT SJS - lm.~~ | ~~0.2~~ |
| 11/1/05 | T/c with SJS and DGA re: MTD opinion, MSJ strategy, amended complaint, 2d RFP | 0.4 |
| 11/2/05 | Draft amended complaint and 2d RFP | 2.1 |
| 11/9/05 | Legal research re: amended complaint | 2.0 |
| 11/10/05 | T/c with co-counsel re: amended complaint revisions | 0.8 |

9

**Exhibit A**

| Date | Description | Hours |
|---|---|---|
| 11/11/05 | Revise 2d RFP | 1.1 |
| 11/14/05 | Cover letter to Noel Burnham with hand-delivery of 2d RFP; File notice of service | 0.9 |
| 11/21/05 | TCT clerk's office and file executed return of service for Harry Hill | 0.4 |
| 11/28/05 | Teleconference re:  mediation with magistrate judge; preparation prior; CC DGA & SJS afterward | 1.0 |
| ~~12/5/05~~ | ~~VMF Elise Duffy~~ | ~~0.1~~ |
| 12/8/05 | TCT Elise Duffy and update initial disclosures | 0.6 |
| 12/12/05 | VMF Elise Duffy; Email to co-counsel re:  same | 0.1 |
| 12/12/05 | Finalize and file first supplement to initial disclosures | 0.7 |
| 12/14/05 | TCF opposing counsel re: discovery response ext. for RFP | 0.1 |
| 12/21/05 | R/r of defendants' responses to 2d RFP, email to co-counsel and Duffys | 0.3 |
| 2/1/06 | T/c with SJS and DGA re:  status, proposed discovery, MSJ | 0.4 |
| ~~2/7/06~~ | ~~VMF Elise Duffy~~ | ~~0.1~~ |
| 2/8/06 | Review amended complaint, read answer; Review plaintiff's 2d RFP and read Defendants' responses and objections; Review documents from defendants' 2d RFP (D192-339); checked docket; begin to review MSJ | 3.8 |
| 2/8/06 | Review MTD decision; CC DGA re:  preparing for SJ, affidavits needed; Review MSJ draft and pleadings and compile list of items to obtain/revise for MSJ | 3.5 |
| ~~2/27/06~~ | ~~Checked docket~~ | ~~0.2~~ |
| 3/13/06 | TCT Elise Duffy re:  status | 0.3 |
| 3/15/06 | R/r of updated Carobell IHP (12/05) and psych eval (11/05); Email to co-counsel re:  same | 1.1 |
| 3/17/06 | Review notes and T/c with SJS and DGA re:  MSJ | 0.7 |

10

**Exhibit A**

prep/case status

| 3/22/06 | Email with discovery requests | 0.2 |
| 3/23/06 | Emails re: conference call with magistrate | 0.1 |
| 3/29/06 | Teleconference with magistrate judge re: mediation; Emails to Duffys re: mediation/order | 0.5 |
| 3/29/06 | Set up teleconference service for 9/06 | 0.4 |
| 4/4/06 | R/r of email from opposing counsel to magistrate judge re: mediation; Forward to Sean Duffy | 0.2 |
| 4/5/06 | Email from magistrate judge re: mediation; TCF Elise Duffy | 0.4 |
| 4/18/06 | Draft responses to defendants' interrogatories; T/c with Elise Duffy and email to Sean Duffy | 2.5 |
| 4/19/06 | Revise discovery responses; T/c with SJS and JP re: same | 1.4 |
| 4/19/06 | Continue drafting discovery responses – RFP, notice of service, 2d supplement to initial disclosures | 2.3 |
| 4/19/06 | Revise discovery responses and TCT Sean Duffy | 2.1 |
| 4/20/06 | Edit, revise, proofread and e-file notice of discovery responses and CC DGA | 3.0 |
| 5/4/06 | Conference with SJS and DGA re: MSJ | 1.0 |
| 5/5/06 | TCT Carobell and letter to Carobell and enter casenotes and review DGA ltr to opposing counsel | 2.2 |
| 5/8/06 | File stipulation to amend MSJ briefing schedule | 0.4 |
| 5/8/06 | Legal research re: regulatory cites for DE Medicaid application timeframe and retroactive coverage; TCT Carobell re: client's medical expenses | 0.6 |
| 5/9/06 | Review revised stipulation to amend MSJ briefing schedule; Reply to SJS's emails re: MSJ; Read case cited by SJS | 1.0 |
| 5/9/06 | T/c with SJS re: MSJ opening brief, affidavits | 0.7 |

