## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-127 (GMS) ) |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | ) ) ) ) |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, | ) ) ) ) |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official capacity, and | ) ) ) |
| HARRY HILL, Director, Division of Medicaid and Medical Assistance, | ) ) |
| Defendants. | ) ) ) |

### AFFIDAVIT OF DANIEL ATKINS

**STATE OF DELAWARE)**
                              **SS:**
**NEW CASTLE COUNTY)**

BE IT REMEMBERED, that on this 25th day of September, 2007, personally appeared before me, a Notary Public for the State and County aforesaid, Daniel Atkins ("affiant"), who, being by me duly sworn according to law, did depose and say:

## I.     Background and Experience

1.     I am the Legal Advocacy Director of the Disabilities Law Program ("DLP") of Community Legal Aid Society, Inc. ("CLASI"). The DLP has been designated by the Governor of Delaware to be the Protection and Advocacy Program for Individuals with Developmental Disabilities in the State of Delaware since the mid-1970's. The DLP is statutorily authorized to advocate the rights of all individuals with developmental disabilities and/or mental illness in Delaware and appears regularly in the courts of Delaware, including the District Court, to advance the rights of individuals with disabilities.

2.     I have served as the Legal Advocacy Director of the DLP since 1997. As the Legal Advocacy Director, I maintain a reduced caseload, oversee all impact litigation, and supervise and train lawyers in the program statewide.

3.     I graduated from the University of Michigan and George Washington University Law School. I have been an attorney with the DLP for 16 years, since my graduation from law school. I have been counsel in numerous disability rights cases in the District Court. As an example, I was co-counsel in *Doe v. Sylvester*, 2001 WL 1064810, an action enforcing *Olmstead v. L.C.*, which resulted in the placement in the community of a woman diagnosed with mental illness and deafness. I also was co-counsel in *Arc of Delaware et al. v. Meconi, et al.*, a putative class action in the District Court seeking residential placement and other home and community-based services for adults with developmental disabilities pursuant to the Medicaid and Americans with Disabilities Acts. *See,* 2005 WL 3657319 (awarding $215,938.60 in attorney's fees to plaintiffs, including over $60,000.00 to the DLP). I have represented hundreds of

Exhibit B

people with disabilities in virtually every court in the state of Delaware, and many administrative tribunals, over the last 16 years.

4.     I am also an Adjunct Professor of Law at Widener University, where I co-teach classes in Disability Law and Poverty Law.  I have co-authored four articles published in law reviews, a chapter on the practice of poverty law in a Sociology textbook, and am under contract with Carolina Academic Press to co-author a law school textbook on Disability Law.

5.     My curriculum vitae is attached.

**II.     Time Records and Documentation**

6.     I have recorded all of my activities in this matter contemporaneously on a computerized time keeping system.  On those occasions when I was working outside of my office, I recorded the activity immediately upon my return to the office.

7.     A log detailing time worked on this case is attached.

**III.     Reasonable Hourly Rate**

8.     My 2005-2007 billing rate is $275.  I have reached this figure by referencing the Community Legal Services of Philadelphia's 2006 Attorneys Fees-Schedule of Hourly Rates, which is posted on its website at www.clsphila.org.  I have placed myself at the bottom of the category for attorneys with 16-20 years of experience, or in the middle of the category for attorneys with 11-15 years of experience.

9.     My 2003-2004 billing rate of $220.00 per hour is based upon the Community Legal Services of Philadelphia's 2001 Attorneys Fees-Schedule of Hourly Rates which was accepted by the District Court in its *Arc v. Meconi* fee award opinion. *See*, 2005 WL 3657319.  Upon information and belief, the Schedule of Hourly Rates was

Exhibit B

developed after research concerning prevailing market rates for similar services by lawyers of comparable skill and experience.

**IV.    Lodestar**

10.    I have exercised reasonable billing judgment to reduce my time in this case to account for duplication of effort with co-counsel and to ensure that I am not seeking reimbursement for activities that should not be recoverable. I calculated my lodestar by multiplying my appropriate hourly rate times the reduced number of hours spent on this litigation. I believe that my current rate is a fair and reasonable one. I am seeking reimbursement for 10 hours at my 2003-04 rate of $220 per hour, which equals $2,200.00. I am seeking reimbursement for 157.5 hours at my 2005-07 rate of $275 per hour, which equals $43,313.00. The total amount of money I am seeking reimbursement for is $45,513.00.

