## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and<br>legal guardians, Sean and Elise Duffy,<br><br>  Plaintiff,<br><br>  v.<br><br>VINCENT MECONI, Secretary, Delaware<br>Department of Health & Social Services,<br>in his official capacity,<br><br>MARIANNE SMITH, Director, Division of<br>Developmental Disabilities Services,<br>in her official capacity, and<br><br>ELAINE ARCHANGELO, Director, Division<br>of Social Services, in her official capacity,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:05-cv-127 |

Declaration of Sarah Somers Supporting
Plaintiffs' Motion for Attorneys' Fees and Costs

I, Sarah Somers, J.D., declare as follows:

1.  I am an adult and competent to testify.  If called as a witness in this action, I would

truthfully and competently testify consistent with the following.

2.  I am a staff attorney with the National Health Law Program (Health Law Program).  I

have worked at the Health Law Program since February 2001.  The Health Law Program is a

non-profit law firm that provides co-counseling and consultation to poverty law and protection

and advocacy attorneys and to clients, nationwide, on the range of health issues affecting the

1

**Exhibit C**

poor. My substantive areas of expertise are Medicaid, child health, and disability rights. My resume is attached.

3. I received my J.D. from the Michigan Law School, Ann Arbor, in 1992. I am admitted to the Bar in North Carolina (2004), California (1994), and Utah (inactive, admitted 1996). I am also admitted to practice before the Third, Sixth, and Ninth Circuit Courts of Appeals and numerous federal District Courts.

4. Over the years, I have served as lead or co-counsel in a number of Medicaid cases. These include:

*Lankford v. Sherman*, 451 F.3d 496 (8th Cir. 2006), *on remand*, 2007 WL 689749 (W.D. Mo., Mar. 2, 2007) (Medicaid coverage of durable medical equipment)

*Bzdawka v. Milwaukee County*, No. 04-C-193, (E.D. Wisc.); 238 F.R.D. 469 (Order Certifying Class Oct. 13, 2006) (Medicaid coverage of community based services for people with disabilities)

*Boyle v. Braddock*, 128 Fed. Appx. 574 (9th Cir. Mar. 29, 2005) (Medicaid coverage of community based services for people with disabilities).

*DuBois v. Medows*, No. 4:03-cf-107-SPM (N.D. Fla..) (Order approviing settlement agreement Jan. 3, 2007) (Medicaid coverage of services for people with traumatic brain injury).

*D.B. v. Blue Ridge Center*, 173 N.C. App. 401 (2005) (Medicaid coverage of services for adolescent with severe mental and emotional disorders).

5. I have authored a number of publications that discuss various aspects of the Medicaid program and civil procedure. My publications include:

*Medicaid Managed Care and People with Disabilities,* Clearinghouse Rev. J. of Poverty L. and Pol. (Forthcoming – Fall/Winter 2007)

Exhibit C

*Cost-Related Community Integration Barriers*, 35 <u>Clearinghouse Rev. J. of Poverty L.</u> <u>and Pol.</u> 719 (March-April 2002)

*Ensuring Access to Medicaid Benefits and Services,* 38 <u>Clearinghouse Rev. J. of Poverty</u> <u>L. and Pol.</u> 115 (July-August 2004) (co-author)

*Toward a Healthy Future: Medicaid Early and Periodic Screening, Diagnostic and Treatment Services for Poor Children and Youth* (April 2003) (co-author) (available from National Health Law Program, www.healthlaw.org)

<u>A North Carolina Advocate's Guide to the Medicaid Program</u> (March 2006) (available from National Health Law Program)

<u>An Advocate's Guide to the Medicaid Program</u> (June 2001) (available from National Health Law Program, www.healthlaw.org) (co-author)

