IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy, | } } } } | |
| Plaintiff, | } } | |
| v. | } } } | |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, | } } } } } | |
| MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity, | } } } } } | C.A. No. 05-127 (GMS) |
| ELAINE ARCHANGELO, Director, Division of Social Services, in her official Capacity, and | } } } } } | |
| HARRY HILL, Director, Division of Medical Assistance, in his official capacity, | } } } } | |
| Defendants. | } } | |

### AFFIDAVIT OF SEAN DUFFY

STATE OF DELAWARE)
         SS:
NEW CASTLE COUNTY)

BE IT REMEMBERED, that on this 24th day of September, 2007, personally appeared before me, a Notary Public for the State and County aforesaid, Sean Duffy ("Affiant"), who, being by me duly sworn according to law, did depose and say:

1.   I am the father of the Plaintiff, Marianne Duffy.

Exhibit E

2.  I have incurred a total of $485.00 in out-of-pocket costs during the course of this litigation for which I am seeking reimbursement from the Defendants. These costs are itemized as follows:

| Item | Cost | Date Funds Advanced by CLASI | Payment Date |
|---|---|---|---|
| Complaint Filing Fee to U.S. District Court | $250.00 | March 3, 2005 (check #8460) | March 3, 2005 (check #901) |
| Process Server for Complaint (DE Attorney Services) | $ 60.00 | [no funds advanced – payment directly to payee] | March 15, 2005 (check # 921) |
| Process Server for Subpoenas (O'Rourke) | $175.00 | Oct. 13, 2006 (check #10508) | Jan. 22, 2007 (check #1146) |

A copy of the corresponding receipts/invoices, the checks advanced by CLASI, and my checks reimbursing CLASI are attached.

_____
Sean Duffy

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

2

Exhibit E



Exhibit E



# O'Rourke Investigative Associates, Inc.

1225 King Street, Suite 400, P.O. Box 368
Wilmington, DE 19899-0368
Phone # 302-427-3600
Fax # 302-656-8977
EIN 52-2326465

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/20/2006 | 19082 |

**PAID**

Mary Beth Musumeci, Esq.
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE 19801

bbookhart@yahoo.com

| P.O. NO | TERMS |
|---|---|
| 05-cv-127-GMS | Due on receipt |

| DESCRIPTION | Qty | Rate | Amount |
|---|---|---|---|
| Service of Process/ Delaware/ Duffy v. Meconi, witness gerry Spilecki | | 45.00 | 45.00 |
| Service of Process/ Maryland/ witness Janet Kelly | | 65.00 | 65.00 |
| Service of Process/ Pennsylvania/ witness Deborah Sulli | | 65.00 | 65.00 |

We appreciate your prompt payment

| | |
|---|---|
| **Total** | $175.00 |
| **Payments/Credits** | $-175.00 |
| **Balance Due** | $0.00 |

Exhibit E



Exhibit E



# Delaware Attorney Services

2000 Pennsylvania Avenue, Suite 207
Wilmington, Delaware 19806

Telephone (302) 429-0657 (302) 678-9856 (800) 457-9560
Fax (302) 429-0658  E-Mail: delatty@att.net

## INVOICE

March 18, 2005

MaryBeth Musumeci, Esquire
Daniel G. Atkins, Esquire
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

Re: Process Service Statement
Case No: 05-127                    Your Reference: None Provided
Marianne Duffy v. Vincent Meconi, Marianne Smith, and Elaine Archangelo

### Invoice No: 41648

| Service | Fee |
|---|---|
| Elaine Archangelo, Director | $20.00 |
| Jane M. Brady, Attorney General | $20.00 |
| Vincent P. Meconi, Secretary | $20.00 |
| Marianne Smith, Director | $20.00 |

*$15.00 each per Bill Britt*

**TOTAL DUE UPON RECEIPT: $80.00**

*$60.00 per Kim*

WE APPRECIATE YOUR BUSINESS

PLEASE NOTE INVOICE NUMBER WHEN REMITTING PAYMENT

TAX ID: 51-0234560

* Any invoice not paid within 30 days of billing is subject to a finance charge of 1 1/2% per month.

Exhibit E

# MEMO

To: Judy

From: Dan

Re: Marianne Duffy / #03-1011061
Reimbursement to CLASI for Filing Fee Paid - Complaint (Civil Action)

Date: March 3, 2005

Attached is a check (#901) from Sean Duffy which is reimbursement to CLASI for paying filing fee for Complaint.

Attachment.



Exhibit E

| | | COMMUNITY LEGAL AID SOCIETY, INC. WILMINGTON, DE 19801 | | | | **8460** |
|---|---|---|---|---|---|---|
| Payee | US DISTRICT COURT | | | | | 8460 |
| Vendor ID | USDISTRICT | | Account #: | | | 03/03/2005 |
| Invoice | | Description | | Discount | | Amount |
| 0310110061-FILIN | FILING FEE - CIVIL ACTION | | | $0.00 | | $250.00 |
| | | | Total : | $0.00 | | $250.00 |

**COMMUNITY LEGAL AID SOCIETY, INC.**
GENERAL ACCOUNT
SUITE 801, 100 WEST 10TH STREET
WILMINGTON, DE 19801

WSFS
62-10/311

NUMBER **8460**
8460

PAY: ***Two Hundred Fifty and 00/100 Dollars

DATE 03/03/2005    AMOUNT $250.00

TO THE ORDER OF    US DISTRICT COURT

*Neilan C. Hunelein*
*Deborah L. Gottschalk*
AUTHORIZED SIGNATURE

⑈008460⑈ ⑈031100102⑈ 207081 571⑈

**Exhibit E**

```
                              UNITED STATES
                              DISTRICT COURT
                              District of Delaware
                              Wilm. Division

                              # 136359 - FE
                              March 4, 2005

                    Code       Case #
                    CIVIL FF 1-05-CV-127        250.00
                                                250.00

                    Total->                     250.00


                    FROM: COMMUNITY LEGAL AID SOCIETY
                          D. 5462
                          CSFS
```

**Exhibit E**