IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, Sean and Elise Duffy,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity,<br><br>MARIANNE SMITH, Director, Division of Developmental Disabilities Services, in her official capacity,<br><br>ELAINE ARCHANGELO, Director, Division of Social Services, in her official Capacity, and<br><br>HARRY HILL, Director, Division of Medical Assistance, in his official capacity,<br><br>Defendants. | C.A. No. 05-127 (GMS) |

## ORDER

IT IS HEREBY ORDERED THAT:

1. The Plaintiff's Motion for Attorney Fees and Costs is GRANTED.

2. The Plaintiff is awarded attorney fees in the amount of $175,406.00.

3. The Plaintiff is awarded costs in the amount of $485.00.

Dated:                                   _____
                                         CHIEF, UNITED STATES DISTRICT JUDGE