# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Vincent Meconi, the Secretary of the Delaware Department of Health & Social Services; Marianne Smith, the Director of the Division of Developmental Disabilities Services ("DDDS"); Elaine Archangelo, the Director of the Division of Social Services; and Harry Hill, the Director of the Division of Medicaid and Medical Assistance (collectively the "state defendants"), through their undersigned counsel, hereby appeal to the United States Court of Appeal for the Third Circuit from this Court's Order, dated and entered September 11, 2007 in this action [D.I. 74], granting Plaintiff's Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment.

Respectfully submitted,

Dated: October 9, 2007

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar I.D. No. 3483)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
1105 Market Street, 15th Floor
Wilmington, DE 19801-1607
(302) 504-7890
(302) 504-7820 facsimile
nburnham@mmwr.com

- 2 -

Patrick T. Ryan
Jessica C. Goebeler
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

A. Ann Woolfolk
(DE Bar I.D. No. 2642)
Deputy Attorney General
State of Delaware – Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Counsel for Defendants