IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, October 9, 2007, I electronically filed Defendants' Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing to the following: MaryBeth Musumeci, Esquire. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, two true and correct copies of Defendants' Notice of Appeal:

| | |
|---|---|
| Daniel G. Atkins, Esquire<br>MaryBeth Musumeci, Esquire<br>Community Legal Aid Society, Inc.<br>Disabilities Law Program<br>Community Legal Aid Society, Inc.<br>100 West 10th Street, Suite 801<br>Wilmington, DE  19801 | Jane Perkins, Esquire<br>Sarah Somers, Esquire<br>National Health Law Program<br>211 N. Columbia Street<br>Chapel Hill, NC  27516<br><br>Attorneys for Plaintiff |

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar I.D. No. 3483)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
1105 Market Street, 15th Floor
Wilmington, DE  19801-1607
Tel: (302) 504-7800
 (302) 504-7820 facsimile
nburnham@mmwr.com