**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 05-CV-127-GMS |
| VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs, and defendants' response thereto, it is hereby ORDERED as follows:

1. The Court has determined that any award of attorney's fees in this action must be reduced to $ _____ because (a) plaintiff's request for compensation for the substantive involvement of four attorneys on nearly every major filing in the case is excessive and unreasonable and (b) plaintiff's request for compensation for 37 hours of attorney time in preparing the Motion for Attorney's Fees is excessive and unreasonable.

2. If defendants prevail on their appeal from this Court's September 11, 2007 decision on the parties' cross-motions for summary judgment, and plaintiff is no longer "the prevailing

-2-

party" in this litigation, any award of attorney's fees shall thereupon be vacated and become void.

BY THE COURT:

_____
Gregory M. Sleet, U.S.D.J.