# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, <u>et al.</u> )<br>)<br>)<br>)<br>Defendants. ) | No. 05-CV-127-GMS |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 10, 2007, I electronically filed Defendants' Response To Plaintiff's Motion For Attorney's Fees with the Clerk of Court using CM/ECF which will send notification of such filing to the following:  MaryBeth Musumeci, Esquire.  I hereby certify that on October 10, 2007, I have mailed by United States Postal Service, two true and correct copies of Defendants' Response To Plaintiff's Motion For Attorney's Fees:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE  19801

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27516

Attorneys for Plaintiff

-2-

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar I.D. No. 3483)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
1105 Market Street, 15th Floor
Wilmington, DE  19801-1607
Tel: (302) 504-7800
 (302) 504-7820 facsimile
nburnham@mmwr.com