IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIANNE DUFFY, by her parents and legal guardians, SEAN and ELISE DUFFY,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT MECONI, Secretary, Delaware Department of Health & Social Services, in his official capacity, et al.<br><br>Defendants. | No. 05-CV-127-GMS |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, August 13, 2008, I caused two true and correct copies of **Defendants' Uncontested Motion to Vacate This Court's September 11, 2007 Summary Judgment Opinion and Order** to be served upon the following individuals at the addresses shown both electronically and by First Class mail:

Daniel G. Atkins, Esquire
MaryBeth Musumeci, Esquire
Community Legal Aid Society, Inc.
Disabilities Law Program
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE 19801

Attorneys for Plaintiff

Jane Perkins, Esquire
Sarah Somers, Esquire
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27516

Attorneys for Plaintiff

/s/ Richard G. Placey
Richard G. Placey
(DE Bar I.D. No. 4206)
Richard M. Donaldson
(DE Bar I.D. No. 4367)
MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, LLP
1105 Market Street, 15th Floor
Wilmington, DE 19801-1607
(302) 504-7800