11

**Exhibit A**

affidavits.

| Date | Description | Hours |
|------|-------------|-------|
| 5/10/06 | File revised stipulation to extend briefing schedule; Emails with SJS re: MSJ brief | 0.5 |
| 5/11/06 | T/c with SJS re: Goldman affidavit; Send release form to SJS; CC DGA re: status; TCT Carobell re: affidavit; Filing; Notice re: supplemental discovery responses; Review/edit MSJ opening brief; T/c with SJS to revise brief; Update Sean Duffy affidavit; Prepare documents for e-filing | 7.8 |
| 5/12/06 | TCF SJS, scan/finalize affidavits for MSJ opening brief; Email from/to Sean Duffy re: affidavit revisions | 0.8 |
| 5/12/06 | Revise/finalize plaintiff's MSJ opening brief, edit and e-file | 7.1 |
| 5/22/06 | Review MSJ opening briefs in preparation for answering brief | 2.0 |
| 5/22/06 | Review defendants' MSJ opening brief; begin outlining answering brief | 3.6 |
| 5/25/06 | R/r of Chimes application; Copy to defendants; Notice of service | 0.6 |
| 5/25/06 | CC DGA re: MSJ answering brief | 0.5 |
| 5/25/06 | TCT CCRI, review website, notes to file, emails to co-counsel re: status | 2.5 |
| 5/28/06 | MSJ answering brief – outlining | 1.0 |
| 5/30/06 | Expert disclosures – check rules, scheduling order; Email to co-counsel | 0.5 |
| 5/31/06 | Legal research re: MSJ standard of review, expert disclosures | 1.2 |
| 5/31/06 | Legal research re: expert disclosures | 1.7 |
| 6/1/06 | Draft expert disclosures and notice of service | 0.4 |
| 6/1/06 | MSJ answering brief – nature and stage of proceedings; CC DGA re: expert disclosures; TCT Marc Goldman; | 1.7 |

12

**Exhibit A**

File and serve expert disclosures

| Date | Description | Hours |
|------|-------------|-------|
| 6/1/06 | MSJ answering brief – facts; TCF Marc Goldman | 0.8 |
| 6/1/06 | MSJ answering brief – stmt of facts | 6.0 |
| 6/2/06 | Continue MSJ answering brief – facts | 4.0 |
| 6/5/06 | T/c with SJS re:  status/to do list | 0.5 |
| 6/5/06 | MSJ answering brief; TCF Marc Goldman | 0.3 |
| 6/5/06 | Email to co-counsel | 0.3 |
| 6/5/06 | MSJ answering brief – draft/revise outline | 0.9 |
| 6/5/06 | MSJ answering brief – revise nature of proceedings, stmt of facts; begin drafting Argument (A)(1) | 1.6 |
| 6/6/06 | Discuss via email with co-counsel strategy for MSJ answering brief | 0.9 |
| 6/6/06 | MSJ answering brief – draft argument | 3.8 |
| 6/7/06 | T/c with SJS re:  discovery, MSJ answering brief | 0.6 |
| 6/8/06 | R/r of SJS's revisions to MSJ answering brief; TCT Sean Duffy; T/c with SJS to discuss brief revisions | 2.5 |
| 6/9/06 | T/c with SJS re Sean Duffy affidavit; Edit/revise MSJ answering brief; T/c with SJS and JP re:  affidavit; Revise affidavit; TCT and VMF Elise Duffy; Email draft affidavit to Sean Duffy | 4.3 |
| 6/12/06 | Edit, revise, and file plaintiffs' MSJ answering brief | 6.2 |
| 6/13/06 | R/r of defendants' MSJ answering brief | 0.3 |
| 6/20/06 | Draft supplemental responses to interrogatories | 0.4 |
| 6/22/06 | Email from/to Sean Duffy re:  supplemental interrogatory responses | 0.2 |
| 6/23/06 | T/c's and emails and draft and file plaintiff's supplemental responses to defendants' first set of interrogatories | 1.6 |