11.    CLASI is a non-profit, public interest law firm organized under §501(c)(3) of the Internal Revenue Code. Therefore, any fee awarded for my work will be paid directly to CLASI and used to support legal assistance to other individuals who are poor and/or disabled.

_____
Daniel G. Atkins


SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

**Time Records for Daniel Atkins**
**Duffy v. Meconi, 05-127 (GMS)**

| Date[1] | Activity[2] | Time (in hours) |
|---|---|---|
| 7/30/03 | Research Right to Travel cases. | 2.2 |
| 8/01/03 | Telephone with JP of NHeLP to discuss viability of bringing affirmative case on behalf Marianne Duffy. | .5 |
| ~~8/06/03~~ | ~~Conference with MBM to prepare for interview with clients~~ | ~~.6~~ |
| 8/13/03 | Interview with Sean and Elise Duffy. | 1.6 |
| ~~11/05/03~~ | ~~Conference with MBM re DDSM Policy Manual applicability to Marianne Duffy case.~~ | ~~.4~~ |
| 4/05/04 | Reviewed MBM research memo on residency. | 1.7 |
| ~~7/30/04~~ | ~~Research and drafted memo on residency issue.~~ | ~~1.8~~ |
| 10/01/04 | Telephone with Mr. Duffy to confirm agreement to proceed with a lawsuit, Telephone with JP re co-counsel agreement and strategy for complaint. | .8 |
| 10/04/04 | Drafted Client Retainer and co-counsel retainer agreement and researched pro hac vice procedure for NHeLP. | 1.6 |
| 12/13/04 | Drafted revisions to complaint.   Conducted research on appropriate defendants in § 1983 actions and sovereign immunity | 1.6 |
| 2/01/05 | Drafted revisions to co-counseling agreement | 1.1 |
| 2/02/05 | Drafted edits to complaint's constitutional claims and email to co-counsel re strategy for complaint. | 1.1 |

[1]Activities that are stricken were contemporaneously recorded activities, but are not being claimed as part of this fee request because in the exercise of reasonable billing judgment they are either duplicative with the work of co-counsel, or otherwise non-recoverable.

[2]JP = Jane Perkins, SS= Sarah Somers, MBM= MaryBeth Musumeci

1

Exhibit B

| | | |
|---|---|---|
| 2/08/05 | Drafted Pro Hac Vice Motion | 1.4 |
| 3/02/05 | Researched Pro Hac Vice Procedure | .2 |
| 3/03/05 | Proof read and final edits to complaint | 1.0 |
| 3/03/05 | Met with clients to review the complaint | 1.3 |
| ~~3/03/05~~ | ~~Researched service of process rules, drafted civil cover sheet, summons forms, waiver of process researched.~~ | ~~1.3~~ |
| 3/04/05 | Filed complaint electronically, scanned documents, converted to PDF. | 2.4 |
| 3/07/05 | Pro Hac Vice motion converted to PDF and filed electronically. | 1.0 |
| 3/08/05 | Telephone with client re update on complaint filing and services. | .5 |
| 3/09/05 | Telephone with MBM, JP, SS, re discovery. | .5 |
| 3/10/05 | Telephone with Process Server and prepared summonses. | .4 |
| 3/15/05 | Telephone with Process Server re status of service | .1 |
| 4/13/05 | Teleconference with co-counsel re strategy on discovery, motion to dismiss, Summary Judgment, and telephone with Ann Woolfolk re briefing schedule. | 1.0 |
| 5/09/05 | Reviewed Defendants' Stipulation for Extension of Time To Respond to Complaint, fixed signature line, drafted letter to R. Donaldson enclosing stipulation. | .4 |
| 5/11/05 | Drafted Discovery Requests– Requests for Production, Interrogatories, and Admissions. | 6.5 |
| 5/13/05 | Telephone with Pat Ryan re Extension of Time request, email to co-counsel re same, telephone to clients re same. | .4 |
| 5/16/05 | Studied email from co-counsel and drafted email to Pat Ryan re Defendants' 3rd Request for Time. | .2 |
| 5/16/05 | Reviewed *Lee v. Minner*, May 13, 2005, US Dist Court decision finding Delaware FOIA impinges on Right to Travel. | 1.1 |