6. As counsel in this case, I recorded my time contemporaneously throughout the day in tenth-hour intervals. The attached time sheet accurately summarizes my activities and time spent on this case up through September 20, 2007. The time sheet represents an accurate account of the time for which I am seeking fees up through September 20, 2007. On the time sheet, all entries of time expended, dates and work performed are those I personally made. In calculating my requested fee, I am not billing for time or services that I determined to be excessive, redundant, non-compensable or which otherwise I properly excluded in the exercise of billing judgment. Thus, I have not requested payment for all of my time spent on this case, including on initial and periodic case file reviews, background legal research, meetings with the researching law student, short meetings with Jane Perkins, or telephone conversations and email exchanges with co-counsel. I have also omitted or reduced billing for non-legal tasks, time spent developing issues or claims that were not ultimately presented to the Court, internal discussions of the case with knowledgeable members of the Health Law Program staff other than Jane Perkins, and conversations and activities that duplicated work that was the responsibility of other

Exhibit C

members of the litigation team. Of the total 155 hours for which I am seeking compensation, they were spent as follows: Investigation/Complaint Development: 13 hours; Discovery/Trial Preparation: 28.5 hours; Motions for Summary Judgment: 82.5 hours; Motions to Dismiss: 29 hours; Fee Preparation: 2 hours.

9.   I am requesting an hourly rate of $ 270.00 based on my understanding of the range of rates charged by lawyers with experience and qualifications similar to mine in this district who are engaged in civil rights litigation.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true. Signed this 24th day of September 2007, in Chapel Hill, N.C.

/s/ Sarah Somers
Sarah Somers, J.D.

4

**Exhibit C**

## TIME RECORDS - Sarah Somers
## Duffy v. Meconi - 1:05-cv-127

| Date | Activity | Time spent |
|------|----------|------------|
| **2005** | | |
| 1/14/05 | Review complaint | 2.0 |
| 1/18/05 | TC, discuss complaint with MBM | 0.5 |
| 1/21/05 | Review second draft | 0.3 |
| 1/31/05 | discuss draft w/ JP | 0.6 |
| 2/3/05 | Review draft, comments by DA | 0.5 |
| 2/7/05 | Discuss draft cplt. w/ JP | 0.3 |
| 3/09/05 | TC/ discuss next steps with JP, MBM, DA | 0.6 |
| 4/12/05 | review complaint, plan discovery | 1.0 |
| 4/13/05 | TC w/ MBM, DA, JP re discovery, proof | 0.9 |
| 4/26/05 | email to MBM re: ext. time | 0.1 |
| 5/9/05 | review stip to extend time | 0.2 |
| 5/11/05 | Discuss stipulation w/ JP, time lines | 0.3 |
| 5/12/05 | Review emails re: case | 0.1 |
| 5/16/05 | Research right to travel, equal protection | 6.0 |
| 5/25/05 | research CMS guidance on residency, guardianship | 1.7 |
| | Email to MBM re: same | 0.2 |
| 5/26/05 | Review draft discovery requests, revise | 0.9 |
| 5/27/05 | TC w/ MBM, DA re: discovery | 1.1 |

1

Exhibit C

| Date | Description | Hours |
|---|---|---|
| 6/1/05 | review D's motion to dismiss, read cases | 1.0 |
| 6/24/05 | research right to travel cases, for resp. to MTD | 3.0 |
| 6/26/05 | draft resp. to MTD, research Medicaid regs | 6.0 |
| 6/27/05 | draft, revise resp. to MTD | 5.0 |
| 6/28/05 | Review D's discovery responses | 0.9 |
| 7/1/05 | draft, revise resp. to MTD | 4.0 |
| 7/2/05 | research guardianship, revise resp. to mtd | 1.0 |
| 7/3/05 | revise MTD resp. | 3.0 |
| 7/5/05 | discuss draft response MTD w/ DA and MBM<br>discuss same w/ JP | 1.1<br>0.2 |
| 7/6/05 | revise/draft response | 3.0 |
| 7/8/05 | research SJ standard, right to travel for  brief in support of motion for sj | 4.0 |
| 7/11/05 | draft memo in support MSJ | 7.0 |
| 7/14/05 | draft memo in support MSJ<br>Send draft to MBM, DA | 3.5<br>0.1 |
| 7/15/05 | Review statement of facts, decs for MSJ<br>discuss draft, strategy with MBM, DA<br>Revise draft | 1.0<br>0.5<br>1.5 |
| 7/18/05 | Revise draft MSJ, research MSJ standard | 2.0 |
| 7/19/05 | Review D's reply to response to MTD<br>Discuss D's reply with JP | 2.5<br>0.4 |
| 7/19/05 | Discuss schedule with JP<br>Email re schedule for sj and surreply to MBM | 0.2<br>0.1 |
| 7/26/05 | Review draft of surreply on MTD | 0.6 |