**Exhibit A**

| | | |
|---|---|---|
| 6/27/06 | Outline MSJ reply brief | 0.6 |
| 6/28/06 | Conference with DGA re MSJ reply brief strategy | 1.0 |
| 6/30/06 | Begin drafting MSJ reply brief – Argument I | 2.0 |
| 6/30/06 | Continue drafting MSJ reply brief – Argument I | 1.4 |
| 7/5/06 | Continue drafting MSJ reply brief – finish Argument I and draft Argument II; cc DGA; Email to SJS | 6.5 |
| 7/6/06 | Finalize MSJ reply brief edits, table of contents, table of authorities, certificate of service, prepare for e-filing | 1.8 |
| 7/7/06 | Final proofread of MSJ reply brief, cover ltr to court; cc DGA re: brief | 1.5 |
| ~~7/7/06~~ | ~~Trouble-shooting inability to log on to e-filing website~~ | ~~0.6~~ |
| 7/7/06 | File plaintiff's MSJ reply brief, courtesy copy to court; organize file | 0.5 |
| 7/7/06 | R/r of defendants' MSJ reply brief; Emails with co-counsel; Send copy of brief to Duffys; Review error in supplemental interrogatory responses (evident from brief) | 1.5 |
| 7/17/06 | Draft corrected answers to supplemental interrogatories | 1.5 |
| 7/18/06 | Revise corrected answers to supplemental interrogatories | 0.5 |
| 7/19/06 | Finalize and file corrected answers to supplemental interrogatories | 0.5 |
| 7/21/06 | Begin draft of pre-trial order | 2.3 |
| 8/8/06 | Continue drafting stipulated facts for pre-trial order | 0.9 |
| 8/9/06 | Continue drafting stipulated facts for pre-trial order | 0.8 |
| 8/9/06 | Finish drafting stipulated facts, draft remaining sections of pre-trial order | 3.0 |
| ~~8/24/06~~ | ~~TCF Elise Duffy re: status/update~~ | ~~0.5~~ |
| 8/24/06 | Conference with SJS and DGA; Revise pre-trial order draft; Draft ltr to court re: subsequent authority | 3.8 |

**Exhibit A**

| Date | Description | Hours |
|---|---|---|
| 9/6/06 | Teleconference with magistrate judge re: mediation; TCT opposing counsel re: pretrial order draft | 0.5 |
| 9/6/06 | ~~Organize file~~ | ~~0.2~~ |
| 9/7/06 | Email to Sean Duffy re: update/magistrate teleconference | 0.3 |
| 9/8/06 | Review opposing counsel's proposed edits to pre-trial order draft | 1.1 |
| 9/8/06 | T/c with SJS re: opposing counsel's proposed edits to pre-trial order draft | 0.8 |
| 9/8/06 | Conference with DGA re: pre-trial order draft | 0.8 |
| 9/8/06 | Revise pre-trial order draft; emails with co-counsel | 3.4 |
| 9/10/06 | Revise pre-trial order draft – contested, uncontested facts | 2.0 |
| 9/11/06 | Review/revise pre-trial order draft | 1.4 |
| 9/11/06 | TCT Marc Goldman | 0.3 |
| 9/11/06 | Review new revisions to draft pre-trial order; Emails with co-counsel, opposing counsel; File proposed findings and pre-trial order | 4.3 |
| 9/13/06 | TCF Elise Duffy re: update | 0.7 |
| 9/14/06 | ~~TCT clerk's office re: whether to deliver hard copies of proposed findings; Cover ltr to court~~ | ~~0.2~~ |
| 9/15/06 | Organize exhibits, begin to draft witness outlines for Sean Duffy, Eileen Challenger | 2.7 |
| 10/2/06 | R/r of order changing pretrial conference; TCT co-counsel; Email to Sean Duffy | 1.0 |
| 10/2/06 | ~~TCF A.P. reporter~~ | ~~0.1~~ |
| 10/2/06 | Email update to Sean Duffy and co-counsel | 0.2 |
| 10/3/06 | Set up conference call service for pretrial conference | 0.4 |
| 10/3/06 | ~~TCF A.P. reporter~~ | ~~0.1~~ |