2

| | | |
|---|---|---|
| 5/17/05 | Email to and from Pat Ryan re stipulation for briefing schedule and telephone with SS re same. | .6 |
| 5/17/05 | Conference with MBM re revisions to first discovery requests and email to SS/JP re same. | 2.0 |
| 5/27/05 | Telephone with co-counsel re discovery requests. | 1.1 |
| ~~5/31/05~~ | ~~Conference with MBM re medical records of client.~~ | ~~.3~~ |
| 7/01/05 | Studied discovery responses from defendants and drafted a response on Request for Production of Documents. | 1.4 |
| 7/05/05 | Reviewed draft of response to MTD to ensure compliance with Delaware rules. | 1.0 |
| 7/06/05 | Drafted Motion for Summary Judgment | 1.0 |
| 7/06/05 | Drafted revisions to MTD Answering Brief and reviewed to ensure compliance with local rules. | 2.4 |
| 7/07/05 | Revised Table of Authorities for Brief | .6 |
| 7/08/05 | e- filing issues for MTD brief | 1.5 |
| 7/14/05 | Researched and drafted Standard of Review section for Summary Judgment brief. | 1.3 |
| 7/15/05 | Telephone message for Pat Ryan re when he will produce documents requested. | .1 |
| 7/15/05 | Reviewed and conferenced with co-counsel re Summary Judgment brief | 1.4 |
| 7/25/05 | Studied defendant' Reply in Motion to Dismiss. | .3 |
| 7/25/05 | Telephone from Pat Ryan status of defendants' document production. | .3 |
| 7/25/05 | Edited Surreply Brief | 2.8 |
| 7/26/05 | Studied documents produced by defendants in response to Request for Production. | .9 |

3

Exhibit B

| | | |
|---|---|---|
| 7/29/05 | Reviewed Sean Duffy's Affidavit. | 1.7 |
| 7/29/05 | Reviewed and edited Motion for Summary Judgment | .9 |
| 7/29/05 | Met with clients to review affidavit. | 1.0 |
| ~~7/29/05~~ | ~~Telephone with co-counsel re SJ brief and affidavit~~ | ~~.5~~ |
| 9/06/05 | Emails to and from defendants' counsel re extensions of time and emails to co-counsel re same. | .6 |
| ~~9/07/05~~ | ~~Studied court decision denying Motion for Summary Judgment, drafted email to defendants' counsel re confirming and reporting MBM  conversation with clerk.~~ | ~~.5~~ |
| 9/27/05 | Prepared for Telephone Conference with Judge, studied local rules and federal rules, and Telephone with co-counsel re the same. | 1.4 |
| 9/28/05 | Initial Teleconference with Court. | .5 |
| 10/03/05 | Revised draft joint status report. | .3 |
| 10/05/05 | Prepared for meeting of the parties. | 1.1 |
| 10/05/05 | Telephone with defendants' counsel: Meeting of the parties to work out joint status report. | .8 |
| ~~10/10/05~~ | ~~Conference with MBM re joint status report and potential amendments to complaint.~~ | ~~1.1~~ |
| ~~10/12/05~~ | ~~Teleconference with SS to prepare for scheduling conference with judge, and then conference with MBM re same.~~ | ~~1.5~~ |
| 10/14/05 | Drafted email to defendants' counsel re rescheduling of scheduling conference by Judge. | .6 |
| 10/18/05 | Revised Initial Disclosures | .7 |
| 10/24/05 | Final preparation for Scheduling Conference with Judge, and appearance at Scheduling Conference, and worked on draft for submission to court after the Conference     . | 2.4 |