2

**Exhibit C**

| | | |
|---|---|---|
| 7/28/05 | Review/edit S & E Duffy decl for MSJ | 0.4 |
| 8/1/05 | review Carobell Decl. for MSJ | 0.2 |
| 8/24/05 | Revise MSJ memo, documents | 1.0 |
| 9/27/05 | TC w/ DA and MBM, prep for sched conf. | 0.7 |
| 9/28/05 | prep for conf, review file | 1.2 |
| 10/5/05 | TC w/ MBM re status report<br>Review draft of status report | 0.6<br>0.3 |
| 10/10/05 | discuss status report w/ JP | 0.1 |
| 10/15/05 | review initial disclosures, email to MBM re: same | 0.9 |
| 10/24/05 | scheduling conference w/ Judge, MBM, DA, Ds<br>Discuss conf. w/ MBM, DA, pre and post | 0.6<br>1.2 |
| 10/25/05 | review draft order | 0.2 |
| 10/27/05 | TC w/ MBM re: amending cplt. | 0.1 |
| 10/31/05 | discuss D's motion to dismiss w/ JP | 0.2 |
| 11/1/05 | TC w/ DA, MBM re: strategy cplt, MSJ | 0.4 |
| 11/9/05 | review draft amended cplt., revise, | 0.7 |
| 11/10/05 | TC w/ MBM, JP and DA re: amended cplt. | 0.8 |
| 11/12/05 | review RFP draft, email to MBM | 0.6 |
| 11/20/05 | review file, prep for mediation conf. | 0.5 |
| 11/28/05 | mediation conf.<br>Discuss conf. w/ DA/MBM | 0.3<br>0.6 |

**2006**

| | | |
|---|---|---|
| 2/1/06 | TC w/ MBM, DA re: discovery | 0.4 |

3

**Exhibit C**

| | | |
|---|---|---|
| 2/7/06 | review file, original MSJ, complaint, discovery, mtd decision, in prep for MSJ | 3.5 |
| 3/17/06 | TC w/ MBM, DA re: MSJ, status | 0.4 |
| 3/29/06 | Conf. w/ magistrate | 0.4 |
| 4/18/06 | review discovery draft | 0.7 |
| 4/19/06 | TC w/ JP, MBM re: discovery | 0.8 |
| 4/20/06 | revise/draft MSJ brief | 4.0 |
| 5/3/06 | revise, draft MSJ brief | 3.0 |
| 5/4/06 | TC w/ MBM, DA re: MSJ brief | 1.0 |
| 5/8/06 | revise MSJ brief | 0.8 |
| | TC to Marc Goldman, expert, re: decl for MSJ | 0.4 |
| 5/9/06 | emails to MBM re: MSJ research | 0.3 |
| | TC w/ MBM re: MSJ, expert aff. | 0.7 |
| | Meet w/ M. Goldman | 1.4 |
| 5/10/06 | Draft M. Goldman Aff. | 1.5 |
| 5/11/06 | TC w/ MBM re: MSJ brief | 0.3 |
| | Revise MSJ brief | 0.9 |
| 5/12/06 | discussions, revisions, filing MSJ brief | 2.5 |
| 5/13/06 | read D's MSJ brief | 2.0 |
| 5/25/06 | review, read cases in D's MSJ brief | 5.0 |
| 5/30/06 | email re: expert disclosures w/ MBM, review rules | 1.5 |
| 5/30/06 | review expert disclosures | 0.5 |
| 6/1/06 | review MSJ briefs (D and ours) | 2.4 |
| 6/5/06 | TC w/ MBM re: update | 0.5 |