**Exhibit A**

| | | |
|---|---|---|
| 10/5/06 | T/c's with anticipated trial witnesses | 0.6 |
| 10/9/06 | T/c with Devereux | 0.7 |
| 10/9/06 | T/c's with witnesses re: trial dates; Work on witness prep outlines | 3.9 |
| 10/11/06 | Draft subpoena forms, calculate mileage, request checks, call process servers, call witnesses re: service, email to Sean Duffy re: status/reimbursement; email to opposing counsel re: substitution of CCRI witness | 2.6 |
| 10/13/06 | Emails to/from Sean Duffy re: trial prep; T/c's with witnesses; Email to opposing counsel re phone testimony; CC co-counsel | 1.7 |
| 10/13/06 | Prepare trial subpoenas and cover letter to process server; TCT process server | 0.7 |
| 10/16/06 | Conference with co-counsel for pretrial conference preparation, division of witnesses for trial; email to opposing counsel re witnesses | 1.8 |
| 10/17/06 | TCT process server re service of trial witness subpoenas | 0.2 |
| 10/17/06 | Review pretrial order for pretrial conference; T/c's and emails re: pretrial conference scheduling | 2.0 |
| 10/18/06 | Prepare for pretrial conference/trial; CC co-counsel re: cross of defense witnesses; R/r of order changing pretrial conference; T/c's to co-counsel, teleconference scheduling service, email to Sean Duffy | 2.0 |
| 10/19/06 | Conference with co-counsel; T/c to chambers with defense counsel re: pretrial conference status; T/c's to process server and trial witnesses; File return of service for Gerry Spilecki; Email to defense counsel re: testimony of Eileen Challenger | 2.4 |
| 10/20/06 | Pretrial conference; T/c's with co-counsel, trial witnesses; Begin oral argument prep | 2.5 |
| 10/20/06 | Preparation for oral argument – review briefs, pleadings, cases, notes | 3.9 |

16

**Exhibit A**

| 10/21/06 | Preparation for oral argument – review briefs, pleadings, cases, notes | 4.5 |
| 10/22/06 | Preparation for oral argument – go over strategy with co-counsel | 2.3 |
| 10/23/06 | Oral argument | 3.7 |
| ~~10/24/06~~ | ~~VMF and TCT Ms. Sulli and email to business office re mileage reimbursement checks with subpoenas~~ | ~~0.2~~ |
| ~~10/26/06~~ | ~~Organize/put away file post oral argument~~ | ~~0.4~~ |
| ~~11/8/06~~ | ~~Organize file; add D.I. 71, 72~~ | ~~0.4~~ |
| 1/16/07 | Emails from/to Sean Duffy re: case status and subpoena service fees | 0.3 |
| 1/23/07 | R/r of Sean Duffy check for $175.00 for subpoena service fees | 0.3 |
| 3/15/07 | Emails from/to Sean Duffy re: current status of case | 0.2 |
| 9/12/07 | R/r of MSJ opinion; T/c's with Duffys and co-counsel | 1.0 |
| 9/17/07 | Prepare affidavit in support of motion for attorney's fees | 1.0 |
| 9/19/07 | Review DGA draft attorney's fees motion; begin reviewing time entries | 4.1 |
| 9/20/07 | Review of time entries for attorney's fees motion | 2.0 |
| 9/20/07 | Draft affidavit for Sean Duffy re: costs | 0.6 |
| 9/20/07 | T/c with JP, SJS, DGA re: state's announcement of appeal | 0.5 |
| 9/24/07 | Review time entries with DGA | 1.7 |
| 9/24/07 | Finalize/edit time log and affidavit | 1.0 |