4

Exhibit B

| | | |
|---|---|---|
| 10/31/05 | Studied Opinion denying Motion to Dismiss and discussed with MBM. | 1.4 |
| 11/01/05 | Telephone call with SS re MTD opinion and amending complaint. | .4 |
| 11/02/05 | Reviewed draft of amended complaint and second request for production of documents. | .9 |
| ~~11/07/05~~ | ~~Telephone conference with MBM and SS re revisions to complaint~~ | ~~.5~~ |
| 11/11/05 | Reviewed Request for Production | .3 |
| 1/31/06 | Reviewed documents produced by defendants in response to 2nd RFP, and outlined the documents | 1.1 |
| 2/01/06 | Studied Scheduling Order and Motion to Dismiss decision to develop a discovery plan and what we need for Summary Judgment. | 1.0 |
| 2/01/06 | Telephone with SS re strategy for discovery and Summary Judgment motion. | .4 |
| 2/01/06 | Telephone with Elise Duffy re efforts pursuing placements. | .8 |
| 2/08/06 | Conference with MBM re strategy for Motion for Summary Judgment and discovery. | .8 |
| 3/17/06 | Reviewed notes and telephone with SS and MBM re Summary Judgment | .7 |
| 3/29/06 | Telephone with Magistrate Judge re mediation. | .4 |
| 4/17/06 | Telephone with MBM to divide tasks on reply to interrogatories and preparation for Summary Judgment motion. | .5 |
| 4/19/06 | Drafted discovery responses, edited and researched contention interrogatories. | 4.2 |
| 4/20/06 | Telephone with possible placement provider to see if they would consider serving Marianne Duffy. | .2 |

5

Exhibit B

| Date | Description | Hours |
|------|-------------|-------|
| 4/20/06 | Telephone with JP re interrogatory and RFP responses, made final revisions. | 3.2 |
| 5/03/06 | Telephone with possible placement provider to see if they would serve Marianne Duffy. | .7 |
| 5/03/06 | Telephone with two possible placement provider to see if they would serve Marianne Duffy, and reviewed records to send to placement providers. | 2.1 |
| 5/04/06 | Telephone with possible placement provider and Elise Duffy to gather information for responses to defendants' discovery request. | 1.1 |
| 5/04/06 | Telephone with MBM and SS re Summary Judgment brief strategy. | .9 |
| 5/04/06 | Reviewed local rules re briefing and dispositive motions. Email to co-counsel re same. | .4 |
| 5/04/06 | Meeting with Elise Duffy for responses to defendants' discovery request. | .4 |
| 5/05/06 | Drafted supplemental discovery responses to defendants' request for discovery. | 1.8 |
| 5/05/06 | Drafted stipulation on briefing schedule for Summary Judgment. | 1.1 |
| 5/09/06 | Amended stipulation based on Judge's new policy.   Email to defendants' counsel re same. | .8 |
| 5/09/06 | Drafted supplemental discovery response and cover letter to defendants' counsel re same. | .5 |
| 5/11/06 | Conference with MBM re strategy for revisions to Summary Judgment brief that was drafted last year, and for affidavits. | .8 |
| 5/12/06 | Edited our opening brief. | 1.4 |
| 5/16/06 | Reviewed judge's instructions on website re filing of briefs and drafted cover letter to judge re courtesy copy. | .4 |
| 5/16/06 | Prepared hard copies of brief and appendix for filing with the | |