4

**Exhibit C**

| | | |
|---|---|---|
| 6/6/06 | revise draft of MSJ answering brief, discovery | 2.3 |
| 6/7/06 | TC w/ MBM re: MSJ, discovery | 0.6 |
| 6/8/06 | review SD aff for MSJ answer | 0.2 |
| 6/9/06 | TC w/ MBM, JP re: SD aff. | 0.7 |
| 6/14/06 | Read D's MSJ answer | 0.8 |
| 6/20/06 | review supp'l response to D's interrogs | 0.3 |
| 7/5/06 | review/revise draft reply in supp't MSJ | 1.5 |
| | Email MBM w/ edits re: same | 0.2 |
| 7/29/06 | review draft of pre-trial order | 0.4 |
| | Email to MBM re: same | 0.2 |
| 8/24/06 | TC w/ DA and MBM re: pretrial order | 0.7 |
| 8/31/06 | TC w/ DA re: pretrial order | 0.6 |
| 9/8/06 | TC w/ MBM re: D's revisions to pretrial order | 0.8 |
| | Revise pretrial order | 0.4 |
| | TC w/ MBM, DA | 0.5 |
| | Discuss pretrial order w/ JP | 0.3 |
| 10/16/06 | File review | 0.7 |
| | TC w/ MBM, DA, JP re: pretrial and trial | 1.6 |
| 10/18/06 | Review for conference, possible trial | 1.5 |
| | TC w/ DA, MBM re: possible trial, conf. | 1.0 |
| 10/19/06 | TC w/ MBM re: conference | 0.3 |
| 10/20/06 | Pretrial conf. w/ Judge, Ds, DA, MBM | 0.3 |
| | Review for oral argument | 1.7 |
| 10/22/06 | Review decisions, cases, prepare Qs for MBM | 2.5 |
| | Travel to Wilmington | 3.0 |
| | Prep w/ MBM, DA | 2.0 |

Exhibit C

| Date | Description | Hours |
|---|---|---|
| 10/23/06 | Oral argument, Dist. Ct. | 3.7 |
| | Travel to Chapel Hill | 5.5 |
| 10/26/06 | organize file, tickler | 0.5 |
| 11/7/06 | Discuss hearing, next steps | 1.2 |

**2007**

| Date | Description | Hours |
|---|---|---|
| 9/12/07 | Decision, review decision, discuss w/ MBM, DA | 1.5 |
| 9/20/07 | discuss appeal, related issues w/ DA, MBM, JP | 0.3 |
| 9/23/07 | prepare fee affidavit | 2.0 |

**Total Hours:**                                          **155**

**Hourly Rate:**                                       **$ 270.00**

**TOTAL:**                                          **$ 41,840.00**

Exhibit C

**SARAH JANE SOMERS**
**405 Barclay Road**
**Chapel Hill, NC 27516**
**(919) 968-6771**

## ATTORNEY, NATIONAL HEALTH LAW PROGRAM

Chapel Hill, North Carolina                February 2001 to present

Staff attorney for National Health Law Program, providing advice, litigation support and technical assistance to attorneys representing low income individuals in Medicaid and other public health matters.  Represent individuals in Medicaid, disability rights and civil rights litigation.

## ATTORNEY, DNA-PEOPLE'S LEGAL SERVICES

Tuba City, Arizona                February 1998-January 2001
Mexican Hat, Utah                June 1996 - January 1998

Served as staff attorney for DNA's Native American Protection and Advocacy Project, in Tuba City, Arizona, on the Navajo Nation, representing people with disabilities on and around the Navajo Nation and Hopi Reservation in administrative proceedings and legal actions.

- Advocated for children with disabilities to receive special education services.

- Litigated class action lawsuits defending children's rights to appropriate educational services and rights to home and community-based Medicaid services in federal court in Arizona and New Mexico.

Served as Managing Attorney of branch office in Mexican Hat, Utah, supervising a legal secretary, Navajo Nation court advocate and law students.

- Represented clients in consumer and family law actions in Utah state court, Navajo Nation Court, in administrative hearings before the Social Security Administration and in public benefits actions before county authorities.

## ATTORNEY, LEGAL AID SOCIETY OF ALAMEDA COUNTY

Hayward, California                February 1995 - April 1996

Defended clients threatened with eviction and losing federal housing benefits, food stamps, unemployment benefits and cash assistance in state court and in administrative proceedings.