2003-2004 Billing Rate: $160.00/hour * 50.9 hours = $8,144.00
2005-2007 Billing Rate: $215.00/hour * 313.1 hours = $67,316.50

**TOTAL**: $75,460.50

**Exhibit A**

**MARYBETH MUSUMECI**
26 Hurst Road
Wilmington, DE 19803
(302) 658-5055
mmusumec@hotmail.com

## LEGAL EXPERIENCE

**DISABILITIES LAW PROGRAM, COMMUNITY LEGAL AID SOCIETY, INC.**, Wilmington, DE
*Deputy Legal Advocacy Director.*                                                                    2006-present
*Staff Attorney.*                                                                                    2001-2006
Active administrative law practice providing direct legal services to people with disabilities in public benefits cases. Focus on children's right to health treatment and services under the Medicaid Act and EPSDT, children's right to appropriate educational services under the IDEA and Section 504, children's entitlement to Supplemental Security Income benefits, *see, e.g., Fred-Perez v. Barnhart*, 450 F. Supp. 2d 461 (D. Del. 2006) (reversal and remand of ALJ decision on appeal; stipulated attorney's fee award of $4,750), and accommodations for adult recipients of cash assistance and food stamps.   Engage in impact litigation in federal and state courts vindicating statutory and constitutional rights to public benefits, *see, e.g., Arc of Del. et al. v. Meconi et al.*, 2005 WL 3657319 (D. Del. 2005) (class action on behalf of individual and organizational plaintiffs seeking community-based residential placements for adults with developmental disabilities under the Medicaid and Americans with Disabilities Acts; awarded over $60,000 in attorneys' fees); *Duffy v. Meconi et al.*, 395 F. Supp. 2d 132 (D. Del. 2005) (adult with developmental disabilities seeking access to Delaware's Medicaid program, implicating her constitutional Right to Travel); *Urban v. Meconi*, 2007 WL 2285864 (Del. Supr. 2007) (reversing denial of surgery by Medicaid managed care organization as unsupported by substantial evidence and holding that substantial weight must be given to treating physicians' opinions).   Enforce Americans with Disabilities Act obligations of public accommodations and government entities to accommodate people with disabilities.  Administer seed grant establishing medical-legal family advocacy project which provides legal services for patients and legal advocacy training for medical providers at federally qualified community health center.  Develop community education materials and presentations.  Supervise law student clerks and staff attorneys.

**DELAWARE FAMILY COURT**, Wilmington, DE                                                             2000-2001
Law clerk to Judge Alison Whitmer Tumas and Judge William L. Chapman, Jr.  Assisted with all aspects of civil and criminal family law practice, including preparing legal memoranda, attending hearings, and researching, editing, and evaluating the legal analyses in drafts of written opinions.

**DELAWARE COUNTY LEGAL ASSISTANCE ASSOCIATION**, Chester, PA                                         1999-2000
*Independence Fellow.*   Provided direct legal services to indigent clients in government benefits cases.   Created community education materials and led training sessions on subsidized child care and welfare-to-work issues for clients and human service providers.

**COMMUNITY LAW CENTER**, Jamaica Plain, MA                                                           1998-1999
*Equal Justice Fellow.*  Represented clients in administrative hearings involving government benefits and employment issues at Harvard Law School clinic.  Compiled protocol for advocates working with clients who face termination of welfare benefits due to the 24 month timelimit.  Engaged in client outreach at local welfare office.  Trained other law students in client interviewing techniques.

**HARVARD MEDIATION PROGRAM**, Cambridge, MA                                                          1997
Completed intensive training and certification program.  Facilitated dispute resolution in weekly mediation sessions for parties in small claims court.