6

**Exhibit B**

| | court. | 2.9 |
|---|---|---|
| 5/25/06 | Reviewed defendants' opening brief and appendix and then discussed strategy for our answering brief with MBM. | 2.6 |
| 5/30/06 | Conference with MBM re federal rules on disclosure of experts. | .2 |
| 5/30/06 | Conference with MBM re outline for answering brief. | 1.3 |
| 6/1/06 | Research on disclosure of expert report and conference with MBM re same. | 1.5 |
| 6/06/06 | Consultation with MBM re answering brief strategy. | .8 |
| ~~6/07/06~~ | ~~Conference with MBM re strategy on production of document request by defendants.~~ | ~~.4~~ |
| ~~6/08/06~~ | ~~Conference with MBM re answering brief strategy.~~ | ~~.4~~ |
| 6/12/06 | Edited and proofed SJ answering brief. | 2.8 |
| 6/12/06 | Reviewed defendants' SJ answering brief and offered consultation to MBM re strategy for our reply. | 1.8 |
| 6/21/06 | Proofed and edited Supplemental Response to Interrogatories | .3 |
| 6/28/06 | Conference with MBM re strategy for Reply Brief | 1.0 |
| 7/05/06 | Edited Reply Brief on Summary Judgment | 1.2 |
| 7/07/06 | Final edits of Reply Brief and conference with MBM re same. | 1.5 |
| 7/18/06 | Conference with MBM re correcting interrogatories | 1.0 |
| 8/24/06 | Telephone with Elise Duffy re update on Marianne. | .4 |
| 8/31/06 | Edited pretrial order, statement of uncontested facts. | 1.1 |
| 8/31/06 | Telephone with SS re pretrial order. | .6 |
| 8/31/06 | Drafted email to defendants' counsel attaching proposed | |

7

**Exhibit B**

|  |  |  |
|---|---|---|
|  | pretrial order and notifying of client's move to Caswell. | .5 |
| 9/06/06 | Telephone conference with Magistrate Judge re ADR, and then telephone with co-counsel re the same. | .4 |
| 9/08/06 | Conference with MBM re pretrial order. | .7 |
| 9/10/06 | Drafted pretrial order with MBM. | 2.8 |
| 9/10/06 | Reviewed draft pretrial order received from the defendants. | .8 |
| 9/11/06 | Telephone conference to negotiate pretrial order with defendants' counsel. | 3.0 |
| ~~9/14/06~~ | ~~Conference with MBM re trial prep strategy.~~ | ~~.6~~ |
| 10/11/06 | Conference with MBM to discuss strategies on witnesses to call at trial. | .6 |
| 10/16/06 | Telephone conference with co-counsel to discuss trial prep strategy and to prepare for pretrial conference with judge. | 1.8 |
| 10/17/06 | Prepared for pretrial conference with judge by studying proposed findings of fact, conclusions of law and proposed pretrial order | 1.7 |
| 10/18/06 | Drafted trial preparation– prepared cross exam outline for Lafontaine and Smith.  Teleconference with MBM and SS re trial strategy. | 4.2 |
| 10/19/06 | Drafted trial preparation– prepared cross exam outline for Lafontaine and Smith. | 5.4 |
| 10/20/06 | Pretrial conference with judge. | .3 |
| 10/20/06 | Conference with MBM re strategy for oral argument. | 1.3 |
| 10/20/06 | Drafted opening statement for oral argument. | 3.1 |
| 10/21/06 | Reviewed Summary Judgment briefs to prepare for moot courting of MBM for oral argument. | 1.5 |
| 10/21/06 | Conference with SS and MBM to prepare MBM for |  |

8

Exhibit B

| | | |
|---|---|---|
| | oral argument. | 3.0 |
| 10/23/06 | Attended oral argument. | 2.5 |
| 9/12/07 | Read Court's decision on Summary Judgment. | .7 |
| 9/12/07 | Reviewed Federal Rule 54 on Motions for Attorney Fees. | .5 |
| 9/17/07 | Drafted Motion for Attorney Fees | 6.1 |
| 9/19/07 | Edited Motion for Attorney Fees. | 2.0 |
| 9/19/07 | Drafted Affidavit for Attorney Fees. | 2.0 |
| 9/20/07 | Teleconference with JP, SS, MBM re Motion for Fees and defendants' possible appeal. | .5 |
| 9/20/07 | Review of time records to exercise billing judgment. | 1.0 |
| 9/21/07 | Review of time records to exercise billing judgment. | 4.5 |
| 9/23/07 | Review of time records to exercise billing judgment. | 2.0 |
| 9/24/07 | Review of time records with MBM to exercise billing judgment. | 1.7 |
| 9/24/07 | Editing of Affidavit, Motion, Time Record Exhibit. | 2.4 |

Hours in 2003-04= 10.0
Hours in 2005-07= 157.50

**Total Hours= 167.50**

9

**Exhibit B**

10

Exhibit B

**Daniel G. Atkins**
**332 Haverford Place**
**Swarthmore, PA 19081**
**(610) 338-0608**
atkins00@comcast.net

## Education

George Washington University Law School, J.D., 1990.