Co-counseled major impact litigation defending rights of low-income county residents to county cash benefits, *Pincus v. Cal. Comm'n on State Medicaid Mandates* (Cal. Supr. Ct. 1994).

## ATTORNEY, ACLU OF SOUTHERN CALIFORNIA

1

**Exhibit C**

San Francisco, California                    October - November 1994

Short-term contract, during which I co-counseled lawsuit in federal district court challenging the constitutionality of Proposition 187, a state voter initiative designed to deny health and education services to undocumented immigrants.

**CLERK, SUPREME COURT OF MICHIGAN, JUSTICE JAMES H. BRICKLEY**
Lansing, Michigan                            October 1992 - October 1993

## SIGNIFICANT LITIGATION

*Lankford v. Sherman*, 451 F.3d 496 (8th Cir. 2006), *on remand*, 2007 WL 689749 (W.D. Mo., Mar. 2, 2007) (Medicaid coverage of durable medical equipment)

*Duffy v. Meconi*, 395 F. Supp. 2d 132 (D. Del. 2005) (denial of motion to dismiss); 2007 U.S. Dist. LEXIS 67405 (Sept. 11, 2007) (granting motion for summary judgment) (right to travel of woman with severe disabilities)

*Bzdawka v. Milwaukee County*, No. 04-C-193, (E.D. Wisc.); 238 F.R.D. 469 (Order Certifying Class Oct. 13, 2006) (Medicaid coverage of community based services for people with disabilities)

*Bell v. Leavitt*, No. 06-cv-3520 (N.D. Ill. 2006) (Rights of Medicaid beneficiaries to due process in verification of citizenship status)

*Boyle v. Braddock*, 128 Fed. Appx. 574 (9th Cir. Mar. 29, 2005) (Medicaid coverage of community based services for people with disabilities).

*DuBois v. Medows*, No. 4:03-cf-107-SPM (N.D. Fla..) (Order approviing settlement agreement Jan. 3, 2007) (Medicaid coverage of services for people with traumatic brain injury).

*D.B. v. Blue Ridge Center*, 173 N.C. App. 401 (2005) (Medicaid coverage of services for adolescent with severe mental and emotional disorders).

*Dunajski v. Keegan*, 31 Ind. Disabilities Educ. Law Rptr. 76 (D. Ariz. 1999) (State complaint processes for students in special education).

## PUBLICATIONS

*Medicaid Managed Care and People with Disabilities*, Clearinghouse Rev. J. of Poverty L. and Pol. (Forthcoming -Fall/Winter 2007)
*Ensuring Access to Medicaid Benefits and Services*, 38 Clearinghouse Rev. J. of Poverty L. and Pol. 115 (July-Aug. 2004) (co-author)

2

Exhibit C

*Cost-Related Community Integration Barriers*, 35 Clearinghouse Rev. J. of Poverty L. and Pol. 719 (March-Apr. 2002)

*Sandoval's Retrenchment on Civil Rights Enforcement,* 35 Clearinghouse Rev. J. of Poverty L. and Pol. 433 (Nov.-Dec. 2001) (co-author)

*Toward a Healthy Future: Medicaid Early and Periodic Screening, Diagnostic and Treatment Services for Poor Children and Youth* (April 2003) (co-author) (available from National Health Law Program,  www.healthlaw.org)

A North Carolina Advocate's Guide to the Medicaid Program (March 2006) (available from National Health Law Program)

An Advocate's Guide to the Medicaid Program (June 2001) (available from National Health Law Program, www.healthlaw.org) (co-author)


**EDUCATION**

**UNIVERSITY OF MICHIGAN LAW SCHOOL**
 J.D. May 1992

**WELLESLEY COLLEGE**
 B.A. June 1988
Graduated *cum laude* and with Departmental Honors in History


**ADDITIONAL INFORMATION**

- Member of North Carolina, California and Utah (inactive) State Bars
- Admitted to practice in the Third, Sixth and Ninth Circuits, and federal district courts in Florida, Delaware, Illinois and North Carolina


3

**Exhibit C**