## TEACHING EXPERIENCE

**WIDENER UNIVERSITY SCHOOL OF LAW**, Wilmington, DE                                        Spring 2006, Fall 2007
*Adjunct Professor.*  Teach *Public Benefits Law*.  Developed course and original course text and materials for two credit seminar.

## PUBLICATIONS

"Confronting Sentences That Silence:  The Americans with Disabilities Act's Effective Communication Mandate for Prisoners and Probationers Who Are Deaf."  39 CLEARINGHOUSE REVIEW 627-38.  March-April 2006.

and Sarah Somers.  "Ensuring Access to Medicaid Benefits and Services in the Face of Standardized Eligibility Criteria." 38 CLEARINGHOUSE REVIEW 115-25. July-Aug. 2004.

Exhibit A

## BAR MEMBERSHIPS

Member of the Bars of Delaware (2001), Pennsylvania (1999), New Jersey (1999), U.S. District Court for the District of Delaware (2002), and the U.S. Court of Appeals for the Third Circuit (2004).

## LEGISLATIVE TESTIMONY/PRESENTATIONS

National Health Law Program Annual Health Advocates Conference.  Invited to present on Medicaid appellate advocacy. Washington, DC.  To be held December 2-4, 2007.

Delaware General Assembly Joint House and Senate Informational Hearing on Delaware Department of Correction Healthcare System. Dover, DE.  November 7, 2005.

"Private vs. Public Schools' Obligations Under the Individuals with Disabilities Education Act." Self-Help for Hard-of-Hearing People. Wilmington, DE.  June 27, 2005.

Delaware General Assembly Joint House and Senate Health Committee Hearing on Delaware's Medicaid Prescription Drug Benefit. Dover, DE.  March 22, 2005.

Delaware General Assembly Joint Finance Committee Hearing on Delaware Division of Social Services FY06 Budget. Dover, DE.  March 2, 2005.

 "The Right to Special Education Services and Public Benefits for Children with Disabilities." New Castle County HeadStart Teachers' In-Service. Newark, DE.  December 9, 2004.

"The Right to Effective Communication/Interpreters and Housing Accommodations for Deaf/Hard of Hearing Individuals." Delaware School for the Deaf. Newark, DE.  December 6, 2004.

"Litigation and Advocacy to Enforce the Medicaid Early and Periodic Screening Diagnosis and Treatment Program." National Disability Rights Network (formerly NAPAS) Annual Conference. Washington, DC.  May 31, 2003.

CLASI New Advocate Training sessions on Medicaid and SSI. Dover, DE.  2002, 2006.

## NEWSPAPER ARTICLES

"Struggles Continue With Medicaid." *Guest Opinion, Delaware State News.*  February 28, 2005.

"Medicaid Strictures Can Be Appealed." *Delaware Voice, The News Journal.*  February 8, 2005.

"Speaking For Kids So They May Speak Later." *Delaware Voice, The News Journal.*  July 13, 2004.

## COMMUNITY ACTIVITIES AND PROFESSIONAL AWARDS

Delaware Curative Workshop Board of Directors.  Grants and Annual Campaign Committees. 2004-2007.

Intermediate level proficiency in American Sign Language.  Completed ASL 101, 102, and 201 courses at Delaware Technical and Community College.  2004-2005.

Delaware State Bar Association, Roxana C. Arsht Fellowship.  2002-2005.

Independence Foundation Public Interest Law Fellowship.  1999-2000.

## EDUCATION

**HARVARD LAW SCHOOL,** J.D., June 1999
Honors:    Irving P. Kaufman Public Service Fellowship

Paper:    *Private Choices About Public Interest:  The Public Interest Law Movement and Law Students' Changing Career Preferences*

2

**MARYBETH MUSUMECI**

**DOUGLASS COLLEGE, RUTGERS UNIVERSITY**
Urban Planning Certificate and B.A. in Political Science with Highest Honors, May 1996

Honors:    Valedictorian
           Phi Beta Kappa

Thesis:    *Tending the Garden: The History and Impact of Farming Legislation
           on Family Farms in New Jersey*

**Exhibit A**