University of Michigan- Ann Arbor, A.B. with Distinction, 1987.

## Legal Experience

Community Legal Aid Society, Inc., Wilmington, Del.

Staff Attorney, 1990-1995, Senior Attorney 1995-1997– Represented people with low incomes or disabilities in child welfare, public housing, and public benefits cases.

Legal Advocacy Director, Disabilities Law Program of Community Legal Aid Society, Inc. 1997-Present. Represent people with disabilities in state and federal courts and administrative agencies. Responsible for recruiting, hiring, training and supervising legal staff, including law students.     Develop, coordinate, and implement statewide legal advocacy, impact cases, community education materials, and public policy initiatives.

Co-Deputy Director of Community Legal Aid Society, Inc. and Legal Advocacy Director, Disabilities Law Program of Community Legal Aid Society, Inc. 2005- Present.  In addition to continuing to serve as Legal Advocacy Director of DLP, share position of Deputy Director of CLASI.  Assist the Executive Director with administration, personnel, operations, budgeting, and policy.

## Significant Cases

Established right of tenants in federally subsidized housing to renewal of lease unless good cause to terminate. *Urban v. J.P. Ct. No. 13 et al.*, 1992 WL 423846 (Del. Super. 1992).

Established right to file 42 U.S.C.§1983 actions in Delaware's Family Court. *Moore v. Parker/DFS*, 1994 WL 872655 (Del. Fam. Ct. 1994).

Obtained Supreme Court ruling interpreting Delaware's Child Support Guidelines to not obligate recipients of means based public benefits to minimum child support awards. *Quesenberry v. Lloyd*, 1996 WL 145854 (Del. Supr. 1996).

Through federal court Olmstead action obtained release from a psychiatric institution of a woman diagnosed with mental illness and deafness. *Doe v. Sylvester* 2001 WL 1004810 (D. Del. 2001).

Obtained Supreme Court ruling holding that termination of parental rights of a person with mental retardation not appropriate even when the statutory grounds for TPR are met, if the parent and child are bonded. *DFS v. Hutton*, 765 A. 2d 1267 (Del. Supr. 2001).

Co-counsel in successfully settled federal court class action on behalf of individuals with mental retardation and their right pursuant to the Medicaid Act and Olmstead for prompt community placements. *Arc et al., v. Meconi et al.* (D. Del. 2004).   Awarded over forty thousand dollars in attorney fees.

1

Successfully litigated four federal Fair Housing Act lawsuits, obtaining injunctive relief and damages and attorney fees of over a hundred thousand dollars in total.

## Teaching Experience

Adjunct Professor of Law, Widener University School of Law.  Co-teach classes in Poverty Law and Disability Law.  1998-Present.

## Publications

"Piercing the Corporate Veil: A Different Delaware Beyond the Boardrooms" 41 *Cleveland State Law Review* 297 (1993). Co-authored.

"Turning the Tables on Women: Removal of Children from Victims of Domestic Violence" 30 *Clearinghouse Review* 261 (1996). Co-authored.

"Striving for Justice with the Violence Against Women Act and Civil Tort Actions" 14 *Wisconsin Women's Law Journal* 69 (1999).  Co-authored.

"One Strike for the Poor and How Many for the Rest of Us?" *The Legal Times*, March 18, 2002 at 66.  Co-authored.

"The Politics of Equal Justice" 11 *American University Journal Of Gender, Social Policy & the Law* 1089 (2003). Co-authored.

"Comforting the Troubled and Troubling the Comfortable: Reflections on Lawyering for the Poor." Co-authored.   (Forthcoming chapter in Criminal Justice and Diversity: Voices from the Field . *University Press of New England*).

Co-author of forthcoming textbook on Disability Law (under contract with Carolina Academic Press).

## Bar Memberships

Member of the bars of Delaware (1991), Pennsylvania (1991), U.S. District Court for District of Delaware (1993), and United States Court of Appeals for the Third Circuit (2003).

Exhibit B